Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Eastern__ District of __New York__
(State)

Case number (*if known*): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   The Ridgeview Realtor LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   9 3 – 2 9 2 8 8 7 4

4. **Debtor's address**

   **Principal place of business**

   23 Heyward St., #1B
   Number    Street

   Brooklyn        NY        11249
   City        State    ZIP Code

   Kings
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City        State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   5 Ridgeview Road
   Number    Street

   Kerhonkson        NY
   City        State    ZIP Code

5. **Debtor's website** (URL)

Debtor   The Ridgeview Realtor LLC                          Case number (if known)_____
_____
Name

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
__5_ _3_ _1_ _1_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  The Ridgeview Realtor LLC  
       Name                                                      Case number (if known)_____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____  
                                          MM / DD / YYYY  
        District _____  When _____  Case number _____  
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____  Relationship _____  
        District _____  When _____  
                                                  MM / DD / YYYY  
        Case number, if known _____

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____  
                  Number        Street

        _____

        City                             State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

        Contact name   _____

        Phone         _____

**Statistical and administrative information**

Debtor   The Ridgeview Realtor LLC
         Name                                                        Case number (if known)_____

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07 / 21 / 2026
             MM / DD / YYYY

X _____        Joseph Doppelt
Signature of authorized representative of debtor    Printed name

Title Manager

Debtor    The Ridgeview Realtor LLC
          Name                                                    Case number (if known)_____

**18. Signature of attorney**          ✘    */s/ Paul A. Rubin*                Date    07/21/2026
                                            Signature of attorney for debtor                   MM    / DD / YYYY

                                       Paul A. Rubin
                                       Printed name
                                       Rubin LLC
                                       Firm name
                                       11 Broadway, Suite 715
                                       Number        Street
                                       New York                                NY        10004
                                       City                                    State     ZIP Code

                                        212-390-8054                           prubin@rubinlawllc.com
                                       Contact phone                           Email address

                                       2492577                                 NY
                                       Bar number                              State

## CERTIFICATE OF CORPORATE RESOLUTION

We, the undersigned, being members of (the "Members") of The Ridgeview Realtor LLC, a New York limited liability company (the "Company"), do hereby certify that the Members duly adopted the following resolutions at a special meeting held on July __26__, 2026, and they have not been modified or rescinded, and remain in full force and effect:

> RESOLVED, that in the judgment of the Members it is desirable and in the best interests of the Company, its creditors, shareholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court"), and the filing of such petition is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings; and be it further

> RESOLVED, that Joseph Doppelt, as the duly-appointed Manager for the Company (the "Manager"), hereby is authorized and directed, for and on behalf of the Company, to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and cause the same to be filed in the Bankruptcy Court in such form and at such time as the Manager shall determine; and be it further

> RESOLVED, that the Manager be, and hereby is, authorized to execute, verify and/or file or cause to be filed (or direct others to do so on his behalf), all documents, including, without limitation, petitions, schedules, lists, affidavits, motions, pleadings and other papers and to take any and all action which they may deem necessary or proper in connection with such proceedings under chapter 11 of the Bankruptcy Code, and in that connection to retain and employ Rubin LLC, and to retain and employ other legal counsel or other professionals which they may deem necessary or proper with a view to the successful conclusion of such bankruptcy case; and be it further

> RESOLVED, that the Company, as debtor and debtor in possession be, and hereby is, authorized to grant any guarantees, pledges, mortgages, and other security interests as necessary to obtain use of cash collateral or debtor-in-possession financing; and be it further

RESOLVED, that the Manager be, and hereby is, authorized and empowered for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and be it further

RESOLVED, that the Manager be, and hereby is, authorized, in the name and on behalf of the Company to take or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and be it further

RESOLVED that all acts lawfully done or actions lawfully taken by the Manager to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

IN WITNESS WHEREOF, I have hereunto set my hand, this 20 day of July, 2026.

By: _____
Joseph Doppelt, Manager
and Member

By: _____
Raizel Doppelt, Member

By: _____
Moshe Doppelt, Member

2

RUBIN LLC
Paul A. Rubin
Hanh V. Huynh
11 Broadway, Suite 715
New York, New York 10004
Tel: 212.390.8054
Fax: 212.390.8064
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

*Proposed Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------- x

In re:                                              :    Chapter 11

                                                    :

THE RIDGEVIEW REALTOR LLC,                          :    Case No.:  26-[  ]

                                                    :

            Debtor.                                 :

                                                    :

--------------------------------- x

## DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

JOSEPH DOPPELT, hereby declares under penalty of perjury that the following statements are true and correct:

1.      I am a member and Manager of The Ridgeview Realtor LLC (the "Debtor"), and I am fully familiar with the facts set forth herein. I submit this declaration in accordance with Local Bankruptcy Rule 1007-4 in support of the Debtor's voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), which commenced the above-captioned chapter 11 case (the "Chapter 11 Case").

2.      The Debtor is the owner of real property located at 5 Ridgeview Road, Kerhonkson, New York (the "Property"). The Debtor is a single asset real estate entity whose sole significant asset is the Property. The Property is approximately 85 acres of parkland, upon which is built an over 55,000 square foot facility consisting of five interconnected buildings with 83 residential

rooms, a separate single-family four bedroom, 3 bath ranch style home, an in-ground pool, and a private pond.

