# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 7/22/2026 |
| Case: 1−26−43491−ess | Form ID: 764 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

aty Paul A Rubin prubin@rubinlawllc.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db The Ridgeview Realtor LLC 23 Heyward St., #1B Brooklyn, NY 11249
smg Office of the United States Trustee Eastern District of NY (Brooklyn) Alexander Hamilton Custom House One Bowling Green, Room 510 New York, NY 10004−1408

TOTAL: 2