# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 7/23/2026 |
| Case: 1−26−43491−ess | Form ID: 309F1 | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | The Ridgeview Realtor LLC 23 Heyward St., #1B Brooklyn, NY 11249 |
| aty | Paul A Rubin Rubin LLC 11 Broadway Suite 715 New York, NY 10004 |
| smg | United States of America Secretary of the Treasury 15th Street & Pennsylvania Ave. NW Washington, DC 20220 |
| smg | NYS Unemployment Insurance Attn: Insolvency Unit Bldg. #12, Room 256 Albany, NY 12240 |
| smg | NYS Department of Taxation & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205 |
| smg | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101−7346 |
| smg | Office of the United States Trustee Eastern District of NY (Brooklyn) Alexander Hamilton Custom House One Bowling Green, Room 510 New York, NY 10004−1408 |
| 10736686 | RIDGEVIEW LENDER LLC c/o Jacobowitz Newman Tversky LLP 377 Pearsall Ave, Suite C Cedarhurst, New York 11516 |

TOTAL: 8