UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

The Ridgeview Realtor LLC

CASE NO: 26-43491

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

ECF Docket Reference No. 7

On 7/27/2026, I did cause a copy of the following documents, described below,

Appliction to Retain Rubin LLC as Bankruptcy Counsel for the Debtor ECF Docket Reference No. 7

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/27/2026

/s/ Hanh Huynh
Hanh Huynh

Rubin LLC
11 Broadway, Suite 715
New York, NY 10004
212-390-8272
hhuynh@rubinlawllc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

The Ridgeview Realtor LLC

CASE NO: 26-43491

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 7

On 7/27/2026, a copy of the following documents, described below,

Appliction to Retain Rubin LLC as Bankruptcy Counsel for the Debtor ECF Docket Reference No. 7

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/27/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Hanh Huynh
Rubin LLC
11 Broadway, Suite 715
New York, NY 10004

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NY (BROOKLYN)
ATTN: GREG ZIPES, ESQ.
ONE BOWLING GREEN, ROOM 510
NEW YORK, NY 10004-1408

ULSTER COUNTY DEPARTMENT OF FINANCE
P.O. BOX 1800
244 FAIR STREET
KINGSTON, NY 12402

RIDGEVIEW LENDER LLC
C/O JACOBOWITZ NEWMAN TVERSKY LLP
ATTN: AVIVA FRANCIS
377 PEARSALL AVENUE, SUITE C
CEDARHURST, NEW YORK 11516

CENTRAL HUDSON
284 SOUTH AVENUE
POUGHKEEPSIE, NY 12601

ELIEZER FRIEDMAN
C/O SUBIN LLP, ATTN: SIMON HANNANIAN
150 BROADWAY, 16TH FLOOR
NEW YORK, NY 10038

MICHAEL BANACH, CODE ENFORCEMENT OFFICER
FOR THE TOWN OF ROCHESTER
C/O MARY LOU P. CHRISTIANA
PO BOX 3505
KINGSTON, NY 12402

JEFFREY KAPLAN
KALTER, KAPLAN, ZEIGER & FORMAN
47 NORTH MAIN STREET
PO BOX 186
ELLENVILLE, NY 12428