UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

THE RIDGEVIEW REALTOR LLC,

Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 26-43491-ess

**ORDER SCHEDULING HEARING ON THE UNITED STATES TRUSTEE'S OBJECTION TO THE DEBTOR'S MOTION TO RETAIN COUNSEL**

WHEREAS, on July 21, 2026, The Ridgeview Realtor LLC (the "Debtor"), filed a petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on July 27, 2026, the Debtor filed a motion to retain the Rubin LLC as counsel to the Debtor (the "Motion to Retain"); and

WHEREAS, on July 29, 2026, the Court entered an Order scheduling an initial case management conference for October 1, 2026, at 10:30 a.m.; and

WHEREAS, on August 13, 2026, the United States Trustee filed an objection to the Motion to Retain (the "Objection").

NOW, THEREFORE, in the interest of good case management, it is hereby

**ORDERED,** that the Court will hold an in-person hearing on the Motion to Retain and the Objection on **October 1, 2026, at 10:30 a.m.**, before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED,** that this hearing will be conducted in person. All participants, including attorneys, clients, and pro se parties, must register as follows:

> **Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl at least one business day before the scheduled hearing. To**

**register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent.**

**Additional information about eCourt Appearances, including a tutorial on how to use the program, is available at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances. In the event that you are not able to register online, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date.**

Dated: Brooklyn, New York
September 1, 2026

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**The Ridgeview Realtor LLC**
23 Heyward St., #1B
Brooklyn, NY 11249
KINGS-NY

**Paul A Rubin**
Rubin LLC
11 Broadway
Suite 715
New York, NY 10004

**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

**Aviva Francis, Esq.**
Jacobowitz Newman Tversky LLP
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516