# EXHIBIT "3"

ORIGIN ID:POUA (516) 545-0343
EVAN NEWMAN
EVAN NEWMAN
377 PEARSALL AVENUE
SUITE C
CEDARHURST, NY 11516
UNITED STATES US

SHIP DATE: 26SEP24
ACTWGT: 0.20 LB
CAD: 104935855/INET4535

BILL SENDER

TO THE RIDGEVIEW REALTOR LLC
23 HEYWARD STREET
#1B
BROOKLYN NY 11249
(516) 545-0343 REF:
INV:
PO: DEPT:

583J2/4EF9/9AE3

FedEx Express

J243024071301uv

TRK# 0201 7788 4879 4749

FRI - 27 SEP 5:00P
STANDARD OVERNIGHT

09 GAMA

11249
NY-US JFK

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

ORIGIN ID:POUA (516) 545-0343
EVAN NEWMAN
EVAN NEWMAN
377 PEARSALL AVENUE
SUITE C
CEDARHURST, NY 11516
UNITED STATES US

SHIP DATE: 26SEP24
ACTWGT: 0.20 LB
CAD: 104935855/INET4535

BILL SENDER

TO **DAVID BRAUN**
**672 BEDFORD AVENUE**
**BROOKLYN NY 11211**
(516) 545-0343 REF:
INV:
PO: DEPT:

583J2/4EF9/9AE3

FedEx Express

J243024071301uv

**FRI - 27 SEP 5:00P**
**STANDARD OVERNIGHT**

TRK# **7788 4882 2249**
0201

**11211**

**09 GAMA**

**NY-US JFK**

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

ORIGIN ID:POUA (516) 545-0343
EVAN NEWMAN
EVAN NEWMAN
377 PEARSALL AVENUE
SUITE C
CEDARHURST, NY 11516
UNITED STATES US

SHIP DATE: 26SEP24
ACTWGT: 0.20 LB
CAD: 104935655/INET4535

BILL SENDER

TO **MOSHE ZEV DOPPELT**
**41 FRANCIS PLACE**
**MONSEY NY 10952**
(516) 545-0343 REF:
INV:
PO: DEPT:

58CJ2/4EF9/C6C4

FedEx Express

J243024071301uv

**FRI - 27 SEP 5:00P**
**STANDARD OVERNIGHT**

TRK# 0201 **7788 4885 0797**

**10952**

**EH PSBA**

**NY-US SWF**

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

JACOBOWITZ
NEWMAN TVERSKY

September 26, 2024

**BY FEDERAL EXPRESS OVERNIGHT**
The Ridgeview Realtor LLC
23 Heyward Street, #1B
Brooklyn, New York 11249

David Braun
672 Bedford Avenue
Brooklyn, New York 11211

Moshe Zev Doppelt
41 Francis Place
Monsey, New York 10952

Re: Loan from Ridgeview Lender LLC
Borrower: The Ridgeview Realtor LLC
Property: 5 Ridgeview Road, Kerhonkson, New York
Loan: Note, Mortgage, Guaranty dated November 20, 2023

Dear Borrowers and Guarantor:

**NOTICE OF DEFAULT AND ACCELERATION**

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

We represent Ridgeview Lender LLC ("Lender"). We have been instructed to contact you regarding your default in connection with the Note described above ("Note"), the Mortgage Agreement securing payment of the Note ("Mortgage"), Guaranty and Pledge Agreement, collectively the ("Loan Documents") duly executed on November 20, 2023 in favor of the Lender in the amount of $3,200,000.

As you are aware form prior notices and are being made aware again, you have breached the terms of the Loan Documents by, *inter alia*, (1) failing to pay the interest payment due for April, 2024 and (2) thereafter failing to pay the amounts due on August 20, 2024, the maturity date.

377 PEARSALL AVENUE, SUITE C, CEDARHURST, NEW YORK 11516 | P: 212.221.9610 | F: 646.751.1506
WWW.JNTLLP.COM

JACOBOWITZ NEWMAN TVERSKY LLP

Accordingly, please be advised that due to your default your Loan has been accelerated and demand is hereby made for the immediate payment of the unpaid principal balance of the Loan in the amount of $3,200,000 including interest at the default rate from May 1, 2024.

Any payment(s) received after this date and this notice will be applied in reduction of the total sum that is due and owing, first credited toward escrow, then attorneys' fees and expenses, then interest if applicable, and then the balance towards the reduction of the principal and not toward reinstatement of the Loan.

Please be further advised, due to your default under the terms of the Loan, the Lender may take all actions necessary to protect its interest which will seek all amounts due and owing to the Lender, together with legal fees and expenses, without further notice. Such actions may include the commencement of a foreclosure action without further notice.

Lender shall not be deemed to have waived any rights and remedies against Borrower and Guarantors with respect to the Note, the Mortgage and the other Loan Documents, whether or not such default is outlined herein, nor shall the Lender be deemed to have waived any of its respective rights and remedies by continuing to collect the payments due under the Note and other sums payable to Lender under the Loan Documents. This letter is given without prejudice to assert Lender's right to remedies under the Loan Documents from time to time.

If you wish to discuss this letter, please contact the undersigned.

Please be guided accordingly.

Very truly yours,

*/s/ Aviva Francis*

Jacobowitz Newman Tversky LLP