# EXHIBIT "4"

**5 Ridgeview Road Loan**

**Borrowers** David Braun, Moshe Z Doppelt

**Loan Date** 11/20/2023

**Payment History as of 9/18/25**

| Date Received | Description | Amount ($) |
|---|---|---|
| *11/20/2023* | *Short pay interest* | *17,599.00* |
| *11/20/2023* | *Interest reserve deposit* | *96,000.00* |
| *11/20/2023* | *Origination fee* | *64,000.00* |
| *11/20/2023* | *Lender legal* | *20,000.00* |
| *11/20/2023* | *Due diligence fee* | *5,000.00* |
| 1/16/2024 | Interest Payment | 48,000.00 |
| 2/7/2024 | Interest Payment | 48,000.00 |
| 3/6/2024 | Partial Interest Payment | 30,000.00 |
| 3/7/2024 | Partial Interest Payment | 18,000.00 |
| 5/28/2024 | Interest Payment | 50,000.00 |
| 4/10/2025 | Partial Interest Payment - Accrued Balance | 300,000.00 |
| | | ***696,599.00*** |

| Payment Method |
|---|
| *funded from loan proceeds / deposit* |
| *funded from loan proceeds / deposit* |
| *funded from loan proceeds / deposit* |
| *funded from loan proceeds / deposit* |
| *funded from loan proceeds / deposit* |
| *wire* |
| *wire* |
| *wire* |
| *wire* |
| *wire* |
| *wire* |