**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

In re: **Case No.: 1- 26-43491**

THE RIDGEVIEW REALTOR LLC,

Defendant.

-----------------------------------------------------------------------x

**ORDER GRANTING MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 362(D) VACATING THE AUTOMATIC STAY AGAINST RIDGEVIEW LENDER LLC AND FOR IN REM RELIEF**

Upon Creditor Ridgeview Lender LLC's ("Lender") Motion for an order (1) pursuant to (i) pursuant to 11 U.S.C. § 362(d) annulling the automatic stay; (ii) for *in* rem relief relating to the property known as5 Ridgeview Road, Kerhonkson, New York (Section 68.1, Block 1, Lot 27.700); N/A Cherrytown Road, Rochester, New York 12446 (Section 68.3, Block 1, Lot 16.300, Lot 16.200) in Ulster County (the "Property");; (iii) waiver of the stay invoked pursuant to Bankruptcy Rule 4001(a)(3) and (iv) granting the Lender such other and further relief as is just and proper, and upon oral arguments had therefor, including a hearing held on November 12, 2026 whereby the Lender's Counsel, Aviva Francis and ____________________________________________was present, the relief request therein, and upon the motion being unopposed by the debtor, the pleadings filed in the bankruptcy case, and the representations of counsel and evidence presented hereto, it is hereby

**ORDERED** that the Lender's Motion is granted as provided herein; and it is further

**ORDERED** pursuant to 11 U.S.C. §362(d) the automatic stay is vacated as against the Lender to allow the Lender or its assignee to exercise all rights available to them under the applicable law with respect to the Property; and it is further

**ORDERED** that all applicable government agencies are hereby directed to accept a certified copy of this order for filing and recordation; and it is further

**ORDERED** that the requirement under Bankruptcy Rule 4001(a)(3) that an order granting a motion for relief from the automatic stay made in accordance with the Bankruptcy Rule 4001(a)(1) is stayed until the expiration of 14 days after entry of the order is waived and this Order shall be effective and enforceable immediately upon entry; terminating the automatic stay to allow Lender to continue foreclosure proceedings against the Debtor.

**DATED**: Brooklyn, New York
________ ___, 2026

_______________________________
UNITED STATES BANKRUPTCY JUDGE