Aviva Francis
Evan M. Newman
JACOBOWITZ NEWMAN TVERSKY LLP
*Attorneys for Ridgeview Lender LLC.*
377 Pearsall Avenue, Suite C
Cedarhurst, NY 11516

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

In re: **Case No.: 1- 26-43491**

THE RIDGEVIEW REALTOR LLC,

Defendant.

------------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

Aviva Francis, an attorney duly admitted to practice before the Courts of this State, affirms the following under penalty of perjury: I am over the age of eighteen and not a party to this action. On September 2, 2026, I caused the Lender's Motion, supporting documents and proposed order to be served via regular mail (USPS) on:

**The Ridgeview Realtor LLC**
23 Heyward St., #1B
Brooklyn, NY 11249

***U.S. Trustee***
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

**Paul A Rubin**
Rubin LLC
11 Broadway
Suite 715
New York, NY 10004

Dated: Cedarhurst, New York
September 2, 2026

*Aviva Francis*
Aviva Francis, Esq.