United States Bankruptcy Court
Eastern District of New York

| | |
|---|---|
| In re: | Case No. 26-43491-ess |
| The Ridgeview Realtor LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 01, 2026 | Form ID: pdf000 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Ridgeview Realtor LLC, 23 Heyward St., #1B, Brooklyn, NY 11249-9208 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aviva Francis | on behalf of Creditor RIDGEVIEW LENDER LLC afrancis@jntllp.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Paul A Rubin | on behalf of Debtor The Ridgeview Realtor LLC prubin@rubinlawllc.com hhuynh@rubinlawllc.com |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

Chapter 11

THE RIDGEVIEW REALTOR LLC,

Case No. 26-43491-ess

Debtor.
------------------------------------------------------------x

**ORDER SCHEDULING HEARING ON THE UNITED STATES TRUSTEE'S OBJECTION TO THE DEBTOR'S MOTION TO RETAIN COUNSEL**

WHEREAS, on July 21, 2026, The Ridgeview Realtor LLC (the "Debtor"), filed a petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on July 27, 2026, the Debtor filed a motion to retain the Rubin LLC as counsel to the Debtor (the "Motion to Retain"); and

WHEREAS, on July 29, 2026, the Court entered an Order scheduling an initial case management conference for October 1, 2026, at 10:30 a.m.; and

WHEREAS, on August 13, 2026, the United States Trustee filed an objection to the Motion to Retain (the "Objection").

NOW, THEREFORE, in the interest of good case management, it is hereby

**ORDERED,** that the Court will hold an in-person hearing on the Motion to Retain and the Objection on **October 1, 2026, at 10:30 a.m.**, before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED,** that this hearing will be conducted in person. All participants, including attorneys, clients, and pro se parties, must register as follows:

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl at least one business day before the scheduled hearing. To**

**register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent.**

**Additional information about eCourt Appearances, including a tutorial on how to use the program, is available at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances. In the event that you are not able to register online, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date.**

Dated: Brooklyn, New York
September 1, 2026

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**The Ridgeview Realtor LLC**
23 Heyward St., #1B
Brooklyn, NY 11249
KINGS-NY

**Paul A Rubin**
Rubin LLC
11 Broadway
Suite 715
New York, NY 10004

**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

**Aviva Francis, Esq.**
Jacobowitz Newman Tversky LLP
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516