**ABRAHAM KLEINMAN**
407 Lincoln Rd, Suite 6H-1752
Miami Beach, Florida 33139
Tel.: (845) 494-9922
Email: kleinmanabraham@gmail.com
*Creditor and Party in Interest, Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| THE RIDGEVIEW REALTOR LLC, | Case No. 26-43491 (ESS) |
| Debtor. | |

----------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS PURSUANT TO 11 U.S.C. § 1109(b) AND FED. R. BANKR. P. 2002, 9007 AND 9010(b)**

PLEASE TAKE NOTICE that Abraham Kleinman ("Kleinman"), a creditor and party in interest in the above-captioned chapter 11 case, hereby appears, pro se, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, including without limitation all notices under Bankruptcy Rule 2002, be given to and served upon the undersigned at the following address:

Abraham Kleinman
407 Lincoln Rd, Suite 6H-1752
Miami Beach, Florida 33139
Tel.: (845) 494-9922
Email: kleinmanabraham@gmail.com

PLEASE TAKE FURTHER NOTICE that Kleinman holds a claim against the Debtor, The Ridgeview Realtor LLC (the "Debtor"), in an amount not less than $3,500,000, arising from advances for the construction and rehabilitation of the Debtor's real property and for the Debtor's vendors and mortgage payments, made by MAA Capital Management LLC and assigned to Kleinman, to and for the benefit of the Debtor, its Manager Joseph Doppelt, and Arugath Habosem, Inc. (NYS DOS ID 1917477) and Kehilath Jakov-Arugath Habosem, Inc. (NYS DOS ID 954291), New York not-for-profit corporations operating as Yeshiva & Mesivta Arugath Habosem, a New York not-for-profit religious/educational corporation located at 40 Lynch Street, Brooklyn, New York 11206, of which Mr. Doppelt is the principal, which entities Kleinman contends operate as a single business enterprise and as alter egos of one another. Kleinman is neither listed on the Debtor's Schedules (ECF No. 11) nor on the Debtor's creditor matrix (ECF No. 13), and files this Notice to ensure that he receives notice of all matters in this case. Kleinman is filing a proof of claim contemporaneously herewith.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail, or otherwise, that affect or seek to affect in any way the Debtor, its estate, its property, or the rights or interests of Kleinman.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices and Papers shall not be deemed or construed to be a waiver of any of Kleinman's rights, including without limitation: (i) the right to have final orders in non-core matters entered

only after de novo review by a United States District Judge; (ii) the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (iii) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Kleinman is or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Miami Beach, Florida
September 11, 2026

Respectfully submitted,

/s/ Abraham Kleinman

**Abraham Kleinman**
Creditor and Party in Interest, Pro Se
407 Lincoln Rd, Suite 6H-1752
Miami Beach, Florida 33139
Tel.: (845) 494-9922
Email: kleinmanabraham@gmail.com

**TO:**

Paul A. Rubin, Esq.
Hanh V. Huynh, Esq.
Rubin LLC
11 Broadway, Suite 715
New York, New York 10004
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com
Proposed Counsel for the Debtor

Greg M. Zipes, Esq., Trial Attorney
Office of the United States Trustee, Region 2
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004-1408
USTPRegion02.BR.ECF@usdoj.gov

Aviva Francis, Esq.
Jacobowitz Newman Tversky LLP
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516
afrancis@jntllp.com
Counsel for Ridgeview Lender LLC

The Ridgeview Realtor LLC
Attn: Joseph Doppelt, Manager
23 Heyward Street, #1B
Brooklyn, New York 11249

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| THE RIDGEVIEW REALTOR LLC, | Case No. 26-43491 (ESS) |
| Debtor. | |

---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Abraham Kleinman, hereby certify that on September 11, 2026, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers to be served by first-class United States mail, postage prepaid, and by electronic mail where an address is indicated, upon each of the persons listed below, and that a copy was also filed with the Clerk of the Court.

Paul A. Rubin, Esq.
Hanh V. Huynh, Esq.
Rubin LLC
11 Broadway, Suite 715
New York, New York 10004
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com
Proposed Counsel for the Debtor

Greg M. Zipes, Esq., Trial Attorney
Office of the United States Trustee, Region 2
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004-1408
USTPRegion02.BR.ECF@usdoj.gov

Aviva Francis, Esq.
Jacobowitz Newman Tversky LLP
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516

afrancis@jntllp.com
Counsel for Ridgeview Lender LLC

The Ridgeview Realtor LLC
Attn: Joseph Doppelt, Manager
23 Heyward Street, #1B
Brooklyn, New York 11249

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Abraham Kleinman
Abraham Kleinman