**ABRAHAM KLEINMAN**
407 Lincoln Rd, Suite 6H-1752
Miami Beach, Florida 33139
Tel.: (845) 494-9922
Email: kleinmanabraham@gmail.com
*Creditor and Party in Interest, Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE RIDGEVIEW REALTOR LLC, | Case No. 26-43491 (ESS) |
| Debtor. | |

**APPLICATION OF ABRAHAM KLEINMAN, CREDITOR AND PARTY IN INTEREST, PRO SE, FOR PERMISSION TO FILE AND RECEIVE DOCUMENTS ELECTRONICALLY THROUGH CM/ECF**

Abraham Kleinman ("Kleinman"), a creditor and party in interest in the above-captioned chapter 11 case, appearing pro se, respectfully applies for permission to participate in Electronic Case Filing in this case and in any adversary proceeding related to it, pursuant to Rule 5005(a)(2)(B)(i) of the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rule 5005-1, and this Court's General Order No. 559 and the Administrative Procedures for Electronically Filed Cases, and states:

1. Kleinman is an individual, not an attorney, and appears in this case pro se. He filed a Notice of Appearance and Request for Service of Notices and Papers on September 11, 2026, holds a claim against the Debtor of not less than $3,500,000, and holds a 10% membership interest in the Debtor.

2. Rule 5005(a)(2)(B)(i) provides that a person not represented by an attorney may file electronically if allowed by court order or by local rule. Kleinman asks for that order.

3. Kleinman completed the CM/ECF Introduction Course and was awarded a Certificate of Completion dated July 16, 2026, a copy of which is annexed as Exhibit A.

4. Kleinman has been granted permission to file electronically in the United States District Court for the Southern District of New York in Kleinman v. Frankel, No. 1:26-cv-04899 (PMH)(AEK), by order entered July 21, 2026, a copy of which is annexed as Exhibit B, is a registered CM/ECF Filing User of that Court, and has filed electronically there without incident. He has also sought and been permitted to file electronically in the related action, Kleinman v. Frankel, No. 7:26-cv-06517 (KMK)(AEK).

5. Kleinman resides in Florida, at 407 Lincoln Rd, Suite 6H-1752, Miami Beach, Florida 33139. The matters now before this Court move on short notice: objections to the Debtor's retention applications are due on September 23 and September 24, 2026, hearings are scheduled for October 1 and November 12, 2026, and Kleinman has filed a motion for the appointment of a chapter 11 trustee, a motion under Bankruptcy Rule 2004, and an adversary complaint. Electronic filing and electronic notice will allow Kleinman to receive the Court's orders and the parties' papers on the day they are entered, rather than days later by mail, and to respond within the time the Court allows. It will also spare the estate and the Clerk the burden of mailing paper to Florida.

6. Kleinman consents to electronic service of all notices and papers under Bankruptcy Rules 9036 and 2002 at kleinmanabraham@gmail.com, and agrees that such service is effective as to him.

7. Kleinman agrees to comply with General Order No. 559, the Administrative Procedures for Electronically Filed Cases, the Local Bankruptcy Rules for the Eastern District of New York, the Federal Rules of Bankruptcy Procedure, including Rules 9011 and 9037, and the procedures of the Honorable Elizabeth S. Stong; to obtain a PACER account and to register as a

Filing User in the manner the Clerk directs; to maintain the security of his login credentials and to use them for no purpose other than filing in his own matters; and to notify the Clerk immediately of any change in his e-mail address or of any compromise of his credentials.

8. Kleinman understands that this Court may revoke permission to file electronically at any time, and that nothing in this Application relieves him of any obligation imposed by the Bankruptcy Rules or by this Court.

9. No prior application for this relief has been made to this or any other court in this case. Kleinman has served this Application on the Debtor's proposed counsel, the Office of the United States Trustee and counsel for Ridgeview Lender LLC, as set out in the annexed certificate of service.

WHEREFORE, Kleinman respectfully requests that the Court enter an order substantially in the form annexed, authorizing him to file and receive documents electronically through CM/ECF in this case and in any related adversary proceeding upon registration as a Filing User, and granting such other relief as is just.

