UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 1-26-43491 (ESS)

# EXHIBIT 1

**KKZF settlement proposal to the Town of Rochester, June 4, 2026, with the YMAH letter of June 2, 2026 signed Joseph Doppelt, Administrator, and its attachments**

Letter of Jeffrey Kaplan, Esq. (Kalter, Kaplan, Zeiger & Forman) to Mary Lou P. Christiana, Esq., Town Attorney, June 4, 2026, "on behalf of my client," cc Yoseph Doppelt, Yeshivah Mesivta Arugath Habosem, proposing settlement of the code enforcement action: "As has been the case the last two summers, my client would like to operate the facility this summer for religious education with an emphasis of alcohol and drug abuse. I am attaching letters and documents from my clients confirming the continuing use of the property … Following this summer, my client will consent to terminate the use of the property as a alcohol and drug rehabilitation center." With it, the attachment it transmitted: letter on Yeshivah Mesivta Arugath Habosem letterhead signed "Joseph Doppelt, Administrator," June 2, 2026 ("We operate a year-round organization for children ages twelve to eighteen. Within our organization we have a program to assist kids in abstaining from alcohol and drugs … we want to take the kids to our facility in Kerhonkson, NY and continue with our activities there for the next two months"), and the staff credentials attached to it: the Niagara University master's degree of Nachman Kenigsberg conferred May 22, 2026, a printout dated June 1, 2026 of a course titled "Drug and Alcohol," and the transcripts and academic records of Yonah Silber, Abraham Rubinfeld, Samuel Schwartz, Yoshua Kahana and Isaac Altman.

*Source: Town of Rochester FOIL production, Town Attorney file (akfoil3, pp. 24-40); the June 2 letter and credentials were scanned adjacent to the June 4 letter that transmitted them.*

KALTER, KAPLAN, ZEIGER & FORMAN
ATTORNEYS AT LAW
47 NORTH MAIN STREET, [redacted]
ELLENVILLE, NEW YORK 12428
TEL. (845) 647-4110
FAX (845) 647-6232
[redacted]

[redacted]

WOODBOURNE OFFICE
6166 STATE ROUTE 42, [redacted]
WOODBOURNE, NEW YORK 12788
TEL. (845) 434-4777
FAX (845) 436-8156

June 4, 2026

**VIA EMAIL**
Marylou Christiana, Esq.

**<u>RE: The Ridgeview Realtor LLC ads Town of Rochester</u>**

Dear Marylou:

As per our discussion, on behalf of my client, we would like to offer the following proposal in full settlement of this action.

As has been the case the last two summers, my client would like to operate the facility this summer for religious education with an emphasis of alcohol and drug abuse. I am attaching letters and documents from my clients confirming the continuing use of the property and the educational background of the administrators with the emphasis on drug and alcohol abuse training.

Following this summer, my client will consent to terminate the use of the property as a alcohol and drug rehabilitation center and instead with their application to use the property for religious purposes. Additionally, they will agree not to occupy the premises until all of the violations and safety concern raised by the Town during their prior inspections have been resolved. At this juncture, unless new violation have arisen since their recent inspection, we would ask that the violations be limited to those that have already been indicated by the Town during their prior inspections including a recent inspection within the last couple of weeks.

After you have had the opportunity to review this, please advise so that we can proceed accordingly. It is important that this matter be resolved as quickly as possible to avoid delays in the proper use of the premises this summer.

Very truly yours,

Jeffrey Kaplan, Esq.

JK/co
cc: Yoseph Doppelt

Yeshivah Mesivta
**Arugath Habosem**
בנשיאות כ"ק אדמו"ר שליט"א

ישיבה ומתיבתא
**ערוגת הבשם צעהלים**
מיסודו של רבינו הקדוש זצוק"ל

Office: [redacted]

June 2, 2026

To whom it may concern,

On behalf of Yeshiva Mesivta Arugath Habosem, I am writing to let you know about the services we provide. We operate a year-round organization for children ages twelve to eighteen. Within our organization we have a program to assist kids in abstaining from alcohol and drugs. Our director, together with his counselors conduct a number of programs to educate the kids on the risks associated with alcohol and drugs, providing them a solid understanding of the subject.

