**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Chapter 11

THE RIDGEVIEW REALTOR LLC, Case No. 26-43491 (ESS)

Debtor.

---------------------------------------------------------------x

**SCHEDULE OF EXHIBITS ANNEXED TO THIS MOTION**

(1) Letter of Jeffrey Kaplan, Esq. (Kalter, Kaplan, Zeiger & Forman) to the Town Attorney, June 4, 2026, proposing settlement of the code enforcement action "on behalf of my client," cc Yoseph Doppelt ("as has been the case the last two summers, my client would like to operate the facility this summer for religious education with an emphasis of alcohol and drug abuse"; "my client will consent to terminate the use of the property as a alcohol and drug rehabilitation center"), with the attachment it transmitted: letter on Yeshivah Mesivta Arugath Habosem letterhead signed "Joseph Doppelt, Administrator," June 2, 2026 ("We operate a year-round organization for children ages twelve to eighteen … a program to assist kids in abstaining from alcohol and drugs … we want to take the kids to our facility in Kerhonkson, NY"), and the staff credentials attached to it.

(2) Articles of Organization of The Ridgeview Realtor LLC, DOS ID 7004058, filed August 15, 2023 (certified copy), and IRS Form CP 575 B, EIN notice to "Ridgeview Realtor LLC, Joseph Doppelt MBR," dated August 16, 2023.

(3) SBA Disaster Loan No. 5889139106 closing package dated December 3, 2024, as submitted to the SBA (execution and recording unconfirmed): Certificate of Authority of The Ridgeview Realtor LLC; Secured Note ($995,000, YMAH); Unconditional Guarantee (The Ridgeview Realtor LLC); Resolution of Board of Directors of YMAH; Loan Authorization and Agreement (April 18, 2024); Mortgage of 5 Ridgeview Road to SBA; SBA Form 5 application.

(4) Ulster County Department of Health Permit No. 55-5882, Permit to Operate a Temporary Residence, The Ridgeview Realtor LLC / YMAH, 56 rooms, June 20, 2025 - November 30, 2025 (Exhibit B to Kleinman Affidavit in Opposition, Banach action).

(5) Ulster County Department of Health Permit No. 55-10121, Permit to Operate a Children's Camp, "The Ridgeview Realtor LLC / Yeshiva and Mesivta …,"

operator of "Camp Yeshiva and Mesivta Arugath Habosem," capacity 172, June 27, 2025 - August 29, 2025.

(6) Accord Fire District, Notification of Unsafe Conditions, 5 Ridge View Rd, July 6, 2025 (District Chief Patrick Davis).

(7) Town of Rochester Police Constabulary, Witness Supporting Statement, July 6, 2025 (Fire Constable Thomas Silla).

(8) Yeshivah and Mesivta Arugath Habosem, audited financial statements and Single Audit Reports, fiscal years ended June 30, 2023, 2024 and 2025 (Federal Audit Clearinghouse).

(9) Email, Yoseph Doppelt (ydoppelt@ymah.org), "Administrator, Yeshivah And Mesivta Arugath Habosem," to Town of Rochester Code Enforcement Officer, July 7, 2025.

(10) Emails of Yanky Doppelt and Yoseph Doppelt (@ymah.org) with the Town of Rochester Building Department and Town Attorney, June 9-29, 2026; Kleinman's emails of June 9, 2026 to the Town Attorney, KKZF and the Building Department; Firex Sprinklers NFPA 25 report dated June 17, 2026; M&S Electrical email of June 25, 2026.

(11) Town of Rochester Application of Zoning Permit and Classification No. 25/104, signed "Abraham Kleinman, Member," dated March 15, 2024, with the Code Enforcement Officer's determination of March 10, 2025, the Planning Board's letter of November 26, 2024 to "Ridgeview Realty LLC c/o Abraham Kleinman" and KKZF, and KKZF's correspondence of December 2024 and February 2025 copying Kleinman.

(12) Verification (Abraham Kleinman) to Verified Answer, and Affidavit in Opposition of Abraham Kleinman, Banach v. The Ridgeview Realtor LLC & Yeshiva and Mesvita Arugata Habasem, Sup. Ct. Ulster County, Index No. EF2025-2829 (NYSCEF Doc. 15), September 26, 2025.

(13) Kalter, Kaplan, Zeiger & Forman engagement letter to Abraham Kleinman, March 15, 2024.

(14) Kalter, Kaplan, Zeiger & Forman proposed Order to Show Cause and Attorney Affirmation to withdraw as counsel in Banach v. The Ridgeview Realtor LLC, May 4, 2026, with transmittal email of May 6, 2026.

(15) Verified Complaint, Banach v. The Ridgeview Realtor LLC & Yeshiva and Mesvita Arugata Habasem, August 14, 2025.

(16) Verified Answer, same action, September 26, 2025.

(17) Order (Schreibman, J.), same action, October 7, 2025 (NYSCEF Doc. 17), and Court Notice of November 13, 2025 (NYSCEF Doc. 19).

(18) Order on Consent / stipulation, same action, February 2026, with the Town's October 15, 2025 letter of required remedies.

