**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Chapter 11

THE RIDGEVIEW REALTOR LLC, Case No. 26-43491 (ESS)

Debtor.

---------------------------------------------------------------x

**_AMENDED_[*] ORDER GRANTING PERMISSION TO FILE AND RECEIVE DOCUMENTS ELECTRONICALLY THROUGH ~~CM/ECF~~ _ELECTRONIC DROPBOX_**

Upon the Application of Abraham Kleinman, a creditor and party in interest appearing pro se, dated September 11, 2026, for permission to participate in Electronic Case Filing in this case, and upon the Certificate of Completion of the CM/ECF Introduction Course annexed to the Application as Exhibit A and the order of the United States District Court for the Southern District of New York annexed as Exhibit B; and due notice of the Application having been given; and good cause appearing, it is

~~ORDERED, that the Application is granted; and it is further~~

ORDERED, that Abraham Kleinman is authorized, pursuant to Fed. R. Bankr. P. 5005(a)(2)(B) (i), to file and receive documents electronically in this chapter 11 case and in any adversary proceeding related to it, ~~upon registration as a Filing User~~ in the manner directed by the Clerk of this Court; and it is further

ORDERED, that Abraham Kleinman shall comply with General Order No. ***691***~~559~~, the Administrative Procedures for Electronically Filed Cases, the Local Bankruptcy Rules for the Eastern District of New York and the Federal Rules of Bankruptcy Procedure, including Rules

[*] ***This Order amends the order, entered September 18, 2026, ECF No. 32, to strike that the Application is granted, and to clarify that Mr. Kleinman is permitted to file in accordance with General Order No. 691 allowing pro se parties to file through the electronic dropbox.***

9011 and 9037; and it is further

ORDERED, that service upon Abraham Kleinman by electronic means at kleinmanabraham@gmail.com is authorized under Fed. R. Bankr. P. 9036, to which he has consented; and it is further

ORDERED, that this Court retains jurisdiction to modify or revoke the permission granted by this Order.

~~Dated: Brooklyn, New York~~
~~______________, 2026~~

__________________________________
~~Honorable Elizabeth S. Stong~~
~~United States Bankruptcy Judge~~

**Dated: Brooklyn, New York**
**September 21, 2026**

Elizabeth S. Stong
United States Bankruptcy Judge