# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 9/21/2026 |
| Case: 1−26−43491−ess | Form ID: pdf000 | Total: 2 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| intp | Abraham Kleinman | 407 Lincoln Rd | Suite 6H−1752 | Miami Beach, FL 33139 |

TOTAL: 1