UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 1-26-43491 (ESS)

# EXHIBIT 4

**Ulster County Department of Health enforcement file and Stipulation of Settlement signed by Joseph Doppelt**

The Ulster County Department of Health's administrative enforcement file for the Property, produced by the Department on September 14, 2026: Notice of Charges of November 4, 2025 from Timothy B. Rose, P.E., Director of Environmental Health Services, cc County Attorney Clinton Johnson, Esq.; Notice of Charges of April 1, 2026; Notice of Preliminary Conference of April 1, 2026 setting a conference for April 23, 2026; the Preliminary Conference sign-in sheet; and the Stipulation of Settlement in County of Ulster and Ulster County Department of Health against The Ridgeview Realtor LLC/Yeshiva and Mesivta Arugath Habosem and Camp Yeshiva and Mesivta Arugath Habosem, signed by Joseph Doppelt, reciting that the Respondent accepts responsibility for the violations, imposing corrective action and a fine not to exceed $4,000 for continued noncompliance during the 2026 operating year. Every notice is addressed to Joseph Doppelt at 23 Heyward Street, #1B, Brooklyn, and names a single Respondent comprising the Debtor and Arugath Habosem.

*Source: Ulster County Department of Health FOIL production of September 14, 2026.*

**ULSTER COUNTY**
**DEPARTMENT OF HEALTH**
239 Golden Hill Lane, Kingston, NY 12401-6441, (845) 340-3010, Fax (845) 340-3045

**JEN METZGER**
*County Executive*

**EVE WALTER, PhD**
*Public Health Director*

November 4, 2025

Joseph Doppelt
THE RIDGEVIEW REALTOR LLC/YESHIVA AND MESIVTA ARUGATH HABOSEM
23 Heyward Street, #1b
Brooklyn, NY 11249

Dear Mr. Doppelt:

Pursuant to Ulster County Sanitary Code Sec. 1.17.2.2, you are hereby notified that the following charges are preferred against you:

**NOTICE OF CHARGE[S]**

**Charge #1 – Violation:** Respondent failed to comply with the New York State Sanitary Code Subpart 7-2, Section 7-2.1(b)(2)(xxviii):

Other Violations Deemed a Public Health Hazard by the Permit Issuing Official.

**Specification #1:** Respondent failed to adequately prevent public health hazards. At the time of inspection, modifications to electrical wiring done were observed in a garage converted to a Mikvah room without building department approval. Some electrical wires were in poor condition. Some extension cords were taped with electrical tape and double extension cords were present. Overhead wiring observed within 3 feet above religious pool.

This violation was noted on inspection dated August 22, 2025.

**Charge #2 – Violation:** Respondent failed to comply with the New York State Sanitary Code Subpart 7-2, Section 7-2.8(c), (d):

Camper Medical History Provided; Medical Log Maintained; Incidents Reported; Emergency Contact Information; Modified Diets; Restrictions.

**Specification #1:** Respondent failed to adequately maintain medical log and report an incident. At the time of inspection, the incident which occurred at Mikvah was not reported and no medical log was on site.

This violation was noted on inspection dated August 22, 2025.

Pursuant to Ulster County Sanitary Code Sec. 1.17.0, you are entitled to a Preliminary Conference on the above charges. The Preliminary Conference will be conducted in accordance with Ulster County Sanitary Code Sec. 1.17.3. Upon a determination of [an] affirmative violation[s], you will be provided the opportunity to enter into a Stipulation of

Settlement, which will include the terms to cure such violations and, if applicable, any fines for noncompliance with said Stipulation of Settlement.

Sincerely,

Timothy B. Rose, P.E., BCEE, QEP, M.P.A.
Director of Environmental Health Services

Enclosure

cc: Clinton Johnson, Esq., County Attorney
file

# ULSTER COUNTY
# DEPARTMENT OF HEALTH

239 Golden Hill Lane, Kingston, NY 12401-6441, (845) 340-3010, Fax (845) 340-3045

**JEN METZGER**
*County Executive*

**EVE WALTER, PhD**
*Public Health Director*


April 1, 2026

Joseph Doppelt
The Ridgeview Realtor LLC/Yeshiva and Mesivta Arugath Habosem
23 Heyward Street, #1B
Brooklyn, NY 11249

Dear Mr. Doppelt:

Pursuant to Ulster County Sanitary Code Sec. 1.17.2.2, you are hereby notified that the following charges are preferred against you:

## NOTICE OF CHARGES

**Charge #1 – Violation:** Respondent failed to comply with the New York State Sanitary Code Subpart 7-2, Section 7-2.1(b)(2)(xxviii):

Other Violations Deemed a Public Health Hazard by the Permit Issuing Official.

