UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 1-26-43491 (ESS)

# EXHIBIT 7

**Town of Rochester Police Constabulary, Witness Supporting Statement, July 6, 2025**

Town of Rochester Police Constabulary, Witness Supporting Statement of Fire Constable Thomas Silla, July 6, 2025.

*Source: Town of Rochester FOIL production (redacted by the Town).*

# TOWN OF ROCHESTER POLICE CONSTABULARY

## *WITNESS SUPPORTING STATEMENT*

**DATE:** 7/6/25

**Details:**

Upon Responding to a fire alarm call Located at 5 Ridgeview Rd Kerhonkson N.Y. and Supporting Accord fire operations on the scene, I interviewed Rabbi Shlomie Rabinovich DOB [redacted] Residing at [redacted] 11219 as person in charge of the Camp operating at the Location. Supporting Fire operations I came into contact with numerous locked doors & minors left in rooms during a active fire alarm. I assisted the Accord fire dept. in making entry into several different Locations to clear the Buildings Located at this address. I also interviewed a Joseph Doppelt who came to the scene upon receiving a call from Abraham who is the owner, Joseph Dob [redacted] Resides at [redacted] who stated he is person responsible for the facility and participants of the camp. While interviewing Mr. Doppelt and advising him of what was seen out of concern for the children attending the camp such as locked doors to exit the building safely, children left in rooms while active fire alarm and where found by myself and the fire dept. & also numerous propane tanks located in the kitchen along with a decaying Building conditions on numerous levels such as ceilings and floors which posed a hazard as well. Arrived on scene with chief Miller Torc Constable, fire chiefs Peter Nelson, Michael Baruch also Town code enforcement officer, Arrived at 8:35 Pm & Cleared Scene 10:40 Pm.

**The above statement was given of the person's free will. Information provided herein is to be used as supporting evidence of a possible Crime that was observed or committed.**

[signature]

*Signature of Person making Statement*

Thomas Silla Torc Constable

*Printed Name of Person making Statement*