UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 1-26-43491 (ESS)

# EXHIBIT 14

**Upscale Interiors order confirmation to "Mesivta Arugath Habosem, 5 Ridgeview Road" and YMAH check No. 12034 of June 17, 2024, paying for the ritual bath in which the child died**

Upscale Interiors (Spring Valley, New York) Order Confirmation dated June 17, 2024, addressed to "MESIVTA ARUGATH HABOSEM, 5 Ridgeview road, Kerhonkson NY," for the setup, nine-week rental and removal of a ritual bath (mikvah) with water heater, rainwater tank, benches for 20 and four showers connected to the house drain system, total $18,350.00, deposit $9,000.00; and Yeshivah and Mesivta Arugath Habosem check No. 12034, Flagstar Bank, dated June 17, 2024, payable to Upscale Interiors in the amount of $9,000.00, signed by Joseph Doppelt, with remittance stub. The ritual bath so ordered and paid for is the mikvah in which the child died on the Property on August 20, 2025.

*Source: Kleinman's file.*

Upscale Interiors
Distinctive Design • Innovative Solutions

Phone: 845-362-8800
Fax: 845-362-8889
Cell: 845-642-8888
info@upscale-interiors.com
86 Washington Ave. Spring Valley, NY 10977

| | |
|---|---|
| **Name** | MESIVTA ARUGATH HABOSEM |
| **Address** | 5 Ridgeview road<br>Kerhonkson NY |
| **Home Phone** | |
| **Mobile Phone** | (917) 822-4961 |

# ORDER CONFIRMATION

| DATE: | PAGE: |
|---|---|
| 6/17/2024 | 1 |

| | QUANTITY | STYLE | PRICE | AMOUNT |
|---|---|---|---|---|
| | | These pricing includes the setup, nine week rental, and removal. | | |
| | 1 | Big round mikvah, 8 1/2 ft. round x 5 1/2 ft. height (fits about 10 people) | | **$9,000.00** |
| | 1 | install a 220V electric water heater | | **included** |
| | 1 | connect a 4 ft. round tank for rainwater, | | **$2,000.00** |
| | 1 | make kosher gutter to fill the rainwater | | **$1,500.00** |
| | 1 | instal a portable cartridge filter, connected wih a hose | | **included** |
| | 1 | build inside & outside vinyl pool steps, with vinyl railings | | **included** |
| | 200 | sq. ft. of perforated vinyl floor tiles | | **$500.00** |
| | 10 | mikvah benches with hooks (fits 20 people) | | **$1,250.00** |
| | 4 | install 4 showers, connected with a pump to the house drain system | | **$3,500.00** |
| | | delivery to Kerhonkson | | **$600.00** |

NOTES:

| | | |
|---|---|---|
| 50% deposit of: | $9,175.00 | is due before ordering |
| 30% payment of: | $5,505.00 | is due before installation |
| 20% payment of: | $3,670.00 | is due after installation |
| 3% surcharge of: | $550.50 | if paid by credit card |

| | |
|---|---|
| **SUBTOTAL:** | $18,350.00 |
| INSTALLATION: | free |
| | $0.00 |
| TOTAL: | $18,350.00 |
| SALES TAX | $0.00 |
| **TOTAL:** | $18,350.00 |
| DEPOSIT: | $9,000.00 |
| PAYMENT: | $0.00 |
| **TOTAL BALANCE:** | $9,350.00 |

**Yeshivah And Mesivta Arugath Habosem**
**40 Lynch St Brooklyn N.Y. 11206**

*FlagStar*

No. 12034

67-76890

Date 6/17/2024

Pay To The Order Of Upscale Interiors $ **9,000.00

Nine Thousand and 00/100*** **Dollars**

Upscale Interiors
86 Washington Ave.
Spring Valley, NY 10977

Memo:

⑈000012034⑈ ⑆026013576⑆1504527049⑈

Yeshivah And Mesivta Arugath Habosem 12034

Upscale Interiors 6/17/2024

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 6/17/2024 | Bill | Estimate | 18,350.00 | 18,350.00 | | 9,000.00 |
| | | | | | Check Amount | 9,000.00 |

Signature 7049 Gener 9,000.00