UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 1-26-43491 (ESS)

# EXHIBIT 15

**New York State Police press release, August 21, 2025: Electric Shock Incident in the Town of Rochester**

New York State Police (Troop F, Ellenville) press release dated August 21, 2025, reporting that on August 20, 2025 at approximately 8:15 p.m. troopers responded to a report of an unconscious individual on Ridgeview Road in the Town of Rochester, and that "the investigation revealed that a 17-year-old victim entered a large tank of water, referred to as a Mikvah, and grabbed a handheld pool heater, resulting in electrocution and loss of consciousness." The victim was transported to Westchester Medical Center. The investigation is stated to be ongoing.

*Source: New York State Police public press-release page (troopers.ny.gov), printed September 11, 2026.*

**New York State Police**
**(/)**

Get notified when applications open for the NYS Trooper Entrance Exam! Please visit joinstatepolice.ny.gov (https://joinstatepolice.ny.gov/) to learn more.

AUGUST 21, 2025 Kerhonkson, NY

# Electric Shock Incident in the Town of Rochester

Press Release

On August 20, 2025, at approximately 8:15 p.m., troopers out of State Police Ellenville responded to a report of an unconscious individual on Ridgeview Road in the town of Rochester, NY.

The investigation revealed that a 17-year-old victim entered a large tank of water, referred to as a Mikvah, and grabbed a handheld pool heater, resulting in electrocution and loss of consciousness. The victim was retrieved from the water and received life-saving measures by EMS at the scene. The victim was ultimately transported to Westchester Medical Center.

The investigation is ongoing.

# Contact Troop F Public Information Officer: Trooper Jennifer Alvarez

**Troop F Commander:**
Major Christopher M. Kyle

**Contact us by email:**

fpio@troopers.ny.gov
(mailto:fpio@troopers.ny.gov)

**Map Directions:**

New York State Police Troop I
Middletown NY, 10941 (https://
q=New+York+State+Police+Troop

(HTTPS://W(HTTPSC/DX(HTTPSYSWWWGOLUCE)BE.COM