UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 1-26-43491 (ESS)

# EXHIBIT 18

**Town of Rochester Zoning Permit Application No. 25/104, signed Abraham Kleinman, Member**

Town of Rochester Application of Zoning Permit and Classification, Application No. 25/104, Ridgeview Realty LLC, signed "Abraham Kleinman, Member," dated March 15, 2024 (received February 26, 2025), with the Code Enforcement Officer's March 10, 2025 determination memorandum; Planning Board post-meeting letter of November 26, 2024 addressed to "Ridgeview Realty LLC c/o Abraham Kleinman / Jeff Kaplan, Kalter, Kaplan, Zeigler & Forman"; Planning Board Chair Jones email to Kaplan of December 6, 2024; and Kaplan's change-of-use transmittal of February 26, 2025, cc Abraham Kleinman.

*Source: Town of Rochester FOIL production, Town Attorney file (akfoil1, pp. 1-7, 18-19).*

The Town Of Rochester, Ulster County, New York

RECEIVED

| OFFICE USE ONLY |
|---|
| Date: 3/26/25 |
| Application #: 25/104 |

APPLICATION OF ZONING PERMIT AND CLASSIFICATION

1) Property owner first/last name: Ridgeview Realty LLC
Mailing Address: 5 Ridgeview, Kerhonkson New York 12446
Phone #: [redacted] Email Address: [redacted]
Applicant if other than owner:
Mailing Address:
Phone #: Email Address:

2) Site Location: 5 Ridgeview, Kerhonkson NY 12446
Subdivision name (if applicable):
Tax Map Section: 16.3 68.3 Block: 1 9 Lot: 16.200 27
Acreage of property: 85.45 acres
Zoning District: A-3

3) Existing use and facilities (indicate each existing building, approximate size, use and other facilities, parking lots, well and septic, etc.):
This property consists of 4 structures, two SFR residences and 2 large structures, previously used as a drug rehab center. The main bld. is 55,612, 25, sqft each and the 4th building is approx. 3,000 sqft. Parking for approx. 50 vehicles, there are 2 wells and a septic system with leach field servicing the property.

4) This project is: ___ expansion of use _x_ change of use ___ new construction

5) Proposed use (describe): The property will be used exclusively a place of worship during the Summer for religious study for approx 250 boys ages 12-19 and approx 20 staff members and families. During non summer months will be used on weekend for religious study and retreats (shabbatons) population vary during non-summer months

6) List and deed restrictions for proposed use: NONE

7) Proposed construction - MUST INCLUDE MAP TO SCALE (describe type and size of buildings and show location on map with dimensions to all property lines and other buildings on property) SURVEY MAP MAY BE REQUIRED No new construction is planned. The intension is to use the existing facilities.

8) List any physical restrictions to this project (floodplain, wetlands, steep slopes, etc.):
Property does include some steep slopes.

Deponent, being duly sworn, states that they are the owner or authorized agent of the owner for which the foregoing work is proposed to be done, and that they are duly authorized to perform such work, and that all work will be performed in accordance with all applicable State, County and Local Laws.

March 15, 2024

Date

Applicant signature Abraham Kleinman, Member

CODE ENFORCEMENT OFFICER CLASSIFICATION

1) ___ Permitted use subject to obtaining one or more of the following:

a) ___ Subdivision approval (Major/Minor)

b) ___ Special Use Permit

c) _✓_ Site Plan Approval

d) ___ Building Permit

e) ___ Miscellaneous Permit

f) ___ Inspection by the CEO

g) ___ Other: ______

3/5/2025

Date

Code Enforcement Officer

# TOWN OF ROCHESTER

50 Scenic Drive • P.O. Box 65 • Accord, NY 12404
Area Code 845

| | | | |
|---|---|---|---|
| Town Clerk | 626-7384 | Code Enforcement | 626-2433 |
| Supervisor | 626-3043 | Planning Board | 626-2434 |
| Highway Dept | 626-7221 | Zoning Board | 626-2434 |
| Assessor | 626-0920 | Court House | 626-2522 |
| Transfer Station | 626-5273 | Youth Commission | 626-2115 |


Memo to: Members of the Planning Board

Date: March 10, 2025

Re: Zoning Permit #25/104 – The Ridgeview Realty LLC

From: Albert E. Davis, CEO

Attached is the revised determination for Zoning Permit # 25/104. The following PB review has been determined to apply:

**PB:** **Site Plan Approval**
**Tax map:** **68.1-1-27.700**
**Site location:** **5 Ridgeview Road**

- Parcel is in the A3/AG3 Zoning District and is +/- 82.7 acres.
- The applicant proposes converting a healthcare facility to a place of worship.
- Applicant has met zoning requirements.

