UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 1-26-43491 (ESS)

# EXHIBIT 29

**Images recorded at 5 Ridgeview Road on August 3, 2026: school buses and a State Police vehicle on the Property**

Images from video and photographs recorded by Abraham Kleinman at the Property on August 3, 2026 at approximately 12:30 p.m., showing school buses on the Property, groups of young people on the grounds, and a marked New York State Police vehicle in the driveway. The complete recordings, with their original file data, are preserved and will be furnished to the Court and the United States Trustee on request.

*Source: Abraham Kleinman's mobile telephone, August 3, 2026.*




Image 1 of 5. 5 Ridgeview Road, August 3, 2026, approximately 12:30 p.m. Recorded by Abraham Kleinman.




Image 2 of 5. 5 Ridgeview Road, August 3, 2026, approximately 12:30 p.m. Recorded by Abraham Kleinman.



Image 3 of 5. 5 Ridgeview Road, August 3, 2026, approximately 12:30 p.m. Recorded by Abraham Kleinman.



Image 4 of 5. 5 Ridgeview Road, August 3, 2026, approximately 12:30 p.m. Recorded by Abraham Kleinman.



Image 5 of 5. 5 Ridgeview Road, August 3, 2026, approximately 12:30 p.m. Recorded by Abraham Kleinman.