UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 1-26-43491 (ESS)

# EXHIBIT 33

**Ridgeview Lender LLC payment history (ECF No. 19-5) and note signature page (ECF No. 19-2 at 26)**

Payment history annexed as Exhibit 5 to the Lender's motion for relief from stay (ECF No. 19-5), and the signature page of the November 20, 2023 note, signed "David Braun, Managing Member" (ECF No. 19-2 at 26).

*Source: Docket of this case.*

# EXHIBIT "4"

**5 Ridgeview Road Loan**

**Borrowers** David Braun, Moshe Z Doppelt

**Loan Date** 11/20/2023

**Payment History as of 9/18/25**

| Date Received | Description | Amount ($) |
|---|---|---|
| *11/20/2023* | *Short pay interest* | *17,599.00* |
| *11/20/2023* | *Interest reserve deposit* | *96,000.00* |
| *11/20/2023* | *Origination fee* | *64,000.00* |
| *11/20/2023* | *Lender legal* | *20,000.00* |
| *11/20/2023* | *Due diligence fee* | *5,000.00* |
| 1/16/2024 | Interest Payment | 48,000.00 |
| 2/7/2024 | Interest Payment | 48,000.00 |
| 3/6/2024 | Partial Interest Payment | 30,000.00 |
| 3/7/2024 | Partial Interest Payment | 18,000.00 |
| 5/28/2024 | Interest Payment | 50,000.00 |
| 4/10/2025 | Partial Interest Payment - Accrued Balance | 300,000.00 |
| | | ***696,599.00*** |

| Payment Method |
|---|
| *funded from loan proceeds / deposit* |
| *funded from loan proceeds / deposit* |
| *funded from loan proceeds / deposit* |
| *funded from loan proceeds / deposit* |
| *funded from loan proceeds / deposit* |
| *wire* |
| *wire* |
| *wire* |
| *wire* |
| *wire* |
| *wire* |

**IN WITNESS WHEREOF**, Borrower has duly executed this Note as of the day and year first above written.

**BORROWER:**

**THE RIDGEVIEW REALTOR LLC**

By: ______________________
Name: David Brown
Title: Managing Member

**ACKNOWLEDGMENT**

STATE OF NEW YORK )
) ss.:
COUNTY OF Kings )

On this, the 15 day of Nov, 2023, before me, the undersigned, personally appeared David Brown, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity as an authorized signatory of The Ridgeview Realtor LLC and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

______________________

(signature and office of individual taking acknowledgment)

MOSHE GOLDBERGER
NOTARY PUBLIC, State of New York
No. 01-GP6337740
Qualified in Queens Count
Certificate Filed in Kings County
Commission Expires 02/22/2024