United States Bankruptcy Court
Eastern District of New York

| | |
|---|---|
| In re: | Case No. 26-43491-ess |
| The Ridgeview Realtor LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 21, 2026 | Form ID: pdf000 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| intp | + | Abraham Kleinman, 407 Lincoln Rd, Suite 6H-1752, Miami Beach, FL 33139-3020 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Aviva Francis | on behalf of Creditor RIDGEVIEW LENDER LLC afrancis@jntllp.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Paul A Rubin | on behalf of Debtor The Ridgeview Realtor LLC prubin@rubinlawllc.com hhuynh@rubinlawllc.com |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Chapter 11

THE RIDGEVIEW REALTOR LLC, Case No. 26-43491 (ESS)

Debtor.

---------------------------------------------------------------x

**<u>*AMENDED*[*] ORDER GRANTING PERMISSION TO FILE AND RECEIVE DOCUMENTS ELECTRONICALLY THROUGH ~~CM/ECF~~ *ELECTRONIC DROPBOX*</u>**

Upon the Application of Abraham Kleinman, a creditor and party in interest appearing <u>pro se</u>, dated September 11, 2026, for permission to participate in Electronic Case Filing in this case, and upon the Certificate of Completion of the CM/ECF Introduction Course annexed to the Application as Exhibit A and the order of the United States District Court for the Southern District of New York annexed as Exhibit B; and due notice of the Application having been given; and good cause appearing, it is

~~ORDERED, that the Application is granted; and it is further~~

ORDERED, that Abraham Kleinman is authorized, pursuant to Fed. R. Bankr. P. 5005(a)(2)(B) (i), to file and receive documents electronically in this chapter 11 case and in any adversary proceeding related to it, ~~upon registration as a Filing User~~ in the manner directed by the Clerk of this Court; and it is further

ORDERED, that Abraham Kleinman shall comply with General Order No. ***<u>691</u>***~~559~~, the Administrative Procedures for Electronically Filed Cases, the Local Bankruptcy Rules for the Eastern District of New York and the Federal Rules of Bankruptcy Procedure, including Rules

[*] ***<u>This Order amends the order, entered September 18, 2026, ECF No. 32, to strike that the Application is granted, and to clarify that Mr. Kleinman is permitted to file in accordance with General Order No. 691 allowing pro se parties to file through the electronic dropbox.</u>***

9011 and 9037; and it is further

ORDERED, that service upon Abraham Kleinman by electronic means at kleinmanabraham@gmail.com is authorized under Fed. R. Bankr. P. 9036, to which he has consented; and it is further

ORDERED, that this Court retains jurisdiction to modify or revoke the permission granted by this Order.

~~Dated: Brooklyn, New York~~
~~____________, 2026~~

____________________________
~~Honorable Elizabeth S. Stong~~
~~United States Bankruptcy Judge~~

**Dated: Brooklyn, New York**
**September 21, 2026**

Elizabeth S. Stong
United States Bankruptcy Judge