RUBIN LLC
Paul A. Rubin
Hanh V. Huynh
11 Broadway, Suite 715
New York, New York 10004
Tel: 212.390.8054
Fax: 212.390.8064
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| THE RIDGEVIEW REALTOR LLC, | : | Case No.: 26-43491-ess |
| Debtor. | : | |

**NOTICE OF WITHDRAWAL OF APPLICATION TO RETAIN**
**RUBIN LLC AS BANKRUPTCY COUNSEL FOR THE DEBTOR**

PLEASE TAKE NOTICE THAT the *Application to Retain Rubin LLC as Bankruptcy Counsel for the Debtor* [ECF No. 7] is hereby withdrawn.

Dated: New York, New York
September 29, 2026

RUBIN LLC

By: *__/s/ Paul A. Rubin__*
Paul A. Rubin
Hanh V. Huynh
11 Broadway, Suite 715
New York, New York 10004
Tel: 212.390.8054
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com