RUBIN LLC
Paul A. Rubin
Hanh V. Huynh
11 Broadway, Suite 715
New York, New York 10004
Tel: 212.390.8054
Fax: 212.390.8064
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| THE RIDGEVIEW REALTOR LLC, | : | Case No.: 26-43491-ess |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I, Hanh V. Huynh, hereby certify that, on September 29, 2026, I caused a true and correct copy of the (i) *Notice of Withdrawal of Application to Retain Rubin LLC as Bankruptcy Counsel for the Debtor* [ECF No. 39], and (ii) *Declaration of Paul Rubin in Support of Application of Rubin LLC to Withdraw as Counsel for the Debtor* [ECF No. 40] to be served electronically upon the parties registered for electronic service in the above chapter 11 case through the Court's CM/ECF system. I further certify that, on September 29, 2026, I caused the foregoing pleadings and notice of electronic filing of the foregoing pleadings to be served by email to the following email addresses:

kleinmanabraham@gmail.com
josephdoppelt@gmail.com
Greg.Zipes@usdoj.gov
neidy.fuentes@usdoj.gov
jkaplan.kkzf@gmail.com
afrancis@jntllp.com

Dated: New York, New York
September 29, 2026

RUBIN LLC

By: *__/s/ Paul A. Rubin__*
Paul A. Rubin
Hanh V. Huynh
11 Broadway, Suite 715
New York, New York 10004
Tel: 212.390.8054
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

The Ridgeview Realtor LLC

CASE NO: 26-43491

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

ECF Docket Reference No. 39

On 9/30/2026, I did cause a copy of the following documents, described below,

Notice of Withdrawal of Application to Retain Rubin LLC as Bankruptcy Counsel ECF Docket Reference No. 39

Declaration of Paul Rubin In Support of Application to Withdraw as Counsel ECF Docket Reference No. 40

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/30/2026

/s/ Hanh Huynh
Hanh Huynh

Rubin LLC
11 Broadway, Suite 715
New York, NY 10004
212-390-8272
hhuynh@rubinlawllc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

The Ridgeview Realtor LLC

CASE NO: 26-43491

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 39

On 9/30/2026, a copy of the following documents, described below,

Notice of Withdrawal of Application to Retain Rubin LLC as Bankruptcy Counsel ECF Docket Reference No. 39

Declaration of Paul Rubin In Support of Application to Withdraw as Counsel ECF Docket Reference No. 40

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/30/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Hanh Huynh
Rubin LLC
11 Broadway, Suite 715
New York, NY 10004

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NY (BROOKLYN)
ATTN: GREG ZIPES, ESQ.
ONE BOWLING GREEN, ROOM 510
NEW YORK, NY 10004-1408

ULSTER COUNTY DEPARTMENT OF FINANCE
P.O. BOX 1800
244 FAIR STREET
KINGSTON, NY 12402

RIDGEVIEW LENDER LLC
C/O JACOBOWITZ NEWMAN TVERSKY LLP
ATTN: AVIVA FRANCIS
377 PEARSALL AVENUE, SUITE C
CEDARHURST, NEW YORK 11516

CENTRAL HUDSON
284 SOUTH AVENUE
POUGHKEEPSIE, NY 12601

SUBIN LLP
ATTN: SIMON HANNANIAN
150 BROADWAY, 16TH FLOOR
NEW YORK, NY 10038

MICHAEL BANACH, CODE ENFORCEMENT OFFICER
FOR THE TOWN OF ROCHESTER
C/O MARY LOU P. CHRISTIANA
PO BOX 3505
KINGSTON, NY 12402

JEFFREY KAPLAN
KALTER, KAPLAN, ZEIGER & FORMAN
47 NORTH MAIN STREET
PO BOX 186
ELLENVILLE, NY 12428

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
BANKRUPTCY UNIT
P.O. BOX 518
ALBANY, NY 12205-5189

IRS
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101

ABRAHAM KLEINMAN
407 LINCOLN RD, SUITE 6H-1752
MIAMI BEACH, FLORIDA 33139