Abraham Kleinman
407 Lincoln Rd, Suite 6H-1752
Miami Beach, Florida 33139
Tel.: (845) 494-9922
kleinmanabraham@gmail.com
Creditor and Party in Interest, Pro Se

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re: Chapter 11

THE RIDGEVIEW REALTOR LLC, Case No. 26-43491 (ESS)

Debtor.

-----------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Abraham Kleinman, hereby certify that, on September 24, 2026, a true and correct copy of the Limited Objection to the Debtor's Application to Retain Kalter, Kaplan, Zeiger & Forman as Special Litigation Counsel, with the Declaration of Abraham Kleinman and exhibit [ECF No. 38] was served electronically upon the parties registered for electronic service in the above chapter 11 case through the Court's CM/ECF system.

I further certify that, on September 23, 2026, I caused the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

Paul A. Rubin, Esq.
Hanh V. Huynh, Esq.
Rubin LLC
11 Broadway, Suite 715
New York, New York 10004

Greg M. Zipes, Esq., Trial Attorney
Office of the United States Trustee, Region 2
Alexander Hamilton Custom House
One Bowling Green, Room 534

New York, New York 10004-1408

Aviva Francis, Esq.
Jacobowitz Newman Tversky LLP
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516

The Ridgeview Realtor LLC
Attn: Joseph Doppelt, Manager
23 Heyward Street, #1B
Brooklyn, New York 11249

Jeffrey Kaplan, Esq.
Kalter, Kaplan, Zeiger & Forman
47 N. Main Street, P.O. Box 186
Ellenville, New York 12428

Dated: Miami Beach, Florida
October 2, 2026

/s/ Abraham Kleinman
Abraham Kleinman