Abraham Kleinman
407 Lincoln Rd, Suite 6H-1752
Miami Beach, Florida 33139
Tel.: (845) 494-9922
kleinmanabraham@gmail.com
Creditor and Party in Interest, Pro Se

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| THE RIDGEVIEW REALTOR LLC, | Case No. 26-43491 (ESS) |
| Debtor. | |

----------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Abraham Kleinman, hereby certify that, on September 23, 2026, a true and correct copy of the Motion to Appoint a Chapter 11 Trustee or, Alternatively, to Convert the Case to Chapter 7, with the Declaration of Abraham Kleinman, proposed order, schedule of exhibits and exhibits [ECF No. 36] was served electronically upon the parties registered for electronic service in the above chapter 11 case through the Court's CM/ECF system.

I further certify that, on September 23, 2026, I caused the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

Paul A. Rubin, Esq.
Hanh V. Huynh, Esq.
Rubin LLC
11 Broadway, Suite 715
New York, New York 10004

Greg M. Zipes, Esq., Trial Attorney
Office of the United States Trustee, Region 2
Alexander Hamilton Custom House
One Bowling Green, Room 534

New York, New York 10004-1408

Aviva Francis, Esq.
Jacobowitz Newman Tversky LLP
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516

The Ridgeview Realtor LLC
Attn: Joseph Doppelt, Manager
23 Heyward Street, #1B
Brooklyn, New York 11249

Yeshivah and Mesivta Arugath Habosem
Attn: Joseph Doppelt, President / Administrator
40 Lynch Street
Brooklyn, New York 11206

Joseph Doppelt
23 Heyward Street, #1B
Brooklyn, New York 11249

Moshe Zev Doppelt
41 Francis Place
Monsey, New York 10952

U.S. Small Business Administration
Office of Disaster Recovery & Resilience, Loan Servicing
14925 Kingsport Road
Fort Worth, Texas 76155

Jeffrey Kaplan, Esq.
Kalter, Kaplan, Zeiger & Forman
47 N. Main Street, P.O. Box 186
Ellenville, New York 12428

Ulster County Department of Finance
P.O. Box 1800, 244 Fair Street
Kingston, New York 12402

Central Hudson
284 South Avenue

Poughkeepsie, New York 12601

Eliezer Friedman
c/o Subin LLP, Attn: Simon Hannanian
150 Broadway, 16th Floor
New York, New York 10038

Michael Banach, Code Enforcement Officer, Town of Rochester
c/o Mary Lou P. Christiana, Esq.
P.O. Box 3505
Kingston, New York 12402

New York State Department of Taxation and Finance
Bankruptcy Unit
P.O. Box 518
Albany, New York 12205-5189

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, Pennsylvania 19101

Dated: Miami Beach, Florida
October 2, 2026

/s/ Abraham Kleinman
Abraham Kleinman