UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 1-26-43491 (ESS)

# EXHIBIT 2

## Text message from Joseph Doppelt, April 3, 2025

Directing funds "to the Ridgeview realtor" at TD Bank, N.A., account ending 0416 (masked under Fed. R. Bankr. P. 9037). Previously filed as ECF No. 36-37.




Text message of April 3, 2025 from Joseph Doppelt to Abraham Kleinman. Account number masked to its last four digits pursuant to Fed. R. Bankr. P. 9037(a)(4); the routing number, 026013673, is the public routing number of TD Bank, N.A.