# EXHIBIT 3

## Ulster County Department of Health Permits Nos. 55-10121 and 55-5882

Children's Camp (capacity 172) and Temporary Residence (56 rooms), issued to The Ridgeview Realtor LLC / Yeshiva and Mesivta Arugath Habosem. Previously filed as ECF Nos. 36-6 and 36-11.

## Ulster County Department of Health

# PERMIT

To Operate a

**Children's Camp**

This is to certify that

**THE RIDGEVIEW REALTOR LLC/YESHIVA AND MESIVTA...**

the operator of

**CAMP YESHIVA AND MESIVTA ARUGATH HABOSEM**

at

**5 RIDGEVIEW ROAD**
**KERHONKSON, NY 12446**

Located in the ***TOWN*** of ***ROCHESTER*** in ***ULSTER*** County
is granted permission to operate said establishment in compliance with the provisions
of **Subpart 7-2 of the State Sanitary Code** and
under the following conditions:

(1) This permit is granted subject to any and all applicable State, Local and Municipal Laws, Ordinances, Codes, Rules and Regulations.
(2) Capacity: 172 persons
(3) Food service
(4) Take water meter readings daily & submit to Ulster County Department of Health by the 10th of each month.

**Effective Date June 27, 2025**
**Permit is NON-TRANSFERABLE**

Permit Issuing Official

This permit expires on **August 29, 2025** and may be revoked or suspended for cause.

**THIS PERMIT SHOULD BE POSTED CONSPICUOUSLY**

Facility Code **55-10122** Permit Number **55-10122** Operation ID 1178181

**EXHIBIT "B"**

**Ulster County Department of Health**

# PERMIT

To Operate a

**Temporary Residence**

This is to certify that

**THE RIDGEVIEW REALTOR LLC/YESHIVA AND MESIVTA...**

the operator of

**YESHIVA AND MESIVTA ARUGATH HABOSEM**

at

**5 RIDGEVIEW ROAD**
**KERHONKSON, NY 12446**

Located in the *TOWN* of ***ROCHESTER*** in ***ULSTER*** County
is granted permission to operate said establishment in compliance with the provisions
of **Subpart 7-1 of the State Sanitary Code** and
under the following conditions:

(1) This permit is granted subject to any and all applicable State, Local and Municipal Laws, Ordinances, Codes, Rules and Regulations.
(2) Capacity: 56 Rooms/Units
(3) Swimming pool operation reports (DOH-1323) must be kept and submitted monthly to the Ulster County Department of Health.
(4) Pool not to be used until satisfactory pre-op inspection.

**Effective Date June 20, 2025**
**Permit is NON-TRANSFERABLE**

Permit Issuing Official

This permit expires on **November 30, 2025** and may be revoked or suspended for cause.

**THIS PERMIT SHOULD BE POSTED CONSPICUOUSLY**

Facility Code **55-5882** Permit Number **55-5882** Operation ID 1143247