UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 1-26-43491 (ESS)

# EXHIBIT 4

## Yeshivah and Mesivta Arugath Habosem, Audited Financial Statements, FY2023 to FY2025 (excerpts)

Report covers; statements of activities; FY2025 statement of financial position, statement of cash flows and Notes 5 to 9. Each page is reproduced from the complete exhibit previously filed as ECF No. 36-14; pin cites in the Response refer to that exhibit's page numbers.

# YESHIVA MESIVTA ARUGATH HABOSEM
(A NONPROFIT ORGANIZATION)

# AUDITED **FINANCIAL** STATEMENTS

June 30, 2023

HIRSCH | DINTER
CERTIFIED PUBLIC ACCOUNTANTS & ADVISORS

# YESHIVA MESIVTA ARUGATH HABOSEM
# (A NONPROFIT ORGANIZATION)
# STATEMENT OF ACTIVITIES AND CHANGES IN NET ASSETS
# FOR THE YEAR ENDED JUNE 30, 2023

| | Without Donor Restrictions | With Donor Restrictions | Total |
|---|---|---|---|
| **Revenues and Support** | | | |
| Net Tuition Revenue | $ 3,353,642 | $ - | $ 3,353,642 |
| Summer Camp Tuition | 1,241,885 | - | 1,241,885 |
| Contributions | 4,717,450 | - | 4,717,450 |
| School Vouchers | - | 1,307,163 | 1,307,163 |
| School and Summer Feeding Programs | - | 1,629,573 | 1,629,573 |
| USDA Donated Food | - | 4,444 | 4,444 |
| Mandated Services | - | 386,967 | 386,967 |
| Transportation Income | - | 253,923 | 253,923 |
| Essential Worker Scholarship | - | 30,156 | 30,156 |
| NYS Security | - | 58,565 | 58,565 |
| Rental Income | 557,425 | - | 557,425 |
| Interest Income | 2,142 | - | 2,142 |
| Covid Testing Income | - | 115,750 | 115,750 |
| Net Assets Released from Restriction: | | | |
| Satisfaction of Grant Restriction | 3,786,541 | (3,786,541) | - |
| Total Revenues and Support | 13,659,085 | - | 13,659,085 |
| **Expenses** | | | |
| **Program Services** | | | |
| Student Instruction and Related Activities | 9,677,377 | - | 9,677,377 |
| **Supporting Services** | | | |
| Management and General | 1,965,616 | - | 1,965,616 |
| Fundraising Expense | 144,890 | - | 144,890 |
| Interest Expense | 140,643 | - | 140,643 |
| Depreciation | 363,330 | - | 363,330 |
| Bad Debt Expense | 260,218 | - | 260,218 |
| Total Expenses | 12,552,074 | - | 12,552,074 |
| **Operating Income** | 1,107,011 | - | 1,107,011 |
| **Other Revenue** | | | |
| Gain on Sale of Investment | 349,178 | - | 349,178 |
| Investment Income | 3,496 | | 3,496 |
| Employee Retention Tax Credits | 202,603 | - | 202,603 |
| Total Other Revenue | 555,277 | - | 555,277 |
| **Change in Net Assets** | **1,662,288** | - | **1,662,288** |
| **Net Assets - Beginning of Year** | 9,327,829 | - | 9,327,829 |
| Prior Period Adjustment | (856,434) | - | (856,434) |
| **Net Assets - End of Year** | **$ 10,133,683** | **$ -** | **$ 10,133,683** |

