UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 1-26-43491 (ESS)

# EXHIBIT 9

## Letters of June 4, 2026 and June 2, 2026

Kalter, Kaplan, Zeiger & Forman to the Town of Rochester ("my client would like to operate the facility this summer"), with Joseph Doppelt's letter on YMAH letterhead ("our facility in Kerhonkson"). Excerpted from ECF No. 36-5.

KALTER, KAPLAN, ZEIGER & FORMAN
ATTORNEYS AT LAW
47 NORTH MAIN STREET, [redacted]
ELLENVILLE, NEW YORK 12428
TEL. (845) 647-4110
FAX (845) 647-6232
[redacted]

WOODBOURNE OFFICE
6166 STATE ROUTE 42, [redacted]
WOODBOURNE, NEW YORK 12788
TEL. (845) 434-4777
FAX (845) 436-8156

[redacted]

June 4, 2026

**VIA EMAIL**
Marylou Christiana, Esq.

**RE: The Ridgeview Realtor LLC ads Town of Rochester**

Dear Marylou:

As per our discussion, on behalf of my client, we would like to offer the following proposal in full settlement of this action.

As has been the case the last two summers, my client would like to operate the facility this summer for religious education with an emphasis of alcohol and drug abuse. I am attaching letters and documents from my clients confirming the continuing use of the property and the educational background of the administrators with the emphasis on drug and alcohol abuse training.

Following this summer, my client will consent to terminate the use of the property as a alcohol and drug rehabilitation center and instead with their application to use the property for religious purposes. Additionally, they will agree not to occupy the premises until all of the violations and safety concern raised by the Town during their prior inspections have been resolved. At this juncture, unless new violation have arisen since their recent inspection, we would ask that the violations be limited to those that have already been indicated by the Town during their prior inspections including a recent inspection within the last couple of weeks.

After you have had the opportunity to review this, please advise so that we can proceed accordingly. It is important that this matter be resolved as quickly as possible to avoid delays in the proper use of the premises this summer.

Very truly yours,

Jeffrey Kaplan, Esq.

JK/co
cc: Yoseph Doppelt

Yeshivah Mesivta
**Arugath Habosem**
בנשיאות כ"ק אדמו"ר שליט"א

ישיבה ומתיבתא
**ערוגת הבשם צעהלים**
מיסודו של רבינו הקדוש זצוק"ל

Office: [redacted]

June 2, 2026

To whom it may concern,

On behalf of Yeshiva Mesivta Arugath Habosem, I am writing to let you know about the services we provide. We operate a year-round organization for children ages twelve to eighteen. Within our organization we have a program to assist kids in abstaining from alcohol and drugs. Our director, together with his counselors conduct a number of programs to educate the kids on the risks associated with alcohol and drugs, providing them a solid understanding of the subject.

Mr. Nachman Kenigsberg, our director, has a master's degree of Science in Education, which includes special training on the subject of drugs and alcohol. Five counselors with training in special education work with him: Abraham Rubinfeld, Yonah Silber, Isaac Altman, Samuel Schwartz, and Yoshua Kahana. I am attaching their certificates here.

At this time, we want to take the kids to our facility in Kerhonkson, NY and continue with our activities there for the next two months.

Very truly yours,

Joseph Doppelt

Joseph Doppelt

Administrator