**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:*<br>**THE RIDGEVIEW REALTOR LLC**<br>Debtor. | **Chapter 11**<br>**Case No. 26-43491-ess** |

## NOTICE OF PRESENTMENT

**PLEASE TAKE NOTICE** that Debtor THE RIDGEVIEW REALTOR LLC seeks entry of the proposed Order Granting Substitution of Counsel, annexed as Exhibit B, under E.D.N.Y. LBR 2002-1 and 2090-1(d), substituting Vivian Sobers and Sobers Law, PLLC for Paul A. Rubin and Rubin LLC as counsel of record. The signed consent dated October 7, 2026 is annexed as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that any objection or response must be in writing, conform to E.D.N.Y. LBR 9013-1, and be filed with proof of service and served so as to be received by Vivian Sobers, Sobers Law, PLLC, 11 Broadway, Suite 615, New York, NY 10004, no later than October 29, 2026 at 12:00 noon (Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, if no timely objection is filed and served, the proposed order will be presented for signature on November 5, 2026 at 12:00 noon (Eastern Time), and may be entered without a hearing.

**PLEASE TAKE FURTHER NOTICE** that, if a timely objection is filed and served, a hearing will be held before the Honorable Elizabeth S. Stong on [COURT-CONFIRMED HEARING DATE AND TIME], at Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, NY 11201, or by video as directed by the Court.

**PLEASE TAKE FURTHER NOTICE** that no appearance is required if no hearing is necessary. Hearing participants must register through eCourt Appearances at least two business days before the hearing and follow the Court's appearance instructions.

Notice of this application, the signed consent and proposed order will be served on the Debtor at 23 Heyward St., #1B, Brooklyn, NY 11249; Paul A. Rubin and Rubin LLC; the United States Trustee; Ridgeview Lender LLC through its counsel; Abraham Kleinman; and all other entities entitled to notice under E.D.N.Y. LBR 2002-1(d) and 2090-1(d). Proof of service will be filed.

Dated: October 8, 2026

**SOBERS LAW, PLLC**

By: *Vivian Sobers*
Vivian Sobers, Esq.

11 Broadway, Suite 615,
New York, New York 10004
vsobers@soberslaw.com | (917) 225-4501
Incoming counsel for Debtor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:*<br>**THE RIDGEVIEW REALTOR LLC**<br>Debtor. | **Chapter 11**<br>**Case No. 26-43491-ess** |

## MOTION TO SUBSTITUTE COUNSEL

Vivian Sobers and Sobers Law, PLLC, incoming counsel for THE RIDGEVIEW REALTOR LLC (the "Debtor"), request an order under E.D.N.Y. LBR 2090-1(d) substituting them for Paul A. Rubin and Rubin LLC as counsel of record. In support, I, Vivian Sobers, declare as follows:

1. Paul A. Rubin of Rubin LLC filed the Debtor's petition and remains listed as counsel of record. His address is 11 Broadway, Suite 715, New York, NY 10004; telephone (212) 390-8054; email prubin@rubinlawllc.com.
2. The Debtor has selected Vivian Sobers, Esq. and Sobers Law, PLLC to replace outgoing counsel. The signed consent dated October 7, 2026, attached as Exhibit "A". The requested substitution implements the Debtor's choice of counsel and provides continuity of representation and is requested to become effective upon entry of the Court's order.
3. The posture of the case and pending matters are as follows:
   - The Debtor filed this voluntary Chapter 11 case on July 21, 2026 (ECF No. 1). The case is pending before Judge Elizabeth S. Stong. The docket lists November 18, 2026 as the due date for the Chapter 11 plan and disclosure statement.
   - Rubin LLC applied for employment on July 27, 2026 (ECF No. 7). The United States Trustee objected (ECF No. 17), and Abraham Kleinman joined that objection (ECF No. 30). Rubin filed a notice withdrawing the employment application on September 29, 2026 (ECF No. 39). The docket nevertheless carries the adjourned hearing concerning ECF Nos. 7 and 17 on November 12, 2026 at 10:30 a.m.
   - Rubin filed a withdrawal declaration on September 29, 2026 (ECF No. 40); the docket notes that counsel was directed to refile a proper motion. Rubin filed the withdrawal application on October 1, 2026 (ECF No. 42), with October 26, 2026 listed for objections and presentment. Abraham Kleinman filed an objection on October 6, 2026, entered October 7 (ECF No. 49). No order granting withdrawal appears on the reviewed docket. This application does not assume that the withdrawal request has been granted.

