**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| THE RIDGEVIEW REALTOR LLC, | Case No. 26-43491 (ESS) |
| Debtor. | |

-----------------------------------------------------------x

## SCHEDULE OF EXHIBITS

Each exhibit was previously filed in this case and is resubmitted here for the Court's convenience. Exhibits 1 through 5 and 7 through 9 were filed as exhibits to Kleinman's motion to appoint a trustee, ECF No. 36, and are described in his declaration, ECF No. 36-1.

(1) Commercial Lease Agreement dated February 11, 2026 between The Ridgeview Realtor LLC, as Landlord, and Bais Ruchel D'Satmar Inc. d/b/a Central UTA and Affiliated Entities, as Tenant, with the e-mail of February 26, 2026 from yanky@ymah.org transmitting it. Previously filed as ECF No. 36-4.

(2) Text message from Joseph Doppelt to Abraham Kleinman, April 3, 2025, directing funds "to the Ridgeview realtor" at TD Bank, N.A., account ending 0416 (masked under Bankruptcy Rule 9037). Previously filed as ECF No. 36-37.

(3) Ulster County Department of Health Permit No. 55-10121 (Children's Camp) and Permit No. 55-5882 (Temporary Residence), issued to "The Ridgeview Realtor LLC / Yeshiva and Mesivta Arugath Habosem." Previously filed as ECF Nos. 36-6 and 36-11.

(4) Yeshivah and Mesivta Arugath Habosem, audited financial statements for the fiscal years ended June 30, 2023, 2024 and 2025 (excerpts: report covers; statements of activities; fiscal 2025 statement of financial position, statement of cash flows, and Notes 5 through 9). Pin cites are to the page numbers of the complete exhibit previously filed as ECF No. 36-14.

(5) Transcript of the meeting of creditors held September 14, 2026. Previously filed as ECF No. 36-20.

(6) Excerpts of the Debtor's Schedules and Statement of Financial Affairs, ECF No. 11: Schedule A/B, Part 1; Schedule G; Statement of Financial Affairs, Parts 1, 6 (Q. 11) and 10 (Q. 18); and Official Form 2030.

(7) The Debtor's Monthly Operating Reports for July and August 2026 and the debtor in possession bank statement. Previously filed as ECF No. 36-38 (ECF Nos. 25, 26, 26-1).

(8) SBA Disaster Loan No. 5889139106, closing package submitted December 3, 2024 (excerpts): Certificate of Authority of The Ridgeview Realtor LLC naming as "all of the Members" Moshe Zev Doppelt and Yeshivah and Mesivta Arugath Habosem, and the Debtor's Unconditional Guarantee (SBA Form 148) of YMAH's note. Excerpted from the exhibit previously filed as ECF No. 36-13.

(9) Letter of Kalter, Kaplan, Zeiger & Forman to the Town of Rochester, June 4, 2026, cc Yoseph Doppelt, Yeshivah Mesivta Arugath Habosem, with the letter of Joseph Doppelt, Administrator, on YMAH letterhead, June 2, 2026 ("our facility in Kerhonkson"). Excerpted from the exhibit previously filed as ECF No. 36-5.