**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE RIDGEVIEW REALTOR LLC,<br><br>Debtor. | Chapter 11<br><br><br>Case No. 26-43491 (ESS) |

---------------------------------------------------------x

**ORDER SCHEDULING HEARINGS ON CERTAIN MATTERS**

WHEREAS, on July 21, 2026, The Ridgeview Realtor LLC (the "Debtor) filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

*The Letter Request*

WHEREAS, on October 12, 2026, Abraham Kleinman (the "Creditor") filed an Emergency Letter Motion for the Immediate Appointment of a Chapter 11 Trustee (the "Letter Request"); and

WHEREAS, in the Letter Request, the Creditor requests, in substance, an extension of time for the Debtor to meet the requirements of Bankruptcy Code Section 362(d)(3) and retain the protection of the automatic stay on an "interim basis through and including November 23, 2026, without prejudice to a further extension on application of a trustee, the Debtor, or any party in interest."

*The Motion to Appoint Trustee*

WHEREAS, on September 23, 2026, the Creditor filed a Motion to Appoint Trustee (the "Motion to Appoint"); and

WHEREAS, the Court scheduled a hearing on the Motion to Appoint for October 14, 2026; and

WHEREAS, the Court adjourned the hearing on the Motion to Appoint without a hearing to November 12, 2026, at 10:30 a.m.

*The Motion to Substitute Attorney*

WHEREAS, on October 8, 2026, the Debtor filed a Motion to substitute Vivian Sobers and Sobers Law, PLLC, as counsel (the "Motion to Substitute"); and

WHEREAS, on October 9, 2026, the Creditor filed an objection to the Motion to Substitute.

NOW, THEREFORE, it is hereby

ORDERED, that the requested extension of time for the Debtor to meet the requirements of Bankruptcy Code Section 362(d)(3) and retain the protection of the automatic stay under Bankruptcy Code Section 362(d)(3) is granted on an interim basis through and including November 23, 2026; and it is further

ORDERED, that the Debtor is directed to file a status letter as to insurance by November 5, 2026.

ORDERED, that the Court will hold an in-person hearing on the Motion to Appoint, the Motion to Substitute, and the Letter Request on **November 12, 2026, at 10:30 a.m.** before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED, that in order to obtain information about the Letter Request, the Motion to Appoint and the Motion to Substitute Attorney, the Debtor may contact Elise Kanter, Esq., Pro Se Law Clerk, via telephone, Monday through Friday between 9:00 a.m.**

**and 3:00 p.m., at (347) 394-1738, or via email at Elise_Kanter@nyeb.uscourts.gov; and it is further**

**ORDERED, that all participants, including attorneys, clients, and *pro se* parties, may register to appear as follows:**

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent.**

Dated: Brooklyn, New York
October 20, 2026

Elizabeth S. Stong
United States Bankruptcy Judge