# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 10/23/2026 |
| Case: 1−26−43491−ess | Form ID: pdf000 | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| aty | Paul A Rubin | prubin@rubinlawllc.com |
| aty | Vivian Sobers | vsobers@soberslaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | The Ridgeview Realtor LLC | 23 Heyward St., #1B | Brooklyn, NY 11249 |

TOTAL: 1