**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

In re THE RIDGEVIEW REALTOR LLC, Chapter 11

Debtor. Case No. 26-43491-ess

-----------------------------------------------------X

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE FEBRUARY 1, 2027 AT 5:00 P.M. EASTERN TIME**

TO: ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE RIDGEVIEW REALTOR LLC, DEBTOR

The United States Bankruptcy Court for the Eastern District of New York has entered an Order establishing January 11, 2027 at 5:00 p.m. (Eastern Time) as the last date for each person or entity, including governmental units, to file a proof of claim against The Ridgeview Realtor LLC (the "Debtor"), subject to the exceptions below (the "Bar Date").

The Bar Date and the procedures set forth below apply to all claims against the Debtor that arose prior to July 21, 2026 (the "Filing Date"), including claims under section 503(b)(9) of the Bankruptcy Code, except for claims specifically excluded in Section 4. The Governmental Bar Date is also January 19, 2027 at 5:00 p.m. (Eastern Time).

## 1. WHO MUST FILE A PROOF OF CLAIM

You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtor or to share in distributions from the Debtor's bankruptcy estate if you have a claim that arose prior to the Filing Date and it is not one of the types described in Section 4 below.

Claims based on acts or omissions of the Debtor that occurred before the Filing Date must be filed on or prior to the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Filing Date.

Under Section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured;

or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

**WHAT TO FILE**

Your filed proof of claim must conform substantially to Official Form No. 410. A proof of claim form accompanies the mailed notice. Additional forms may be obtained at www.uscourts.gov/forms-rules/forms/proof-claim-0.

All proof of claim forms must be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

Your proof of claim form must not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account).

All holders of claims must identify The Ridgeview Realtor LLC and Case No. 26-43491 (ESS) on the proof of claim.

**WHEN AND WHERE TO FILE**

Except as provided herein, all proofs of claim must be filed so as to be actually received by the Court on or before January 11 and 19, 2027 respectively at 5:00 p.m. (Eastern Time). Mailing by that date is not sufficient.

Attorneys (with full access accounts) and employees of institutional creditors (with limited access accounts) should file proofs of claim electronically on the Court's Case Management/Electronic Case File (CM/ECF) system.

Those without accounts to the CM/ECF system may create and electronically file their proofs of claim through the "File A Proof of Claim" link on the Court's website, www.nyeb.uscourts.gov, or by mailing or delivering the original proof of claim to the Court at the address provided below:

United States Bankruptcy Court, Eastern District of New York
Conrad B. Duberstein U.S. Bankruptcy Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

Proofs of claim will be deemed filed only when received by the Bankruptcy Court on or before the Bar Date. Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission.

**CLAIMS FOR WHICH PROOFS OF CLAIM NEED NOT BE FILED**

You do not need to file a proof of claim on or prior to the Bar Date if the claim falls into one of the following categories:

(a) Any claim that has already been asserted against the Debtor in a proof of claim filed with the Clerk of this Court in a form substantially similar to Official Form No. 410;

(b) Any claim listed on the Debtor's Schedules, provided that the claim is not scheduled as disputed, contingent or unliquidated and the claimant agrees with the amount, nature and priority of the claim as scheduled;

(c) Any claim that has previously been allowed by Order of the Court;

(d) Any claim that has been paid in full by any of the Debtor;

(e) Any claim for which a different deadline has previously been fixed by this Court;

(f) Any claim allowable under sections 503(b) and 507(a)(2) as an expense of administration, OTHER THAN a claim under section 503(b)(9), which must be filed by the Bar Date.

If you are a holder of an equity interest in the Debtor, you need not file a proof of interest with respect to the ownership of such equity interest at this time. However, if you assert a claim against the Debtor, including a claim relating to such equity interest or the purchase or sale of such interest, a proof of such claim must be filed on or prior to the Bar Date pursuant to procedures set forth in this Notice.

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtor but may not have an unpaid claim against the Debtor. The fact that you have received this Notice does not mean that you have a claim or that the Debtor or the Court believe that you have a claim against the Debtor.

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

A claim arising from rejection of an executory contract or unexpired lease under an order entered on or before entry of the Bar Date Order must be filed by the later of the applicable Bar Date and 30 days after entry of the rejection order, unless a different deadline is fixed by the Court. For a rejection order entered after the Bar Date Order, the deadline fixed in the applicable rejection order governs. If none is fixed, a deadline must be established on further notice; this notice does not silently impose an earlier deadline.

## CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE

ANY HOLDER REQUIRED TO FILE A PROOF OF CLAIM THAT FAILS TO TIMELY FILE IN APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO THAT CLAIM FOR PURPOSES OF VOTING ON A PLAN OR PARTICIPATING IN DISTRIBUTIONS, SUBJECT TO APPLICABLE LAW AND ANY FURTHER ORDER OF THE COURT. THIS NOTICE DOES NOT ITSELF DISCHARGE THE DEBTOR OR AVOID A LIEN.

## THE DEBTORS' SCHEDULES AND ACCESS THERETO

You may be listed as the holder of a claim in the Debtor's Schedules of Assets and Liabilities or Schedules of Executory Contracts and Unexpired Leases (collectively, the "Schedules").

If you rely on the Schedules, it is your responsibility to determine that your claim is accurately listed. A blank proof of claim form does not represent that any particular claim has been scheduled or allowed.

If you agree with the nature, amount and status of your claim as listed in the Schedules and it is not described as disputed, contingent or unliquidated, you need not file a proof of claim. Otherwise, you must file before the Bar Date in accordance with this Notice.

Copies of the Schedules may be accessed through PACER at www.pacer.uscourts.gov, subject to applicable access charges, or requested from Debtor's counsel at the address below. Clerk's Office access is subject to the Court's posted hours and procedures.

A holder of a possible claim against the Debtor should consult an attorney regarding any matters not covered by this notice, such as whether the holder should file a proof of claim.

Dated: New York, New York
October 26, 2026

**SOBERS LAW, PLLC**

By: /s/ Vivian Sobers.
Vivian Sobers, Esq.
11 Broadway, Suite 615
New York, New York 10004
vsobers@soberslaw.com | (917) 225-4501
Counsel for the Debtor