Hearing: December 17, 2026 at 10:30 a.m.
IN PERSON — Courtroom 3585
Objections: December 10, 2026 at 5:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------X

| | |
|---|---|
| In re THE RIDGEVIEW REALTOR LLC, | Chapter 11 |
| Debtor. | Case No. 26-43491-ess |

---------------------------------------------------X

**Notice of Hearing to Consider Approval of the Disclosure Statement**

TO ALL CREDITORS, EQUITY SECURITY HOLDERS AND OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, on December 17, 2026 at 10:30 a.m., or as soon thereafter as counsel may be heard, IN PERSON in Courtroom 3585, United States Bankruptcy Court, Conrad B. Duberstein U.S. Bankruptcy Courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201, to consider whether the Debtor's proposed Disclosure Statement contains adequate information within the meaning of 11 U.S.C. § 1125 and should be approved under Bankruptcy Rule 3017.

**PLEASE TAKE FURTHER NOTICE** that the documents to be considered are the Debtor's proposed Disclosure Statement, concerning the Debtor's proposed Chapter 11 Plan, together with any amendments properly submitted for consideration. The hearing concerns the sufficiency of the Disclosure Statement. Confirmation of the Plan is not requested at this hearing.

**PLEASE TAKE FURTHER NOTICE** that written objections to approval of the Disclosure Statement must identify the objecting party and the specific grounds for objection, be filed with the Court, and be served so as to be actually received no later than December 10, 2026 at 5:00 p.m. by: (i) counsel for the Debtor, Vivian Sobers, Esq., SOBERS LAW, PLLC, 11 Broadway, Suite 615, New York, New York 10004; (ii) the Office of the United States Trustee at its address for service in this case; (iii) any appointed trustee and any appointed committee, through their counsel at the addresses appearing on the docket; and (iv) any additional entity

designated by the Court. A courtesy copy should be emailed to vsobers@soberslaw.com. Email alone does not substitute for required filing or service. Replies, if any, shall be filed and served so as to be received by December 14, 2026 at 5:00 p.m., subject to further Court order.

**PLEASE TAKE FURTHER NOTICE** that copies of the proposed Plan and Disclosure Statement may be obtained without charge by requesting them from Debtor's counsel at the address or email above. They may also be inspected on the Court's docket through PACER, subject to applicable access charges.

**PLEASE TAKE FURTHER NOTICE** that this notice is not a solicitation of acceptance or rejection of the Plan. The Disclosure Statement has not been approved by the Court. No ballot is enclosed and no vote is requested. Any later solicitation, voting deadline and confirmation hearing will be governed by the Court's approval and scheduling orders and separately provided notice.

**PLEASE TAKE FURTHER NOTICE** that each hearing participant must register through eCourt Appearances at least two business days before the hearing and comply with Judge Stong's appearance procedures and any subsequent direction concerning the manner of appearance. The Court may adjourn the hearing or direct further proceedings. If no timely objection is filed and served, the Court may consider approval without further written response, but approval remains for the Court to determine.

Dated: New York, New York
October 26, 2026

**SOBERS LAW, PLLC**

By: /s/ Vivian Sobers.
Vivian Sobers, Esq.
11 Broadway, Suite 615
New York, New York 10004
vsobers@soberslaw.com | (917) 225-4501
Counsel for the Debtor