Hearing: December 17, 2026 at 10:30 a.m.
Opposition: December 10, 2026 at 5:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

In re THE RIDGEVIEW REALTOR LLC, Chapter 11

Debtor. Case No. 26-43491-ess

-----------------------------------------------------X

**Notice of Motion**

PLEASE TAKE NOTICE that the Debtor, by Sobers Law PLLC, will seek an order extending the Debtor exclusive acceptance period under 11 U.S.C. § 1121(d) through July 19, 2027 on the terms in the accompanying motion before Hon. Elizabeth S. Stong, in person in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201, on December 17, 2026 at 10:30 a.m., or as soon thereafter as counsel may be heard.

Written opposition must be filed and served so it is actually received by December 10, 2026 at 5:00 p.m. subject to further Court order.

Register through eCourt Appearances at least two business days before the hearing. Existing hearings and deadlines remain in effect unless changed by order. Selection of this preset hearing date does not itself adjourn another matter.

Dated: New York, New York
October 26, 2026

**SOBERS LAW, PLLC**

By: /s/ Vivian Sobers.
Vivian Sobers, Esq.
11 Broadway, Suite 615
New York, New York 10004
vsobers@soberslaw.com | (917) 225-4501
Counsel for the Debtor