Hearing: December 17, 2026 at 10:30 a.m.
IN PERSON — Courtroom 3585
Opposition: December 10, 2026 at 5:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

In re THE RIDGEVIEW REALTOR LLC, Chapter 11

Debtor. Case No. 26-43491-ess

-----------------------------------------------------X

**Amended Notice of Motion**

**PLEASE TAKE NOTICE** that the Debtor, by Sobers Law PLLC, will seek approval of employment under section 327 before Hon. Elizabeth S. Stong, in person in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201, on December 17, 2026 at 10:30 a.m., or as soon thereafter as counsel may be heard.

Written opposition must be filed and served so it is actually received by December 10, 2026 at 5:00 p.m. Replies must be filed and served so they are actually received by December 10, 2026 at 5:00 p.m., subject to further Court order. The accompanying motion states the grounds and proposed relief. No default relief is automatic.

The initial hearing is requested as non-evidentiary unless otherwise ordered. Register through eCourt Appearances at least two business days before the hearing. Existing hearings and deadlines remain in effect unless changed by order. Selection of this preset hearing date does not itself adjourn another matter.

Dated: New York, New York
October 26, 2026

**SOBERS LAW, PLLC**

By: /s/ Vivian Sobers.
Vivian Sobers, Esq.
11 Broadway, Suite 615
New York, New York 10004
vsobers@soberslaw.com | (917) 225-4501
Counsel for the Debtor