# SOBERS LAW, PLLC

Vivian Sobers, Esq.
11 Broadway, Suite 615
New York, New York 10004

P: (917) 225-4501
vsobers@soberslaw.com
www.soberslaw.com


---

October 28, 2026

Honorable Elizabeth S. Stong
United States Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, New York 11201

**Re: The Ridgeview Realtor LLC, Case No. 26-43491 (ESS)**

Dear Judge Stong:

We represent The Ridgeview Realtor LLC, the Debtor in this chapter 11 case. In response to the Court's insurance reporting directive at ECF No. 54, we write to confirm that insurance coverage for the property at 5 Ridgeview Road is in place. Documentation of the coverage has been provided to the Office of the United States Trustee and is available upon the Court's request.

Respectfully submitted,

Vivian Sobers, Esq.