United States Bankruptcy Court
Eastern District of New York

In re:
The Ridgeview Realtor LLC
Debtor

Case No. 26-43491-ess
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0207-1 User: admin Page 1 of 1
Date Rcvd: Oct 26, 2026 Form ID: pdf000 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Ridgeview Realtor LLC, 23 Heyward St., #1B, Brooklyn, NY 11249-9208 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aviva Francis | on behalf of Creditor RIDGEVIEW LENDER LLC afrancis@jntllp.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Paul A Rubin | on behalf of Debtor The Ridgeview Realtor LLC prubin@rubinlawllc.com hhuynh@rubinlawllc.com |
| Vivian Sobers | on behalf of Debtor The Ridgeview Realtor LLC vsobers@soberslaw.com sobers.vivianb117578@notify.bestcase.com |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

In re:

THE RIDGEVIEW REALTOR LLC,

Debtor.

Chapter 11

Case No. 26-43491 (ESS)

----------------------------------------------------------x

**ORDER SCHEDULING HEARINGS ON THE MOTION TO WITHDRAW**

WHEREAS, on July 21, 2026, The Ridgeview Realtor LLC (the "Debtor) filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on October 1, 2026., Paul Rubin filed a Motion to Withdraw as Attorney (the "Motion to Withdraw") on behalf of Rubin LLC; and

WHEREAS, on October 2, 2026, Abraham Kleinman (the "Creditor") filed a response and objection to the Motion to Withdraw.

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold an in-person hearing on the Motion to Withdraw on **November 12, 2026, at 10:30 a.m.** before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED, that in order to obtain information about the Motion to Withdraw, the Debtor may contact Elise Kanter, Esq., Pro Se Law Clerk, via telephone, Monday through Friday between 9:00 a.m. and 3:00 p.m., at (347) 394-1738, or via email at Elise_Kanter@nyeb.uscourts.gov; and it is further**

**ORDERED, that all participants, including attorneys, clients, and *pro se* parties, may register to appear as follows:**

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent.**

Dated: Brooklyn, New York
October 22, 2026

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

*Debtor*
The Ridgeview Realtor LLC
23 Heyward St., #1B
Brooklyn, NY 11249

Paul A Rubin
Rubin LLC
11 Broadway
Suite 715
New York, NY 10004

Vivian Sobers
Sobers Law, PLLC
11 Broadway
Suite 615
New York, NY 10004

*U.S. Trustee*
Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408