3.      The Property is encumbered by that certain *Mortgage, Assignment of Leases and Rents, Security Agreement and Fixture Filing* dated November 20, 2023 (the "Mortgage") securing a loan from Ridgeview Lender LLC (the "Lender") to the Debtor in the principal amount of $3,200,000.

4.      On November 5, 2024, the Lender commenced a foreclosure action (the "Foreclosure Action") in the Supreme Court of the State of New York, County of Ulster (the "State Court") to foreclose on the Mortgage. On June 10, 2026, the State Court awarded the Lender a Judgment of Foreclosure and Sale (the "Foreclosure Judgment") in the amount of $4,555,600. The Lender thereafter scheduled and noticed a foreclosure sale of the Property for July 22, 2026 at 11:00 a.m.

5.      On the date hereof, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor's chapter 11 case was commenced in order to stay the foreclosure sale of the Property to allow the Debtor an opportunity to negotiate a resolution of the Lender's claim pursuant to a chapter 11 plan, obtain a refinancing of the Property, and/or sell the Property in an orderly process to maximize value for the Debtor and creditors, including the Lender. The Property was appraised at $5,200,000 as of June 7, 2023, but since the date of the appraisal, repairs and improvements have been made. Accordingly, the Debtor believes it has equity in the Property. The intends to pursue either a refinancing or sale of the Property in the chapter 11 case.

6.      Pursuant to Local Bankruptcy Rule 1007-4, the Debtor provides the following information:

2

i.      The Debtor is not a small business debtor within the meaning of Section 101(51D) of the Bankruptcy Code.

ii.     The Debtor is a single asset real estate debtor within the meaning of Section 101(51B) of the Bankruptcy Code.

iii.    The nature of the Debtor's business and a concise statement of the circumstances leading to the Debtor's filing under chapter 11 is set forth above.

iv.    This case was not originally commenced under chapter 7, 12 or 13.

v.     No committee was organized prior to the commencement of the Debtor's chapter 11 case.

vi.    The 20 largest general unsecured claims, excluding insiders and creditors holding priority claims, are as follows:

Central Hudson
284 South Avenue
Poughkeepsie, NY 12601
Claim amount:  $68,588.00
Utilities

Eliezer Friedman, as Administrator of the Estate of J.F., deceased
c/o Subin LLP, Attn: Simon Hannanian
150 Broadway, 16th Floor
New York, NY 10038
Claim amount:  Unliquidated, disputed
Tort plaintiff

Jeffrey Kaplan
Kalter, Kaplan, Zeiger & Forman
47 North Main Street
PO Box 186
Ellenville, NY 12428
jkaplan@kkzf@gmail.com
Claim amount: Unknown
Legal services

vii.   The Debtor's secured creditors are as follows:

Ridgeview Lender LLC
c/o Jacobowitz Newman Tversky LLP
Attn: Aviva Francis
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516
(516) 545-0343

3

afrancis@jntllp.com
Claim Amount: $4,550,600
Value of Collateral: $5,100,000

viii. The Debtor's sole significant asset is the Property, with an appraised value of $5,200,000. The Debtor's liabilities are in the aggregate amount of approximately $4,675,000.

ix. The following are the members of the Debtor and their percentage ownership: Estate of David Braun (40%); Moshe Doppelt (40%); Raizel Doppelt (10%); Joseph Doppelt (10%).

x. No property of the Debtor is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor.

xi. The Debtor owns the real property located at 5 Ridgeview Road, Kerhonkson, New York, and does not lease any space.

xii. The Debtor's significant assets are the Property and all the fixtures and personalty contained therein, located at 5 Ridgeview Road, Kerhonkson, New York. The Debtor's books and records are located at 23 Heyward St. #1B, Brooklyn, NY 11249. The Debtor does not hold any property outside of the United States.

xiii. The following are the actions or proceedings, pending or threatened, against the Debtor or its property:

*Ridgeview Lender LLC v. The Ridgeview Realtor LLC, et al.*
Supreme Court of the State of New York
Ulster County
EF2024-3097
Foreclosure action against Property

*Banach v. The Ridgeview Realtor LLC, et al.*
Supreme Court of the State of New York
Ulster County
EF2025-2829
Town code enforcement proceeding

*Friedman v. Yeshiva Toras Chaim LLC, et al.*
Supreme Court of the State of New York
Kings County
515104/2026
Negligence and wrongful death action

xiv. The Debtor's senior management consists of Joseph Doppelt as the Debtor's Manager.

4

5

xv.     The Debtor does not have any payroll expenses.

xvi.    The Debtor does not anticipate any payments will be made in the 30-day period following the filing of the Chapter 11 Case to any officers and directors, members, or financial or business consultants.

xvii.   The Debtor does not anticipate any cash receipts or disbursements for the 30-day period following the filing of the Chapter 11 Case.

xviii.  The Debtor has the following insurance policy:

Commercial Property Insurance
Commercial General Liability Insurance
Term: 6/16/26 – 6/16/27
Lexington Insurance Company

xix.    The Debtor does not have any pre-petition bank accounts.

Dated: July 2/, 2026

---

Joseph Doppelt