Dated: Miami Beach, Florida
September 11, 2026

Respectfully submitted,

/s/ Abraham Kleinman
**Abraham Kleinman**
Creditor and Party in Interest, Pro Se
407 Lincoln Rd, Suite 6H-1752
Miami Beach, Florida 33139
Tel.: (845) 494-9922
Email: kleinmanabraham@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re: Chapter 11

THE RIDGEVIEW REALTOR LLC, Case No. 26-43491 (ESS)

Debtor.
------------------------------------------------------------x

**SCHEDULE OF EXHIBITS ANNEXED TO THIS APPLICATION**

(A) Certificate of Completion, CM/ECF Introduction Course, United States District Court for the Southern District of New York, July 16, 2026.

(B) Order granting permission for electronic case filing, Kleinman v. Frankel, No. 1:26-cv-04899 (PMH)(AEK) (S.D.N.Y. July 21, 2026) (ECF No. 19).

UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 1-26-43491 (ESS)

# EXHIBIT A

**Certificate of Completion, CM/ECF Introduction Course, July 16, 2026**

*Source: United States District Court for the Southern District of New York.*

# UNITED STATES DISTRICT COURT

*Southern District of New York*

Awarded To

## ABRAHAM KLEINMAN

For Completing the Court's CM/ECF Introduction

Course Awarded the 16th of July 2026

Lourdes Aquino

Director of Docket Services and Miscellaneous Case Operations

UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 1-26-43491 (ESS)

# EXHIBIT B

**Order granting permission for electronic case filing, July 21, 2026**

*Source: Kleinman v. Frankel, No. 1:26-cv-04899 (PMH)(AEK) (S.D.N.Y.), ECF No. 19.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

ABRAHAM KLEINMAN,

Plaintiff,

-against-

JACOB FRANKEL a/k/a JACOB FRANKL, a/k/a YACOV FRANKEL a/k/a YACOV YISROEL FRANKEL, a/k/a YISROEL FRANKL, and SHEINDL KLEIN a/k/a SHEINDL FRANKL, PETER A. HURWITZ, "JOHN DOE," and "JANE DOE,"

Defendants.

---------------------------------------------------------------

Case No. 1:26-cv-04899

(PMH)(AEK)

**LETTER MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Application granted.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 18.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 21, 2026

I, Abraham Kleinman, plaintiff pro se in the abo

this Court, before the Honorable Philip M. Halpern, pu

Filing Rules & Instructions, for permission to participate in Electronic Case Filing (ECF) in this action, and in support state as follows:

1. I am the plaintiff in this action and I am proceeding pro se.

2. I have completed the Court's CM/ECF Introduction Course. A true and correct copy of the Certificate of Completion, awarded to me on July 16, 2026 by the United States District Court for the Southern District of New York, is annexed hereto as Exhibit A.

3. I have regular access to the technical requirements necessary to file documents electronically, including a computer with internet access, an electronic-mail account that I check regularly, a scanner, and software that produces documents in Portable Document Format (PDF).

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

In re: Chapter 11

THE RIDGEVIEW REALTOR LLC, Case No. 26-43491 (ESS)

Debtor.

---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Abraham Kleinman, hereby certify that on September 11, 2026, I caused a true and correct copy of the foregoing Application of Abraham Kleinman for Permission to File and Receive Documents Electronically Through CM/ECF, with proposed order and Exhibits A and B to be served by first-class United States mail, postage prepaid, and by electronic mail where an address is indicated, upon each of the persons listed below, and that a copy was also filed with the Clerk of the Court.

Paul A. Rubin, Esq.
Hanh V. Huynh, Esq.
Rubin LLC
11 Broadway, Suite 715
New York, New York 10004
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com
Proposed Counsel for the Debtor

Greg M. Zipes, Esq., Trial Attorney
Office of the United States Trustee, Region 2
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004-1408
USTPRegion02.BR.ECF@usdoj.gov

Aviva Francis, Esq.
Jacobowitz Newman Tversky LLP

377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516
afrancis@jntllp.com
Counsel for Ridgeview Lender LLC

The Ridgeview Realtor LLC
Attn: Joseph Doppelt, Manager
23 Heyward Street, #1B
Brooklyn, New York 11249

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Abraham Kleinman
Abraham Kleinman