Mr. Nachman Kenigsberg, our director, has a master's degree of Science in Education, which includes special training on the subject of drugs and alcohol. Five counselors with training in special education work with him: Abraham Rubinfeld, Yonah Silber, Isaac Altman, Samuel Schwartz, and Yoshua Kahana. I am attaching their certificates here.

At this time, we want to take the kids to our facility in Kerhonkson, NY and continue with our activities there for the next two months.

Very truly yours,

Joseph Doppelt

Joseph Doppelt

Administrator

# Niagara University

Printed from certified digital credential

The Board of Trustees of Niagara University attests that

## Nachman Kenigsberg

having completed all statutory requirements
has been admitted to the Degree of

## Master of Science in Education

In Witness Whereof this document is given under the seal of the University
and the signatures of the President, the Secretary, and the Dean.
Given this 22nd day of May in the year of our Lord 2026.

President

Joseph G. Hubbert, c.m.
Secretary

Dean

## This digital credential is an official document of Niagara University.

The digital signature embedded in this document can be verified when viewing in Adobe Acrobat on your computer or mobile device.

This symbol indicates the document has not been modified since issued.

This symbol indicates the document may have been modified after being issued.

*These symbols will not appear when viewing this document in a web browser or other application.*

Printed from certified digital credential

parchment
Turn Credentials into Opportunities.

*Verify this credential online at:*
www.parchment.com

NIAGARA UNIVERSITY

Harry Gong
University Registrar

Questions? Contact:
records@niagara.edu

# Grades for Nachman Kenigsberg

Print Grades (javascript:window.print())

Course: Drug and Alcohol

Arrange By: Due Date

| Name | Due | Submitted | Status | Score | |
|---|---|---|---|---|---|
| What is Alcohol? Assignment | | Apr 25 at 10:38pm | | 100 / 100 | |
| What is Marijuana? Assignment | | Apr 25 at 10:45pm | | 100 / 100 | |
| What is Tobacco? Assignment | | Apr 25 at 10:41pm | | 100 / 100 | |
| Assignment | | | | 100% | 300.00 / 300.00 |
| Imported Assignments | | | | N/A | 0.00 / 0.00 |
| Total | | | | 100% | 300.00 / 300.00 |

TO VERIFY: TRANSLUCENT GLOBE ICONS MUST BE VISIBLE WHEN HELD TOWARD A LIGHT SOURCE

# EXCELSIOR COLLEGE.

Member of The University of the State of New York
7 COLUMBIA CIRCLE
[redacted]

STUDENT ID NUMBER : [redacted]

YONA SILBER
[redacted]

DOB (M/D) : 12/22
ENROLL DATE : 08/28/2020
DEGREE : BACHELOR OF SCIENCE
PROGRAM : LIBERAL ARTS

CONFERRED :