(19) Letter of Intent to Lease, Areba Casriel, Inc. d/b/a Addiction Care Interventions to Ridgeview Realtor LLC / Joseph Doppelt, June 12, 2026, and KKZF transmittal of June 12, 2026.

(20) Town of Rochester Code Enforcement Office, Notice of Non-Compliance V-078/V-079 (Keith Roosa), June 24, 2026.

(21) Ridgeview Lender LLC payment history (ECF No. 19-5) and note signature page (ECF No. 19-2 at 26).

(22) Debtor's Monthly Operating Report for July 2026 (ECF No. 25), and P&G Brokerage, Inc. invoice dated September 9, 2026 for Lexington Insurance Co. commercial-property policy No. 019764690-00 issued to "The Ridgeview Realtor LLC, Habosem Home LLC."

(23) Upscale Interiors Order Confirmation dated June 17, 2024 to "Mesivta Arugath Habosem, 5 Ridgeview road, Kerhonkson NY" (ritual bath, nine-week rental, showers; $18,350.00), and Yeshivah and Mesivta Arugath Habosem check No. 12034, Flagstar Bank, June 17, 2024, payable to Upscale Interiors, $9,000.00, signed by Joseph Doppelt, with remittance stub. The ritual bath so ordered and paid for is the mikvah in which the child died on August 20, 2025.

(24) Operating Agreement of The Ridgeview Realtor LLC, unsigned form dated November 2023 (members David Braun 40%, Moshe Doppelt 40%, Raizel Doppelt 10%, Joseph Doppelt 10%; Manager David Braun), with the Certificate of Corporate Resolution dated July 20, 2026 annexed to the petition (ECF No. 1 at 6-7).

(25) New York State Police press release of August 21, 2025, Electric Shock Incident in the Town of Rochester, reporting that on August 20, 2025 a 17-year-old entered a tank of water referred to as a Mikvah, grabbed a handheld pool heater and was electrocuted at Ridgeview Road, Town of Rochester.

(26) Town of Rochester Building Department file for Permits 25/394 and 25/395: Miscellaneous Permit Application 25/394, signed May 21, 2025 and received May 22, 2025, naming The Ridgeview Realtor LLC as property owner and PSI Concrete as builder, for a two-story structure of 3,600 square feet whose intended use is stated as "Prayer Room," at a stated cost of $11,000, with the Workers' Compensation and Disability Benefits section left blank; Demolition Permit Application 25/395 of May 21, 2025 to demolish a 3,000 square foot interior room;

both permits granted June 3, 2025; the Building Department application checklist; plan sheet A-101 (DrawME Design, Eric Knute Osborn, R.A., May 22, 2025) to backfill the former in-ground pool basin with crushed stone, compact it, lay a vapor barrier and pour a five inch concrete slab; the inspection sheet for tilework, framing and electric; demolition photographs; and the ACORD certificate of liability insurance dated May 22, 2025 issued to PSI Concrete Group, Inc., naming "Ridgeview realtor llc" as certificate holder, workers compensation policy A0273347003 with Patriot General Insurance Company.

(27) New York State Workers' Compensation Board Form DB-120.1, Certificate of Insurance Coverage under the NYS Disability and Paid Family Leave Benefits Law, issued May 30, 2024 by ShelterPoint Life Insurance Company, naming as the insured in Box 1a "YESHIVAH AND MESIVTA ARUGATH HABOSEM, 40 LYNCH STREET, BROOKLYN, NY 11206," federal employer identification number 11-1754036, under policy No. DBL159621 for the period January 30, 2024 to January 29, 2025, with Box 4A checked for both disability and paid family leave benefits and Box 5A checked for "All of the employer's employees," and naming in Box 2, as the entity requesting proof of coverage and certificate holder, the Ulster County Department of Health, 239 Golden Hill Lane, Kingston, New York.

(28) Ulster County Department of Health enforcement file for the Property: Notices of Charges of November 4, 2025 and April 1, 2026, Notice of Preliminary Conference, conference sign-in sheet, and Stipulation of Settlement signed by Joseph Doppelt for The Ridgeview Realtor LLC/Yeshiva and Mesivta Arugath Habosem.

(29) Joseph Doppelt as Camp Director: his curriculum vitae submitted to the Ulster County Department of Health (Head of School, Yeshiva Mesivta Arugath Habosem, 2012 to present; Assistant Camp Director, Camp Arugath Habosem, 2016 to present) and the Department's 2025 Children's Camp Paperwork Requirements sheet recording "Camp Director: Name Joseph Doppelt."

(30) Form C-105.2 workers compensation certificate of May 27, 2024 and Form DB-120.1 of the 2025 policy year, each naming Yeshivah and Mesivta Arugath Habosem as the insured employer, furnished to the Ulster County Department of Health.

(31) Ulster County Department of Health inspection summary reports for the Property, 2025 season, each directed to the attention of Joseph Doppelt: camp inspections of June 24, June 27, August 1, August 22 and August 25, 2025, including the August 22 findings that the incident at the Mikvah was not reported, no medical log was on site, sex offender registry and staff reference checks were not completed, and the wiring over the religious pool was a public health hazard; food service, swimming pool and water system inspections.