**Specification #1:** Respondent failed to adequately prevent public health hazards. At the time of inspection, modifications to electrical wiring done were observed in a garage converted to a Mikvah room without building department approval. Some electrical wires were in poor condition. Some extension cords were taped with electrical tape and double extension cords were present. Overhead wiring observed within three (3) feet above religious pool.

This violation was noted on the inspection dated August 22, 2025.

**Charge #2 – Violation:** Respondent failed to comply with the New York State Sanitary Code Subpart 7-2, Section 7-2.8(c), (d):

Camper Medical History Provided; Medical Log Maintained; Incidents Reported; Emergency Contact Information; Modified Diets; Restrictions.

**Specification #1:** Respondent failed to adequately maintain medical log and report an incident. At the time of inspection, the incident which occurred at Mikvah was not reported and no medical log was on site.

This violation was noted on the inspection dated August 22, 2025.

Pursuant to Ulster County Sanitary Code Sec. 1.17.0, you are entitled to a Preliminary Conference on the above charges. The Preliminary Conference will be conducted in accordance with Ulster County Sanitary Code Sec. 1.17.3. Upon a determination of affirmative violations, you will be provided the opportunity to enter into a Stipulation of Settlement, which will include the terms to cure such violations and, if applicable, any fines for noncompliance with said Stipulation of Settlement.

Sincerely,

Timothy B. Rose, P.E., BCEE, QEP, M.P.A.
Director of Environmental Health Services

Enclosure

cc: Clinton Johnson, Esq., County Attorney
file

**Exhibit B**

# ULSTER COUNTY
# DEPARTMENT OF HEALTH

239 Golden Hill Lane, Kingston, NY 12401-6441, (845) 340-3010, Fax (845) 340-3045

**JEN METZGER**
*County Executive*

**EVE WALTER, PhD**
*Public Health Director*

PAID
$100
APR 23 2026
CASH
R# 2026-4574
HK

April 1, 2026

STANDARD/CERTIFIED MAIL

Joseph Doppelt
The Ridgeview Realtor LLC/Yeshiva and Mesivta Arugath Habosem
23 Heyward Street, #1B
Brooklyn, NY 11249

**NOTICE:** Preliminary Conference
Camp Yeshiva and Mesivta Arugath Habosem, Children's Camp
Town of Wawarsing, County of Ulster

Dear Mr. Doppelt:

You are hereby requested to appear for a Preliminary Conference regarding violations of New York State Sanitary Code Subpart 7-2 at the above-mentioned property (see enclosed Notice of Charges).

The conference has been scheduled to take place on:

**DATE:** Thursday, April 23, 2026
**TIME:** 2:00 p.m.
**LOCATION:** Ulster County Department of Health
Environmental Health Services Division
239 Golden Hill Lane, Kingston, NY
**ADMINISTRATIVE CONFERENCE FEE:** $100.00

The Preliminary Conference is not a formal hearing. No oaths will be administered, nor will testimony be taken. However, upon conclusion of the Preliminary Conference, you may choose to enter into a Stipulation of Settlement with the County, for which you may wish to be accompanied by a representative/attorney.

Your attention to this matter is greatly appreciated.

Sincerely,

Timothy B. Rose, P.E., BCEE, QEP, M.P.A.
Director of Environmental Health Services

Enclosure

cc: Clinton Johnson, Esq., County Attorney
file

**Website: www.ulstercountyny.gov**

# ULSTER COUNTY
# DEPARTMENT OF HEALTH

239 Golden Hill Lane, Kingston, NY 12401-6441, (845) 340-3010, Fax (845) 340-3045

**JEN METZGER**
*County Executive*

**EVE WALTER, PhD**
*Public Health Director*


MAILED 4/2/26

April 1, 2026

STANDARD/CERTIFIED MAIL

Joseph Doppelt
The Ridgeview Realtor LLC/Yeshiva and Mesivta Arugath Habosem
23 Heyward Street, #1B
Brooklyn, NY 11249

**NOTICE:** Preliminary Conference
Camp Yeshiva and Mesivta Arugath Habosem, Children's Camp
Town of Wawarsing, County of Ulster

Dear Mr. Doppelt:

You are hereby requested to appear for a Preliminary Conference regarding violations of New York State Sanitary Code Subpart 7-2 at the above-mentioned property (see enclosed Notice of Charges).