Thank you.

# TOWN OF ROCHESTER

50 Scenic Drive • P.O. Box 65 • Accord, NY 12404
Area Code 845

| | | | |
|---|---|---|---|
| Town Clerk | 626-7384 | Code Enforcement | 626-2433 |
| Supervisor | 626-3043 | Planning Board | 626-2434 |
| Highway Dept | 626-7221 | Zoning Board | 626-2434 |
| Assessor | 626-0920 | Court House | 626-2522 |
| Transfer Station | 626-5273 | Youth Commission | 626-2115 |


11/26/2024

Ridgeview Realty LLC c/o Abraham Kleinman / Jeff Kaplan, Kalter, Kaplan, Zeigler & Forman
Re: Ridgeview Realty LLC and PB 2024-18

Dear Mr. Kaplan,

Thank you for appearing before the Planning Board on November 25th, 2024, where the Ridgeview Realty LLC application was discussed. At this time, here is the information that will need to be provided before appearing on a future agenda.

Keep in mind that the Town of Rochester has changed its Town Code and there could be other material changes that will have to be incorporated in your plans. We will endeavor to meet with you along with our Planner over the next week or two to go over in the detail added changes.

1. A detailed narrative outlining everything about this project. For example:
    a. How many rooms, maximum number of occupants at all times of the year that it will be used (3rooms x occupants of each room = total number of people),
    b. indication in this narrative that a safety plan is in place (and evidence of that to the Planning Board),
    c. evidence of a management structure with who is in charge and contact information for emergency services,
    d. evidence of appropriate licenses of whomever will be running the camp,
    e. whether or not there will be any amplified noise and how the applicant intends to keep that amplification within Town Code Standards,
    f. whether or not there will be any new construction anywhere on the site,
    g. how many buses or cars will be arriving and at what time,
    h. If no changes to lighting either in the parking areas or on buildings that needs to be so stated.
    i. etc.
2. Full EAF pt1.
3. Traffic count study and analysis of impact on local roads and traffic. What size and weight of buses will be used.

4. On site parking required shown on map and based on the analysis of bus and car traffic on site. Include in here adequate handicap parking by code as well including number of spots needed for staff
5. A full fire safety evacuation/readiness plan. A full evacuation plan should be part of the safety plan which includes, but is not limited by:
    a. mapping each building's method of ingress and egress particularly in those cases where occupants will be on the second floor.
    b. Evidence of approval by the building inspector of the above must be provided.
    c. Evacuation Plan must be part of the safety plan and must include indication of agreed upon number of drills per year while the camp is utilized and process to ensure that said drills will be done with the assistance and coordination of the Accord Fire Department. Evidence of these drills will be provided to the Building Department.
    d. positioning of all fire trucks on site as well as all safety apparatus (fire extinguishers for example as well as alarms), and other appurtances in the buildings, as well as mustering areas in case of an emergency away from the area reserved for fire and other emergency vehicles.
    e. Areas for mustering of residences must be clearly shown on maps and areas for fire apparatus shown on maps as well as clear indemnification of said areas at the site.
    f. Planning Board will need evidence of meeting held between applicant and Frie company as part of this approval process for purposes of identifying approach areas for trucks, adequate areas of movement of emergency vehicles area as well as areas for water drafting and identification of areas where residences will be gathered in a real emergency.
    g. Other items pertinent to a safety evacuation/readiness plan.
6. Evidence of adequate water, along with applications made to County Health and for Water and Sewer as well as copies of permits involving water, sewer and food services/ Please note that depending on water usage other permits may be required from the State.
7. Full septic study done by an engineer describing adequacy of the system in light of conditions of maximum daily use.
8. An agricultural data statement.
9. A new map that shows the entire property and the setbacks from streams or watercourse
10. A full management plan in terms of who will be on site to manage and who will be available after hours in case of emergency
11. An updated landscaping plan. Please contact the Chair for suggestions on this.