*See Accompanying Notes to the Financial Statements*

# YESHIVAH AND MESIVTA ARUGATH HABOSEM
(A NONPROFIT ORGANIZATION)

# AUDITED **FINANCIAL** STATEMENTS

JUNE 30, 2024

HIRSCH | DINTER
CERTIFIED PUBLIC ACCOUNTANTS & ADVISORS

**YESHIVAH AND MESIVTA ARUGATH HABOSEM**
**(A NONPROFIT ORGANIZATION)**
**STATEMENT OF ACTIVITIES AND CHANGES IN NET ASSETS**
**FOR THE YEAR ENDED JUNE 30, 2024**

| | Without Donor Restrictions | With Donor Restrictions | Total |
|---|---|---|---|
| **Revenues and Support** | | | |
| Net Tuition Revenue | $ 3,178,174 | $ - | $ 3,178,174 |
| Summer Camp Tuition | 1,529,243 | - | 1,529,243 |
| Contributions | 4,582,048 | - | 4,582,048 |
| School Vouchers | - | 2,577,500 | 2,577,500 |
| School and Summer Feeding Programs | - | 1,726,033 | 1,726,033 |
| USDA Donated Food | - | 17,126 | 17,126 |
| Mandated Services | - | 520,948 | 520,948 |
| Transportation Income | - | 187,336 | 187,336 |
| Hate Crimes Grant | - | 100,000 | 100,000 |
| AIS Grant | - | 36,784 | 36,784 |
| NYS Security Grant | - | 32,439 | 32,439 |
| Rental Income | 955,860 | - | 955,860 |
| Interest Income | 2,401 | - | 2,401 |
| Net Assets Released from Restriction: | | | |
| Satisfaction of Grant Restriction | 5,198,166 | (5,198,166) | - |
| Total Revenues and Support | 15,445,892 | - | 15,445,892 |
| **Expenses** | | | |
| **Program Services** | | | |
| Student Instruction and Related Activities | 9,700,211 | - | 9,700,211 |
| **Supporting Services** | | | |
| Management and General | 3,108,445 | - | 3,108,445 |
| Fundraising Expense | 351,646 | - | 351,646 |
| Total Expenses | 13,160,302 | - | 13,160,302 |
| **Operating Income** | 2,285,590 | - | 2,285,590 |
| **Other Revenue / (Losses)** | | | |
| Loss on Investment | (563,496) | - | (563,496) |
| Employee Retention Tax Credits | 229,508 | - | 229,508 |
| Total Other Revenue / (Losses) | (333,988) | - | (333,988) |
| **Change in Net Assets** | **1,951,602** | - | **1,951,602** |
| **Net Assets - Beginning of Year** | 10,133,683 | - | 10,133,683 |
| **Net Assets - End of Year** | **$ 12,085,285** | **$ -** | **$ 12,085,285** |

*See Accompanying Notes to the Financial Statements*

# YESHIVAH AND MESIVTA ARUGATH HABOSEM
(A NONPROFIT ORGANIZATION)

# AUDITED FINANCIAL STATEMENTS

JUNE 30, 2025

HIRSCH | DINTER
CERTIFIED PUBLIC ACCOUNTANTS & ADVISORS

# YESHIVAH AND MESIVTA ARUGATH HABOSEM
## (A NONPROFIT ORGANIZATION)
## STATEMENT OF FINANCIAL POSITION
## AS OF JUNE 30, 2025

### ASSETS

| | |
|---|---|
| **Current Assets** | |
| Cash and Cash Equivalents | $ 668,392 |
| Restricted Cash - Food Program | 365,965 |
| Tuition Receivable, Net | 1,673,549 |
| Contributions Receivable, Net | 11,061,602 |
| Food Program Receivable - Restricted | 93,527 |
| Other Receivables, Net | 846,084 |
| Total Current Assets | 14,709,119 |
| **Property, Plant, and Equipment, Net** | 7,971,422 |
| **Other Assets** | |
| Right of Use Assets - Operating Leases, Net of Accumulated Amortization of $737,986 | 1,121,956 |
| Deposit on Land | 152,960 |
| Total Other Assets | 1,274,916 |
| **TOTAL ASSETS** | **$ 23,955,457** |

*See Accompanying Notes to the Financial Statements*

**YESHIVAH AND MESIVTA ARUGATH HABOSEM**
**(A NONPROFIT ORGANIZATION)**
**STATEMENT OF FINANCIAL POSITION (CONTINUED)**
**AS OF JUNE 30, 2025**