- Abraham Kleinman's motion to appoint a trustee (ECF No. 36) is scheduled for October 14, 2026 at 10:30 a.m. There are also subpoenas associated with that motion (ECF Nos. 44 and 45). His motion seeking examinations, subpoenas, preservation of records and turnover of recorded information remains on the docket at ECF No. 30, without a dispositive order shown in the reviewed entries.
- Ridgeview Lender LLC's motion for relief from the automatic stay (ECF No. 19), is scheduled for November 12, 2026 at 10:30 a.m.
- The application to employ Kalter, Kaplan, Zeiger & Forman as special litigation counsel (ECF No. 23) and Abraham Kleinman's limited objection (ECF No. 38) remain on the docket, without an employment order shown in the reviewed entries. Monthly operating reports for July and August 2026 were filed at ECF Nos. 25 and 26. No appointed case trustee is listed in the docket header.

5. Outgoing counsel's obligations continue until relieved by order. Incoming counsel will assume responsibility as counsel of record upon entry of the substitution order.
6. The Debtor requests entry of Exhibit B. Approval of employment under 11 U.S.C. § 327 and Fed. R. Bankr. P. 2014, and compensation under applicable law, are reserved for separate application and order. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2026

**SOBERS LAW, PLLC**

By: Vivian Sobers
Vivian Sobers, Esq.
11 Broadway, Suite 615,
New York, New York 10004
vsobers@soberslaw.com | (917) 225-4501
Incoming counsel for Debtor

# EXHIBIT A SIGNED CONSENT TO SUBSTITUTION

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:*<br>**THE RIDGEVIEW REALTOR LLC**<br>Debtor. | **Chapter 11**<br>**Case No. 26-43491** |

**IT IS HEREBY CONSENTED AND AGREED,** that **SOBERS LAW, PLLC**, 11 Broadway, Suite 615, New York New York, 10004 be substituted as attorneys of record for Debtor, THE RIDGEVIEW REALTOR LLC, in place and stead of the undersigned attorneys as of the date hereof.

Dated: New York, NY
October 7, 2026

**Rubin LLC**
(*Outgoing attorneys of Record*)

By: Paul Rubin
Paul Rubin, Esq.
11 Broadway, Suite 715
New York, New York 10004
P: (212) 390-8054

**Sobers Law, PLLC**
(*Incoming attorneys)*

By: Vivian Sobers
Vivian Sobers, Esq.
11 Broadway, Suite 615
New York, New York 10004
P: (917) 225-4501

The Ridgeview Realtor, LLC

By: Joseph Doppelt

Sworn to before me this 7
Day of OCT, 2026

NOTARY PUBLIC

SOLOMON ITZKOWITZ
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01IT4795441
Qualified in Kings County
Commission Expires July 30, 2030

NOTARY PUBLIC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:*<br>**THE RIDGEVIEW REALTOR LLC**<br>Debtor. | **Chapter 11**<br>**Case No. 26-43491-ess** |

## EXHIBIT B PROPOSED ORDER GRANTING SUBSTITUTION OF COUNSEL

Upon the application to substitute Vivian Sobers and Sobers Law, PLLC for Paul A. Rubin and Rubin LLC as counsel of record for THE RIDGEVIEW REALTOR LLC, the signed consent dated October 7, 2026, the supporting declaration, and the Notice of Presentment dated October 8, 2026; due notice having been given; and any timely objection to this application having been resolved by the Court, it is

ORDERED, that the motion is granted; and it is further

ORDERED, that Paul A. Rubin and Rubin LLC are relieved as counsel of record for the Debtor upon entry of this Order; and it is further

ORDERED, that Vivian Sobers and Sobers Law, PLLC are substituted as counsel of record for the Debtor upon entry of this Order; and it is further

ORDERED, that all notices, pleadings and other papers intended for substituted counsel to the Debtor shall be served on Vivian Sobers, Sobers Law, PLLC, 11 Broadway, Suite 615, New York, New York 10004, vsobers@soberslaw.com, telephone (917) 225-4501; and it is further

ORDERED, that Paul A. Rubin and Rubin LLC shall promptly transfer the Debtor's file and information reasonably necessary for continuity of representation, subject to applicable law and further order of the Court; and it is further

ORDERED, that this Order does not adjudicate the pending withdrawal application or any objection thereto, approve employment under 11 U.S.C. § 327, authorize compensation, or release outgoing counsel from any liability or obligation concerning prior conduct; and it is further

ORDERED, that existing hearings, deadlines and obligations remain in effect.

**SO ORDERED:**

________________________________________

**Honorable Elizabeth S. Stong**
United States Bankruptcy Judge