| TERM | DEPT | COURSE NUMBER | DESCRIPTIVE TITLE | SEM HRS | GRADE |
|---|---|---|---|---|---|
| UNITED TALMUDICAL SEMINARY | | | | | |
| 14/FA | | | CLASSICAL BIBLICAL ETHICS | 3.00 | P |
| | | | CLASSICAL BIBLICAL PHILOSOPHY | 3.00 | P |
| | | | HEBREW (TALMUDIC) | 6.00 | P |
| | | | HEBREW LITERATURE | 6.00 | P |
| | | | JEWISH HISTORY | 6.00 | P |
| COOPERSMITH CAREER CONSULTING, LLC | | | | | |
| | EARLY CHILDHOOD CURRICULUM | | | | |
| 20/SU | | | EARLY CHILDHOOD EDUCATION | 3.00 | P |
| | FAMILY-CENTERED EARLY EDUCATION | | | | |
| 20/SU | | | EARLY CHILDHOOD EDUCATION | 3.00 | P |
| | INTRODUCTION TO EARLY CHILDHOOD EDUCATION | | | | |
| 20/SU | | | EARLY CHILDHOOD EDUCATION | 3.00 | P |
| | ASSESSMENT IN EARLY CHILDHOOD EDUCATION | | | | |
| 20/FA | | | EARLY CHILDHOOD EDUCATION | 3.00 | P |
| | MUSIC EDUCATION | | | | |
| 20/FA | | | EARLY CHILDHOOD EDUCATION | 3.00 | P |
| TORAH ACCREDITATION LIAISON | | | | | |
| 20/08 | YIDDISH | 101 | ELEMENTARY YIDDISH (YIDDISH) | 8.00 | A |
| | YIDDISH | 201 | INTERMEDIATE YIDDISH (YIDDISH) | 8.00 | A |
| | YIDDISH | 302 | ADVANCED YIDDISH II (YIDDISH) | 4.00 | A |
| 20/10 | TALMUD | 102 | ELEMENTARY TALMUD II (BAVA KAMA. 1] (JUDAIC STUDIES) | 6.00 | A |
| 21/03 | TALMUD | 201 | INTERMEDIATE TALMUD I (BAVA KAMMA CHAP 1) (JUDAIC STUDIES) | 8.00 | A |
| | TALMUD | 201 | INTERMEDIATE TALMUD I (MAKOS CHAP. 1) (JUDAIC STUDIES) | 8.00 | A |
| 21/05 | TALMUD | 202 | INTERMEDIATE TALMUD II (BAVA KAMMA CHAP 1) (JUDAIC STUDIES) | 8.00 | A |
| THE RECHTSCHAFFEN INSTITUTE OF JUDAIC STUDIES | | | | | |
| 21/SU | JEWISH LAW | 230 | THE JEWISH FESTIVALS II (RELIGION) | 3.00 | A |

CONTINUED ON PAGE 2



AN OFFICIAL SIGNATURE IS WHITE WITH A PURPLE BACKGROUND REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

This officially sealed and signed transcript is printed on purple SCRIP-SAFE® security paper with the name of the college printed in white type across the face of the document. A raised seal is not required. When photocopied the name of the institution appears on one line and the word COPY appears on the next. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

Lori Morano, Registrar

EXCELSI COLLEC

TO VERIFY: TRANSLUCENT GLOBE ICONS MUST BE VISIBLE WHEN HELD TOWARD A LIGHT SOURCE

EXCELSIOR COLLEGE.
Member of The University of the State of New York
7 COLUMBIA CIRCLE
[redacted]

STUDENT ID NUMBER : [redacted]

YONA SILBER
[redacted]

DOB (M/D) : 12/22
ENROLL DATE : 08/28/2020
DEGREE : BACHELOR OF SCIENCE
PROGRAM : LIBERAL ARTS

CONFERRED :

| TERM | DEPT | COURSE NUMBER | DESCRIPTIVE TITLE | SEM HRS | GRADE |
|---|---|---|---|---|---|

****************************************** DEGREE TOTALS **************************************

| | Attempted Hrs | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|---|
| TOTAL INSTITUTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 92.00 | 92.00 | 53.00 | 212.00 | 4.00 |

*********************************************************************************************

END OF OFFICIAL RECORD



AN OFFICIAL SIGNATURE IS WHITE WITH A PURPLE BACKGROUND

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

This officially sealed and signed transcript is printed on purple SCRIP-SAFE® security paper with the name of the college printed in white type across the face of the document. A raised seal is not required. When photocopied the name of the institution appears on one line and the word COPY appears on the next. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

Lori Morano, Registrar

EXCELSI COLLEC

Coopersmith Career Consulting - 747 Chestnut Ridge Road, Suite 102, Spring Valley, NY 10977 | 888.910.2667 | www.coopersmithcc.net