The conference has been scheduled to take place on:

**DATE:** Thursday, April 23, 2026
**TIME:** 2:00 p.m.
**LOCATION:** Ulster County Department of Health
Environmental Health Services Division
239 Golden Hill Lane, Kingston, NY
**ADMINISTRATIVE CONFERENCE FEE:** $100.00

The Preliminary Conference is not a formal hearing. No oaths will be administered, nor will testimony be taken. However, upon conclusion of the Preliminary Conference, you may choose to enter into a Stipulation of Settlement with the County, for which you may wish to be accompanied by a representative/attorney.

Your attention to this matter is greatly appreciated.

Sincerely,

Timothy B. Rose, P.E., BCEE, QEP, M.P.A.
Director of Environmental Health Services

Enclosure

cc: Clinton Johnson, Esq., County Attorney
file

# Ulster County Department of Health

## Preliminary Conference Sign-in Sheet

**Facility:** Mesivta Arugath **Date:** 4/23/26

**Address:** 239 Habosem Golden Hill **Room:** 139

| Print Name | Signature |
|---|---|
| Laura Bell | [illegible] |
| Katrina Rocap | Katrina Rocap |
| Kristin A. Gumaer | Kristin A Gumaer |
| Joseph Doppelt | [illegible] |
| Abraham Kleinman | [illegible] |
| | |
| | |

STATE OF NEW YORK
COUNTY OF ULSTER: DEPARTMENT OF HEALTH

---

In the Matter of the Complaint
Preferred by

County of Ulster, and the Ulster County
Department of Health

-against-

**STIPULATION OF SETTLEMENT**

The Ridgeview Realtor LLC/Yeshiva and Mesivta Arugath Habosem
Camp Yeshiva and Mesivta Arugath Habosem
5 Ridgeview Road
Kerhonkson, NY 12446

Respondent

Pursuant to the New York State Sanitary Code
New York State Sanitary Code Subpart 7-2, Children's Camps

---

**THIS STIPULATION OF SETTLEMENT AGREEMENT** (the "Agreement") is made effective as of the date of the last signature below by and between the **COUNTY OF ULSTER**, by and through the **ULSTER COUNTY DEPARTMENT OF HEALTH** (the "County" or "DOH"), and **Camp Yeshiva and Mesivta Arugath Habosem** (the "Respondent") (together, the "Parties").

**WITNESSETH:**

**WHEREAS**, recent inspections by the DOH of the Respondent's establishment have shown violations of New York State Sanitary Code Subpart 7-2, Children's Camps, and

**WHEREAS**, the County, by and through the DOH, instituted on April 23, 2026, a Notice of Charges (the "Notice") against the Respondent, attached hereto and made a part hereof as "Exhibit A"; and

**WHEREAS,** on April 23,2026, the DOH served a Notice of Preliminary Conference on the Respondent, attached hereto and made a part hereof as "Exhibit B"); and

**WHEREAS,** on April 23, 2026, the Parties convened for the Preliminary Conference at 239 Golden Hill Lane, Kingston, NY 12401; and

**WHEREAS,** the Respondent accepts responsibility for such violations and the need to take corrective measures; and

**WHEREAS,** the Parties desire to settle this matter without a hearing or litigation; and

**WHEREAS,** the Parties freely consent to enter into this Agreement, such consent not having been induced by fraud, duress, or any other influence; and

**WHEREAS,** no other person not a party to this proceeding has an interest in its outcome and no party to this proceeding is an infant or incompetent person for whom a committee has been appointed; and

**WHEREAS,** the Parties have reached an agreement as to the complete and final resolution of this matter; and

**WHEREAS,** the Parties now settle this matter under the terms and conditions memorialized below.

**NOW, THEREFORE,** the Parties hereby stipulate and agree as follows:

1. The Respondent hereby waives any other rights the Respondent may have pursuant to the Ulster County Sanitary Code and/or the New York State Sanitary Code with respect to the charges and underlying facts as contained in the Notice.
2. In settlement of the Notice, the Respondent shall operate the Children's Camp in satisfactory compliance with New York State Sanitary Code subpart 7-2 during the 2026 operating permit. The Respondent shall also pay a fine of up to $2,000 per charge, for

total of not to exceed $4,000 if the establishment in violation is found to be in continued noncompliance with this Stipulation of Settlement during the 2026 operating year.