Quick reflection on something the applicant said at the end of the meeting. It had to do with another use, that involving handicap (?) persons. Approval for any use other than the one the applicant has before us must go through the building department. I also would not assume that the old use from Villa Veritas covers the new use the applicant mentioned, or even that the old use is still viable – uses expire after a period of non-use. The building department can provide specific guidance on this. Also, approval by the

Board of Health for this new use was mentioned. UCDOH approvals only deal with those matters under their responsibility and zoning use is not one of those responsibilities?

Jeff, it's not clear when the submission of items 1 through 11 above will take place. As soon as they are we will place the applicant on the agenda.

Please advise if there are any questions/concerns.

Sincerely,
T/ Rochester

Rick Jones
Planning Board Chair

Jazmyne Wilhelm
Planning Board and Zoning Board of Appeals Secretary

CC: T/Rochester Planning Board
T/Rochester Building Department
Dave Church
David Gordon

# Fwd: Post Meeting letter to Ridgeview Reality After Meeting of 11/25/24

From: Rick Jones - Planning Board Chair (pbchair@townofrochester.ny.gov)

To: [redacted]

Cc: [redacted]

Date: Friday, December 6, 2024 at 11:02 AM EST

Jeff, I appreciate your concerns on behalf of your client.

But you can see that this board is being transparent. In fact, you can see from this letter that I mentioned we had not finished our review of the new code and would be in touch as soon as we did. We also took the time to communicate in the letter of the 27th the details of the meeting of the 25th as to what the next steps were/are to get back on the agenda. Clearly no promises were made in that meeting of the 25th to put you on the agenda for December.

I am very glad that I did send this email of the 27th. I would have felt terrible had you not gotten something that I promised to you - a full summary of our discussions of the 25th.

Rick Jones

---
Planning Board Chair
Town of Rochester

-------- Original Message --------

**Subject:** Post Meeting letter to Ridgeview Reality After Meeting of 11/25/24
**Date:** 2024-11-27 21:45
**From:** Rick Jones - Planning Board Chair <pbchair@townofrochester.ny.gov>
**To:** Jeffrey Kaplan [redacted], David Church [redacted] David Gordon [redacted], Peter Nelson [redacted] Jennifer Farmwald [redacted] Halina Duda [redacted] Dave Roberts [redacted], Zorian Pinsky [redacted] Hans F [redacted] Robin Quick [redacted] Jazmyne Wilhelm <pbzba@townofrochester.ny.gov>, Alyssa Farrell <afarrell@townofrochester.ny.gov>, Albert Jerry Davis <adavis@townofrochester.ny.gov>

Jeff, here is the post meeting letter from this past Monday night meeting. I apologize that I do not have the applicants' email address readily available, and I wanted to get this out before next week when the PB office reopens after the Thanksgiving Holdiay. Please forward to him.

We are still reviewing any changes that may impact this project as a result of the New Codes. They appear minor and will advise as we do our review. The best course of action right now is to work on **all items** mentioned in this letter in order to get on the next meeting of the Planning Board. I, or Dave Church are available to advise if there are items for which you need added explanations. It would be useful for all the required info arrives in a complete package, but we can also deal with major pieces being sent as they are finished. On the landscaping, I can meet or talk with whomever prepared the existing one and make alternative recommendations.

Call with any questions. I will be available all-day Friday.

Rick Jones
Planning Board Chair
Town of Rochester

20241125 Ridgeview Realty LLC Post Meeting Letter (2).doc
49.5 kB

# Ridgeview Realty

From: Jeffrey Kaplan [redacted]
To: ceo@townofrochester.ny.gov
Cc: [redacted] kleinmanabraham@gmail.com; sb@sbarshovlaw.com
Date: Wednesday, February 26, 2025 at 11:26 AM EST

Dear Jerry,

As per my discussion with the Town Supervisor and attorney the use of the above property will be modified in accordance with the amended Town of Rochester zoning code. As such, I am attaching an application for change of use together with a memorandum from my co-counsel, Steven Barshov, confirming that the proposed use is allowable as part of a place of worship.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

JEFFREY KAPLAN

Jeffrey Kaplan, Esq.
[redacted]

**PLEASE NOTE: EMAIL ADDRESS UPDATE**

doc24199320250226112816.pdf
3.7 MB

APPLICATION OF ZONING PERMIT.pdf
333.5 kB