**LIABILITIES AND NET ASSETS**

| | |
|---|---|
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable | $ 1,222,036 |
| Accrued Expenses | 67,543 |
| Contract Liabilities | 21,630 |
| Loans Payable – Third Parties | 1,047,580 |
| Loans Payable – Related Parties | 1,295,982 |
| Line of Credit - M&T Bank | 750,000 |
| Operating Lease Liabilities (Current Portion) | 242,356 |
| Mortgage Payable - Valley National Bank (Current Portion) | 83,051 |
| EIDL Loan Payable (Current Portion) | 36,863 |
| Total Current Liabilities | 4,767,041 |
| **Long-Term Liabilities** | |
| Operating Lease Liabilities, Net of Current Portion | 950,101 |
| Mortgage Payable - Valley National Bank, Net of Current Portion and Unamortized Closing Costs of $65,537 | 1,534,192 |
| EIDL Loan Payable, Net of Current Portion | 1,963,137 |
| Total Long-Term Liabilities | 4,447,430 |
| Total Liabilities | 9,214,471 |
| **Net Assets** | |
| With Donor Restrictions | 459,492 |
| Without Donor Restrictions | 14,281,494 |
| Total Net Assets | 14,740,986 |
| **TOTAL LIABILITIES AND NET ASSETS** | **$ 23,955,457** |

*See Accompanying Notes to the Financial Statements*

# YESHIVAH AND MESIVTA ARUGATH HABOSEM
## (A NONPROFIT ORGANIZATION)
## STATEMENT OF ACTIVITIES AND CHANGES IN NET ASSETS
## FOR THE YEAR ENDED JUNE 30, 2025

| | Without Donor Restrictions | With Donor Restrictions | Total |
|---|---|---|---|
| **Revenues and Support** | | | |
| Tuition Revenue, Net | $ 2,406,795 | $ - | $ 2,406,795 |
| Summer Camp Tuition | 2,220,906 | - | 2,220,906 |
| Contributions | 5,150,029 | - | 5,150,029 |
| School Vouchers | - | 4,440,690 | 4,440,690 |
| School and Summer Feeding Programs | - | 1,834,904 | 1,834,904 |
| USDA Donated Food | - | 4,017 | 4,017 |
| Mandated Services | - | 494,638 | 494,638 |
| Transportation Income | - | 179,718 | 179,718 |
| NYS Security Grant | - | 34,583 | 34,583 |
| Rental Income | 471,464 | - | 471,464 |
| Net Assets Released from Restriction: | | | |
| Satisfaction of Grant Restriction | 6,529,058 | (6,529,058) | - |
| Total Revenues and Support | 16,778,252 | 459,492 | 17,237,744 |
| **Expenses** | | | |
| **Program Services** | | | |
| Student Instruction and Related Activities | 9,703,702 | - | 9,703,702 |
| **Supporting Services** | | | |
| Management and General | 4,706,205 | - | 4,706,205 |
| Fundraising Expense | 393,897 | - | 393,897 |
| Total Expenses | 14,803,804 | - | 14,803,804 |
| **Change in Net Assets before other Revenue** | 1,974,448 | 459,492 | 2,433,940 |
| **Other Revenue** | | | |
| Interest Income | 1,604 | - | 1,604 |
| Employee Retention Tax Credits | 220,157 | - | 220,157 |
| Total Other Revenue | 221,761 | - | 221,761 |
| **Change in Net Assets** | **2,196,209** | 459,492 | **2,655,701** |
| **Net Assets - Beginning of Year** | 12,085,285 | - | 12,085,285 |
| **Net Assets - End of Year** | **$ 14,281,494** | **$ 459,492** | **$ 14,740,986** |