COOPERSMITH
CAREER CONSULTING

PAGE: 1
ISSUED: Dec 8, 2024

## Academic Record

**Student:** Abraham Rubinfeld **DOB:** 7/28/99 **Email:** avrumrubinfeld@gmail. **ID:** 3515

## Courses Taken

| Code | Course | Credits | Grade | Level: U/L | Category | Date Completed |
|---|---|---|---|---|---|---|
| ECE-240 | Foundations of Early Childhood Education | 3 | A- | Lower | Education or Early Childhood Education | 12/4/24 |
| ECE-215 | Foundations of Special Education for Students with Disabilities from Preschool through Grade 6 | 1 | A | Lower | Education, Special Education, Educational Studies, or Educational Psychology | 12/1/24 |
| YID-101 | Modern Yiddish | 8 | A- | Lower | Yiddish, Judaic Studies, or Language | 11/13/24 |
| ECE-230 | Family-Centered Early Education | 3 | C | Upper | Early Childhood Education or Elementary Education | 9/17/24 |
| ECE-370 | Teaching Students with Learning & Behavior Disorders Needs | 3 | B | Upper | Special Education or Education | 9/2/24 |
| ECE-350 | Creative Arts in the Classroom | 3 | B | Upper | Early Childhood Education or Elementary Education | 8/18/24 |
| ECE-301 | Early Childhood Curriculum | 3 | C | Upper | Early Childhood Education or Elementary Education | 8/14/24 |
| ECE-355 | Inclusion: Effective Practices for all Students | 3 | B- | Upper | Early Childhood Education, Elementary Education, or Music and Movement | 8/7/24 |
| ECE-303 | Health and Safety in Early Childhood Education | 3 | A | Upper | Early Childhood Education, Elementary Education, Children's Health, Children's Safety, or Children's Mental Health | 7/17/24 |

| | |
|---|---|
| Total Number Credits Attempted: | 32 |
| Total Number Credits Earned: | 30 |
| Cumulative Grade Point Average: | 3.20 |

## Certification

*This credit recommendation is based on an evaluation by the New York State Board of Regents National College Credit Recommendation Service (formerly National PONSI). To verify the recommended credit indicated above, and read a description of the learning experience(s), consult the National CCRS Directory of college credit recommendations, CCRS Online (http://www.nationalccrs.org/ccr/home.html).

**Registrar**

**Date**

**School Seal**
(Transcript Not Valid Without Seal)

Coopersmith Career Consulting · 747 Chestnut Ridge Road, Suite 102, Spring Valley, NY 10977 | 888.910.2667 | www.coopersmithcc.net

COOPERSMITH
CAREER CONSULTING

## GRADING KEY

| GRADE | QUALITY POINTS | COMMENT |
|---|---|---|
| **Passing Grade** | | |
| A+ | 4.0 | excellent |
| A | 4.0 | excellent |
| A- | 3.67 | excellent |
| B+ | 3.33 | good |
| B | 3.0 | good |
| B- | 2.67 | good |
| C+ | 2.33 | satisfactory |
| C | 2.0 | satisfactory |
| C- | 1.67 | satisfactory |
| D | 1.0 | poor |
| **Not Passing Grade** | | |
| F | 0.00 | fail |
| I | 0.00 | incomplete |
| W | 0.00 | withdrew |
| NR | 0.00 | grade not yet reported |

This transcript was delivered either in print form or electronically. Printed transcripts are considered official only with a raised seal. Transcripts delivered electronically are considered official only if delivered through a secure transcript delivery system such as E-Scrip SAFE or Parchment. Transcripts emailed, send through a non-secure system or printed without a raised seal should not be considered official. If anyone has questions regarding the validity of any Coopersmith transcript, please contact us by phone at 888-910-2667 x 2, text at 888-910-2667 or email at transcripts@coopersmithcc.net

TO VERIFY: TRANSLUCENT GLOBE ICONS MUST BE VISIBLE WHEN HELD TOWARD A LIGHT SOURCE

# EXCELSIOR COLLEGE

Member of The University of the State of New York
7 COLUMBIA CIRCLE
[redacted]

STUDENT ID NUMBER : [redacted]

SAMUEL SCHWARTZ
[redacted]