3. If the Respondent defaults in completing the corrective action by the deadline and/or fails to pay the fine specified above, the County reserves the right to initiate legal action against the Respondent and to collect additional fines.
4. Nothing in this Agreement shall be deemed to be a practice, precedent, or policy of the County or the DOH.
5. This Agreement contains all the terms and conditions agreed upon by the Parties hereto and no other agreement, oral or otherwise, regarding said violations shall be deemed to exist or to bind to any of the Parties hereto or to vary any of the terms contained therein.
6. By signing this Agreement, the Respondent specifically acknowledges (i) the Respondent has read and fully understands the terms of this Agreement and has had the opportunity to negotiate its terms; (ii) the Respondent was given the opportunity to discuss this Agreement with the Respondent's representative and/or attorney; and (iii) the Respondent has agreed to this Agreement knowingly and voluntarily and was not subjected to any undue influence in agreeing to its terms.
7. An executed copy of this Agreement will be kept in the files maintained by the DOH.
8. The Parties shall deem signatures via facsimile acceptable as originals.
9. The Parties have reached the foregoing terms of settlement, which, by virtue of their execution of this instrument, the Parties acknowledge their understanding and acceptance thereof.
10. The foregoing is in full and final settlement of the Notice.

**[REST OF PAGE INTENTIONALLY LEFT BLANK]**

******SIGNATURE PAGE FOLLOWS******

**IN WITNESS WHEREOF,** the parties have caused this Agreement to be executed as of the dates below.

| **THE RIDGEVIEW REALTOR LLC/ YESHIVA AND MESIVTA ARUGATH HABOSEM:** | **COUNTY OF ULSTER:** |
|---|---|
| By: [signature] | By: Katrina Rocap |
| Name: Joseph Doppelt | Name: ~~Timothy B. Rose~~ Katrina Rocap |
| Title: Admn | Date: 4/23/26 |
| Date: 4/23/26 | |

JS
$100 Admin Fee

**Exhibit A**


# ULSTER COUNTY
# DEPARTMENT OF HEALTH

239 Golden Hill Lane, Kingston, NY 12401-6441, (845) 340-3010, Fax (845) 340-3045

**JEN METZGER**
*County Executive*

**EVE WALTER, PhD**
*Public Health Director*


April 1, 2026

Joseph Doppelt
The Ridgeview Realtor LLC/Yeshiva and Mesivta Arugath Habosem
23 Heyward Street, #1B
Brooklyn, NY 11249

Dear Mr. Doppelt:

Pursuant to Ulster County Sanitary Code Sec. 1.17.2.2, you are hereby notified that the following charges are preferred against you:

**NOTICE OF CHARGES**

**Charge #1 – Violation:** Respondent failed to comply with the New York State Sanitary Code Subpart 7-2, Section 7-2.1(b)(2)(xxviii):

Other Violations Deemed a Public Health Hazard by the Permit Issuing Official.

**Specification #1:** Respondent failed to adequately prevent public health hazards. At the time of inspection, modifications to electrical wiring done were observed in a garage converted to a Mikvah room without building department approval. Some electrical wires were in poor condition. Some extension cords were taped with electrical tape and double extension cords were present. Overhead wiring observed within three (3) feet above religious pool.

This violation was noted on the inspection dated August 22, 2025.

**Charge #2 – Violation:** Respondent failed to comply with the New York State Sanitary Code Subpart 7-2, Section 7-2.8(c), (d):

Camper Medical History Provided; Medical Log Maintained; Incidents Reported; Emergency Contact Information; Modified Diets; Restrictions.

**Specification #1:** Respondent failed to adequately maintain medical log and report an incident. At the time of inspection, the incident which occurred at Mikvah was not reported and no medical log was on site.

This violation was noted on the inspection dated August 22, 2025.

Pursuant to Ulster County Sanitary Code Sec. 1.17.0, you are entitled to a Preliminary Conference on the above charges. The Preliminary Conference will be conducted in accordance with Ulster County Sanitary Code Sec. 1.17.3. Upon a determination of affirmative violations, you will be provided the opportunity to enter into a Stipulation of Settlement, which will include the terms to cure such violations and, if applicable, any fines for noncompliance with said Stipulation of Settlement.

Sincerely,

Timothy B. Rose, P.E., BCEE, QEP, M.P.A.
Director of Environmental Health Services

Enclosure

cc: Clinton Johnson, Esq., County Attorney
file