*See Accompanying Notes to the Financial Statements*

# YESHIVAH AND MESIVTA ARUGATH HABOSEM
## (A NONPROFIT ORGANIZATION)
## STATEMENT OF CASH FLOWS
## FOR THE YEAR ENDED JUNE 30, 2025

| | |
|---|---|
| **Cash Flows From Operating Activities** | |
| Change in Net Assets | $ 2,655,701 |
| Adjustments to Reconcile Change in Net Assets to Net Cash Provided by Operating Activities: | |
| Depreciation | 428,616 |
| Amortized Mortgage Costs Included in Interest Expense | 4,854 |
| Bad Debt Expense | 1,826,498 |
| Credit Losses | 400,539 |
| Reduction in Carrying Amount of ROU Asset | 133,298 |
| Changes in Assets and Liabilities | |
| Tuition Receivables | 510,149 |
| Contribution Receivables | (5,030,855) |
| Food Program Receivable - Restricted | (12,125) |
| Other Receivables | 31,196 |
| Accounts Payable | (63,224) |
| Accrued Expenses | (24,083) |
| Contract Liabilities | (19,738) |
| Operating Lease Liabilities | (136,870) |
| Net Cash Provided by Operating Activities | 703,956 |
| **Cash Flows From Investing Activities** | |
| Purchases of Property, Plant, and Equipment | (828,241) |
| Net Cash Used in Investing Activities | (828,241) |
| **Cash Flows From Financing Activities** | |
| Payments of Loans Payable - Third Parties | (316,534) |
| Proceeds from Loans Payable - Related Parties | 742,186 |
| Proceeds from Line of Credit - M&T Bank | 750,000 |
| Principal Payments of Mortgage Payable | (76,740) |
| Net Cash Provided by Financing Activities | 1,098,912 |
| **Net Change in Cash, Cash Equivalents, and Restricted Cash** | **974,627** |
| Cash, Cash Equivalents, and Restricted Cash - Beginning of the Year | 59,730 |
| **Cash, Cash Equivalents, and Restricted Cash - End of the Year** | **$ 1,034,357** |
| **Supplemental Disclosure of Cash Flow Information:** | |
| Cash Paid for Interest | $ 204,232 |

*See Accompanying Notes to the Financial Statements*

**YESHIVAH AND MESIVTA ARUGATH HABOSEM**
**(A NONPROFIT ORGANIZATION)**
**NOTES TO THE FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED JUNE 30, 2025**

## NOTE 5 - CONSTRUCTION IN PROGRESS

The Organization is in process of constructing a building in Linden, NJ for its college. Construction costs are not depreciated until completion, when the building will be put into use. Total costs of construction in progress as of June 30, 2025, were $3,022,123 and are included in property, plant, and equipment on the accompanying statement of financial position.

## NOTE 6 - PROPERTY, PLANT, AND EQUIPMENT

Property, plant, and equipment as of June 30, 2025 consisted of:

| | | Useful lives |
|---|---|---|
| Land | $ 1,035,000 | |
| Buildings | 3,279,200 | 39 years |
| Improvements | 3,620,004 | 15 years |
| Construction in Progress | 3,022,123 | |
| Transportation Equipment | 193,945 | 10 years |
| School and Kitchen Equipment | 80,716 | 5 years |
| Software | 117,960 | 3 years |
| Furniture and Fixtures | 804,739 | 5 years |
| Total Property, Plant, and Equipment | 12,153,687 | |
| Less: Accumulated Depreciation | (4,182,265) | |
| Net Property, Plant, and Equipment | $ 7,971,422 | |

Depreciation expense for the year ended June 30, 2025 was $428,616.

## NOTE 7 - DEPOSIT ON LAND

The Organization placed a deposit on a property located in Monticello, NY. This property is adjacent to the property where the Organization’s summer camp is currently located. The Organization plans to use this property to expand their summer camp operation. The balance of the deposit as of June 30, 2025 was $152,960.

## NOTE 8 - LOANS PAYABLE - THIRD PARTIES

The Organization has non-interest-bearing loans payable to various third parties. These unsecured loans do not require monthly payments and are due upon demand. The amount outstanding as of June 30, 2025 was $1,047,580.

## NOTE 9 - LINE OF CREDIT – M&T BANK

The Organization has a revolving line of credit with M&T Bank in the amount of $750,000. The line of credit is subject to renewal on an annual basis. Borrowings on the line of credit bear interest at the bank’s prime rate plus 2.50%. The line of credit is secured by all assets of the Organization. The Outstanding balance as of June 30, 2025 was $750,000.