DOB(M/D) : 08/01
ENROLL DATE : 09/26/2020
DEGREE : BACHELOR OF SCIENCE
PROGRAM : LIBERAL ARTS
FOCUS AREA : JUDAIC STUDIES
YIDDISH
CONFERRED :

| TERM | DEPT | COURSE NUMBER | DESCRIPTIVE TITLE | SEM HRS | GRADE |
|---|---|---|---|---|---|
| UNITED TALMUDICAL SEMINARY | | | | | |
| 92/FA | | | CLASSICAL BIBLICAL ETHICS | 3.00 | P |
| | | | CLASSICAL BIBLICAL PHILOSOPHY | 3.00 | P |
| | | | HEBREW (TALMUDIC) | 6.00 | P |
| | | | HEBREW LITERATURE | 6.00 | P |
| | | | JEWISH HISTORY | 6.00 | P |
| | | | TALMUD | 21.00 | P |
| COOPERSMITH CAREER CONSULTING, LLC | | | | | |
| EARLY CHILDHOOD CURRICULUM | | | | | |
| 20/SU | | | EARLY CHILDHOOD EDUCATION | 3.00 | P |
| FAMILY-CENTERED EARLY EDUCATION | | | | | |
| 20/SU | | | EARLY CHILDHOOD EDUCATION | 3.00 | P |
| INTRODUCTION TO EARLY CHILDHOOD EDUCATION | | | | | |
| 20/SU | | | EARLY CHILDHOOD EDUCATION | 3.00 | P |
| MUSIC EDUCATION | | | | | |
| 20/SU | | | EARLY CHILDHOOD EDUCATION | 3.00 | P |
| ASSESSMENT IN EARLY CHILDHOOD EDUCATION | | | | | |
| 20/FA | | | EARLY CHILDHOOD EDUCATION | 3.00 | P |
| TORAH ACCREDITATION LIAISON | | | | | |
| 20/08 | YIDDISH | 101 | ELEMENTARY YIDDISH (YIDDISH) | 8.00 | A |
| | YIDDISH | 201 | INTERMEDIATE YIDDISH (YIDDISH) | 8.00 | A |
| 20/10 | TALMUD | 201 | INTERMEDIATE TALMUD I (SUCCAH CHAP. 1) | 8.00 | A |
| 20/11 | YIDDISH | 301 | ADVANCED YIDDISH I(YIDDISH) | 4.00 | A |
| | YIDDISH | 302 | ADVANCED YIDDISH II (YIDDISH) | 4.00 | A |

**** DEGREE TOTALS ****

| | Attempted Hrs | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|---|
| TOTAL INSTITUTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 92.00 | 92.00 | 32.00 | 128.00 | 4.00 |

END OF OFFICIAL RECORD



AN OFFICIAL SIGNATURE IS WHITE WITH A PURPLE BACKGROUND
REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED
This officially sealed and signed transcript is printed on purple SCRIP-SAFE security paper with the name of the college printed in white type across the face of the document. A raised seal is not required. When photocopied the name of the institution appears on one line and the word COPY appears on the next. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

Lori Morano, Registrar

EXCELSIOR COLLEGE

TO VERIFY: TRANSLUCENT GLOBE ICONS MUST BE VISIBLE WHEN HELD TOWARD A LIGHT SOURCE

# EXCELSIOR COLLEGE®

Member of The University of the State of New York
7 COLUMBIA CIRCLE
[redacted]

STUDENT ID NUMBER : [redacted]

YOSHUAH KAHANA
[redacted]

DOB (M/D) : 07/28
ENROLL DATE : 11/19/2020
DEGREE : BACHELOR OF SCIENCE
PROGRAM : LIBERAL ARTS

CONFERRED :

| TERM | DEPT | COURSE NUMBER | DESCRIPTIVE TITLE | SEM HRS | GRADE |
|---|---|---|---|---|---|
| YESHIVATH VIZNITZ | | | | | |
| 17/FA | | | CLASSICAL BIBLICAL PHILOSOPHY | 3.00 | P |
| | | | CLASSICAL BIBLICAL ETHICS | 3.00 | P |
| | | | HEBREW (TALMUDIC) | 6.00 | P |
| | | | HEBREW LITERATURE | 6.00 | P |
| | | | JEWISH HISTORY | 6.00 | P |
| | | | TALMUD | 21.00 | P |
| COOPERSMITH CAREER CONSULTING, LLC | | | | | |
| | CREATIVE ARTS IN THE CLASSROOM | | | | |
| 20/FA | | | EARLY CHILDHOOD EDUCATION | 3.00 | P |
| | EARLY CHILDHOOD CURRICULUM | | | | |
| 20/FA | | | EARLY CHILDHOOD EDUCATION | 3.00 | P |
| | FAMILY-CENTERED EARLY EDUCATION | | | | |
| 20/FA | | | EARLY CHILDHOOD EDUCATION | 3.00 | P |
| | HEALTH AND SAFETY IN EARLY CHILDHOOD EDUCATION | | | | |
| 20/FA | | | EARLY CHILDHOOD EDUCATION | 3.00 | P |
| | INTRODUCTION TO EARLY CHILDHOOD EDUCATION | | | | |
| 20/FA | | | EARLY CHILDHOOD EDUCATION | 3.00 | P |
| TORAH ACCREDITATION LIAISON | | | | | |
| 20/11 | YIDDISH | 101 | ELEMENTARY YIDDISH (YIDDISH) | 8.00 | A |
| | YIDDISH | 201 | INTERMEDIATE YIDDISH (YIDDISH) | 8.00 | A |
| | YIDDISH | 301 | ADVANCED YIDDISH I(YIDDISH) | 4.00 | A |
| | YIDDISH | 302 | ADVANCED YIDDISH II (YIDDISH) | 4.00 | A |
| 20/12 | TALMUD | 201 | INTERMEDIATE TALMUD I (PESACHIM CHAP. 1) | 8.00 | A |

************************************** DEGREE TOTALS **************************************

| | Attempted Hrs | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|---|
| TOTAL INSTITUTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 92.00 | 92.00 | 32.00 | 128.00 | 4.00 |

END OF OFFICIAL RECORD



AN OFFICIAL SIGNATURE IS WHITE WITH A PURPLE BACKGROUND

This officially sealed and signed transcript is printed on purple SCRIP-SAFE® security paper with the name of the college printed in white type across the face of the document. A raised seal is not required. When photocopied the name of the institution appears on one line and the word COPY appears on the next. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

Lori Morano, Registrar

EXCELSIOR COLLEGE.

Coopersmith Career Consulting - 747 Chestnut Ridge Road, Suite 102, Spring Valley, NY 10977 | 888.910.2667 | www.coopersmithcc.net

COOPERSMITH
CAREER CONSULTING


ISSUED: Nov 28, 2024

## Academic Record

**Student:** Isaac Altman **DOB:** 6/4/83 **Email:** ialtman@ccc.net **ID:** x0684

## Courses Taken

| Code | Course | Credits | Grade | Level: U/L | Category | Date Completed |
|---|---|---|---|---|---|---|
| ECE-230 | Family-Centered Early Education | 3 | C | Upper | Early Childhood Education or Elementary Education | 11/21/24 |
| ECE-303 | Health and Safety in Early Childhood Education | 3 | A- | Upper | Early Childhood Education, Elementary Education, Children's Health, Children's Safety, or Children's Mental Health | 11/6/24 |
| ECE-350 | Creative Arts in the Classroom | 3 | C | Upper | Early Childhood Education or Elementary Education | 10/15/24 |
| ECE-355 | Inclusion: Effective Practices for all Students | 3 | C+ | Upper | Early Childhood Education, Elementary Education, or Music and Movement | 10/1/24 |
| ECE-370 | Teaching Students with Learning & Behavior Disorders Needs | 3 | B | Upper | Special Education or Education | 9/26/24 |

Total Number Credits Attempted: 15
Total Number Credits Earned: 15
Cumulative Grade Point Average: 2.60

## Certification

*This credit recommendation is based on an evaluation by the New York State Board of Regents National College Credit Recommendation Service (formerly National PONSI). To verify the recommended credit indicated above, and read a description of the learning experience(s), consult the National CCRS Directory of college credit recommendations, CCRS Online (http://www.nationalccrs.org/ccr/home.html).

Sari Rosenberg

**Dr. Sari Rosenberg, PhD, Registrar**

Nov 28, 2024

**Date**

**School Seal**
(Transcript Not Valid Without Seal)

Coopersmith Career Consulting - 747 Chestnut Ridge Road, Suite 102, Spring Valley, NY 10977 | 888.910.2667 | www.coopersmithcc.net

COOPERSMITH
CAREER CONSULTING

## GRADING KEY

| GRADE | QUALITY POINTS | COMMENT |
|---|---|---|
| **Passing Grade** | | |
| A+ | 4.0 | excellent |
| A | 4.0 | excellent |
| A- | 3.67 | excellent |
| B+ | 3.33 | good |
| B | 3.0 | good |
| B- | 2.67 | good |
| C+ | 2.33 | satisfactory |
| C | 2.0 | satisfactory |
| C- | 1.67 | satisfactory |
| D | 1.0 | poor |
| **Not Passing Grade** | | |
| F | 0.00 | fail |
| I | 0.00 | incomplete |
| W | 0.00 | withdrew |
| NR | 0.00 | grade not yet reported |

This transcript was delivered either in print form or electronically. Printed transcripts are considered official only with a raised seal. Transcripts delivered electronically are considered official only if delivered through a secure transcript delivery system such as E-Scrip SAFE or Parchment. Transcripts emailed, send through a non-secure system or printed without a raised seal should not be considered official. If anyone has questions regarding the validity of any Coopersmith transcript, please contact us by phone at 888-910-2667 x 2, text at 888-910-2667 or email at transcripts@coopersmithcc.net

Coopersmith Career Consulting - 747 Chestnut Ridge Road, Suite 102, Spring Valley, NY 10977 | 888.910.2667 | www.coopersmithcc.net

COOPERSMITH
CAREER CONSULTING

PAGE: 1
ISSUED: Feb 18, 2025

## Academic Record

**Student:** Isaac Altman **DOB:** 6/4/83 **Email:** ialtman@ccc.net **ID:** x0684

## Courses Taken

| Code | Course | Credits | Grade | Level: U/L | Category | Date Completed |
|---|---|---|---|---|---|---|
| ECE-230 | Family-Centered Early Education | 3 | C | Upper | Early Childhood Education or Elementary Education | 11/21/24 |
| ECE-303 | Health and Safety in Early Childhood Education | 3 | A- | Upper | Early Childhood Education, Elementary Education, Children's Health, Children's Safety, or Children's Mental Health | 11/6/24 |
| ECE-350 | Creative Arts in the Classroom | 3 | C | Upper | Early Childhood Education or Elementary Education | 10/15/24 |
| ECE-355 | Inclusion: Effective Practices for all Students | 3 | C+ | Upper | Early Childhood Education, Elementary Education, or Music and Movement | 10/1/24 |
| ECE-370 | Teaching Students with Learning & Behavior Disorders Needs | 3 | B | Upper | Special Education or Education | 9/26/24 |

Total Number Credits Attempted: 15
Total Number Credits Earned: 15
Cumulative Grade Point Average: 2.60

## Certification

*This credit recommendation is based on an evaluation by the New York State Board of Regents National College Credit Recommendation Service (formerly National PONSI). To verify the recommended credit indicated above, and read a description of the learning experience(s), consult the National CCRS Directory of college credit recommendations, CCRS Online (http://www.nationalccrs.org/ccr/home.html).

Sari Rosenberg

Dr. Sari Rosenberg, PhD, Registrar

Feb 18, 2025

Date

School Seal
(Transcript Not Valid Without Seal)

Coopersmith Career Consulting - 747 Chestnut Ridge Road, Suite 102, Spring Valley, NY 10977 | 888.910.2667 | www.coopersmithcc.net

COOPERSMITH
CAREER CONSULTING

## GRADING KEY

| GRADE | QUALITY POINTS | COMMENT |
|---|---|---|
| **Passing Grade** | | |
| A+ | 4.0 | excellent |
| A | 4.0 | excellent |
| A- | 3.67 | excellent |
| B+ | 3.33 | good |
| B | 3.0 | good |
| B- | 2.67 | good |
| C+ | 2.33 | satisfactory |
| C | 2.0 | satisfactory |
| C- | 1.67 | satisfactory |
| D | 1.0 | poor |
| **Not Passing Grade** | | |
| F | 0.00 | fail |
| I | 0.00 | incomplete |
| W | 0.00 | withdrew |
| NR | 0.00 | grade not yet reported |

This transcript was delivered either in print form or electronically. Printed transcripts are considered official only with a raised seal. Transcripts delivered electronically are considered official only if delivered through a secure transcript delivery system such as E-Scrip SAFE or Parchment. Transcripts emailed, send through a non-secure system or printed without a raised seal should not be considered official. If anyone has questions regarding the validity of any Coopersmith transcript, please contact us by phone at 888-910-2667 x 2, text at 888-910-2667 or email at transcripts@coopersmithcc.net

Coopersmith Career Consulting · 747 Chestnut Ridge Road, Suite 102, Spring Valley, NY 10977 | 888.910.2667 | www.coopersmithcc.net

COOPERSMITH
CAREER CONSULTING


ISSUED: Feb 18, 2025

## Academic Record

**Student:** Isaac Altman **DOB:** 6/4/83 **Email:** ialtman@ccc.net **ID:** x0684

## Courses Taken

| Code | Course | Credits | Grade | Level: U/L | Category | Date Completed |
|---|---|---|---|---|---|---|
| ECE-230 | Family-Centered Early Education | 3 | C | Upper | Early Childhood Education or Elementary Education | 11/21/24 |
| ECE-303 | Health and Safety in Early Childhood Education | 3 | A- | Upper | Early Childhood Education, Elementary Education, Children's Health, Children's Safety, or Children's Mental Health | 11/6/24 |
| ECE-350 | Creative Arts in the Classroom | 3 | C | Upper | Early Childhood Education or Elementary Education | 10/15/24 |
| ECE-355 | Inclusion: Effective Practices for all Students | 3 | C+ | Upper | Early Childhood Education, Elementary Education, or Music and Movement | 10/1/24 |
| ECE-370 | Teaching Students with Learning & Behavior Disorders Needs | 3 | B | Upper | Special Education or Education | 9/26/24 |

| | |
|---|---|
| Total Number Credits Attempted: | 15 |
| Total Number Credits Earned: | 15 |
| Cumulative Grade Point Average: | 2.60 |

## Certification

*This credit recommendation is based on an evaluation by the New York State Board of Regents National College Credit Recommendation Service (formerly National PONSI). To verify the recommended credit indicated above, and read a description of the learning experience(s), consult the National CCRS Directory of college credit recommendations, CCRS Online (http://www.nationalccrs.org/ccr/home.html).

Sari Rosenberg

Dr. Sari Rosenberg, PhD, Registrar

Feb 18, 2025

Date

School Seal
(Transcript Not Valid Without Seal)

Coopersmith Career Consulting - 747 Chestnut Ridge Road, Suite 102, Spring Valley, NY 10977 | 888.910.2667 | www.coopersmithcc.net

COOPERSMITH
CAREER CONSULTING

## GRADING KEY

| GRADE | QUALITY POINTS | COMMENT |
|---|---|---|
| **Passing Grade** | | |
| A+ | 4.0 | excellent |
| A | 4.0 | excellent |
| A- | 3.67 | excellent |
| B+ | 3.33 | good |
| B | 3.0 | good |
| B- | 2.67 | good |
| C+ | 2.33 | satisfactory |
| C | 2.0 | satisfactory |
| C- | 1.67 | satisfactory |
| D | 1.0 | poor |
| **Not Passing Grade** | | |
| F | 0.00 | fail |
| I | 0.00 | incomplete |
| W | 0.00 | withdrew |
| NR | 0.00 | grade not yet reported |

This transcript was delivered either in print form or electronically. Printed transcripts are considered official only with a raised seal. Transcripts delivered electronically are considered official only if delivered through a secure transcript delivery system such as E-Scrip SAFE or Parchment. Transcripts emailed, send through a non-secure system or printed without a raised seal should not be considered official. If anyone has questions regarding the validity of any Coopersmith transcript, please contact us by phone at 888-910-2667 x 2, text at 888-910-2667 or email at transcripts@coopersmithcc.net