# EXHIBIT 1

E-mail of Greg M. Zipes, Esq., Office of the United States Trustee, dated October 14, 2026, 11:51 a.m. ("I have no objection to the appointment of a trustee")

Zipes e-mail, October 14, 2026, 11:51 a.m.



# EXHIBIT 2

E-mail chain of May 2-21, 2024 between P&G Brokerage, Inc. and Yoseph Doppelt (ydoppelt@ymah.org), copied to Abraham Kleinman, "URGENT!! | cancellation non pay," including Doppelt's forward on May 2, 2024 at 2:33 p.m. of the P&G payment acknowledgment of 2:29 p.m.: $7,060.36 premium payment for insured The Ridgeview Realtor LLC, Policy No. 205-240329-492823, by electronic check, "Name on Check: The Ridgeview Realtor LLC," TD Bank routing ending 3673, checking account ending 7873, address 23 Heyward Street, Brooklyn; printed from Abraham Kleinman's Gmail account

Subject: Thank you for submitting your payment request.
To: <ydoppelt@ymah.org>

Company Logo

Payment Request Has Been Submitted

Your payment cannot be processed until all 3 steps below are completed. Completion of this form does not automatically bind coverage.

**Step 1** **Submit Your Payment Request by filling in this page and clicking the "Next"button.**
(Unless the items with an asterisk (*) are completed, your payment request will be declined.)

**Step 2** **Your Payment Request is reviewed by the company you are paying.**

**Step 3** **You Get an E-mail Notification telling you your payment request has been accepted or declined.**

If your payment request is accepted, the date and time of acceptance will reflect the time of submission. This date and time will show on your payment submission acknowledgment.

**IMPORTANT NOTE:** Your payment is not made until you receive an e-mail notification. You should receive this no later than the next business day after you submit your payment request.

**Insured Name**

The Ridgeview Realtor LLC

**Policy Number**

205-240329-492823

**Payment Amount**$7,060.36

**Total Amount** $7,060.36

Billing Information

| | |
|---|---|
| Name on Check | The Ridgeview Realtor LLC |
| Routing Number | XXXXX3673 |
| Account Number | XXXXX7873 |

| | |
|---|---|
| Account Type | CHECKING |
| Time | May 2, 2024 2:29 PM |
| Email | ydoppelt@ymah.org |
| Payment ID | 878683c05ef82e0854d7b0116d3cc0a4f7bc90ec |
| Phone Number | 917-822-4961 |
| Address | 23 Heyward Street |
| City/State/ZIp | BROOKLYN, NY 11249 |

P&G Brokerage, Inc.

1648 61st Street

Brooklyn, NY 11204

(718) 854-2818

mail@pandginsurance.com

pandginsurance.com

Powered by SEP

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

| Message secured by EncryptTitan using TLS 1.2+ |

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

| Message secured by EncryptTitan using TLS 1.2+ |

Gmail

## Fwd: The Ridgeview Realtor LLC

1 message

From: **Bruchy Heller** <bruchyh@pandginsurance.com>
Date: Tue, May 21, 2024 at 11:37 AM
Subject: The Ridgeview Realtor LLC
To: Yoseph Doppelt <ydoppelt@ymah.org>
Cc: Abraham Kleinman <kleinmanabraham@gmail.com>, Gershon Sabel <GSabel@pgliinsurance.com>

Hi,

Please advise if there are any lenders that need to be added to the above policy.

Thank you.

Bruchy Heller

Commercial Lines Service Representative

P&G Insurance Brokers

500 Dekalb Ave Suite #201 Brooklyn, NY 11205

Mailing address - 250 Skillman Street Suite #201, Brooklyn, NY 11205

T: 718.854.2818 Ext 196

F: 718.854.3108

E: Bruchyh@pandginsurance.com

**P&G is now accepting online payments. To make a payment visit** https://pandginsurance.com/make-a-payment

---

**From:** Bruchy Heller
**Sent:** Monday, May 13, 2024 10:03 AM
**To:** Esty Indig <estypa@pandginsurance.com>; Yoseph Doppelt <ydoppelt@ymah.org>
**Cc:** Abraham Kleinman <kleinmanabraham@gmail.com>; Gershon Sabel <GSabel@pgliinsurance.com>; Reizy Friedman <rbrown@pandginsurance.com>
**Subject:** RE: URGENT!! | cancellation non pay

Hi,

Please remit payment to our office, your policy is in cancellation effective **5/18/2024**.

The down payment is $17,401.74, invoice is attached.

Please use this link: https://pandginsurance.com/payment-request.

Kindly advise if there are any additional lenders that need to be added to the policy.

Thank you.

Bruchy Heller

Commercial Lines Service Rep

P&G Insurance Brokers

500 Dekalb Ave Suite #201 Brooklyn, NY 11205

Mailing address - 250 Skillman Street  Suite #201, Brooklyn, NY 11205

T: 718.854.2818 Ext 196

F: 718.854.3108

E: Bruchyh@pandginsurance.com

P&G is now accepting online payments. To make a payment visit https://pandginsurance.com/make-a-payment

---

**From:** Esty Indig <estypa@pandginsurance.com>
**Sent:** Tuesday, May 7, 2024 10:33 AM
**To:** Yoseph Doppelt <ydoppelt@ymah.org>
**Cc:** Abraham Kleinman <kleinmanabraham@gmail.com>; Gershon Sabel <GSabel@pgliinsurance.com>; Reizy Friedman <rbrown@pandginsurance.com>
**Subject:** RE: URGENT!! | cancellation non pay

Good morning,

I'm following up here,

P&G is now accepting online payments-to make a payment visit https://pandginsurance.com/payment-request

Have a wonderful day!

*Esty Indig*

---

**From:** Esty Indig
**Sent:** Monday, May 6, 2024 1:05 PM
**To:** Yoseph Doppelt <ydoppelt@ymah.org>
**Cc:** Abraham Kleinman <kleinmanabraham@gmail.com>; Gershon Sabel <GSabel@pgliinsurance.com>; Reizy Friedman <rbrown@pandginsurance.com>
**Subject:** RE: URGENT!! | cancellation non pay

Hi,

Link in my signature below.

Thank you,

Esty Indig

Commercial Lines Department

P&G Insurance Brokers

T: 718-854-2818 X177

F: 718-854-3108

estypa@pandginsurance.com

**Please note: My office hours are 9:15 – 3:45**

**P&G is now accepting online payments-to make a payment visit** https://pandginsurance.com/payment-request

---

**From:** Yoseph Doppelt <ydoppelt@ymah.org>
**Sent:** Monday, May 6, 2024 12:55 PM
**To:** Esty Indig <estypa@pandginsurance.com>
**Cc:** Abraham Kleinman <kleinmanabraham@gmail.com>; Gershon Sabel <GSabel@pgliinsurance.com>; Reizy Friedman <rbrown@pandginsurance.com>
**Subject:** Re: URGENT!! | cancellation non pay

****EXTERNAL****

Pl resend me the payment link

On Mon, May 6, 2024, 12:37 PM Esty Indig <estypa@pandginsurance.com> wrote:

> Hi,
>
> I'm following up here,
>
> This is URGENT!!! Was payment made yet? otherwise please send payment ASAP!
>
> In addition, do you have any lenders that we need to have added to your policy?
>
> Have a wonderful day!
>
> *Esty Indig*

**From:** Esty Indig
**Sent:** Friday, May 3, 2024 11:20 AM
**To:** Yoseph Doppelt <ydoppelt@ymah.org>; kleinmanabraham@gmail.com; Gershon Sabel <GSabel@pgliinsurance.com>
**Cc:** Reizy Friedman <rbrown@pandginsurance.com>
**Subject:** RE: URGENT!! | cancellation non pay
**Importance:** High

Hi,

The Accounting girls are leaving in 10 minutes! Can you please have this completed ASAP?

Have a wonderful day!

*Esty Indig*

---

**From:** Esty Indig
**Sent:** Friday, May 3, 2024 10:59 AM
**To:** 'Yoseph Doppelt' <ydoppelt@ymah.org>; 'kleinmanabraham@gmail.com' <kleinmanabraham@gmail.com>; Gershon Sabel <GSabel@pgliinsurance.com>
**Cc:** Reizy Friedman <rbrown@pandginsurance.com>
**Subject:** URGENT!! | cancellation non pay
**Importance:** High

Good morning,

Per our conversation, please remit payment for the finance down payment ASAP to avoid cancellation over the weekend.

The down payment is $17,401.74 – invoice attached.

Have a wonderful day!

*Esty Indig*

**From:** Esty Indig
**Sent:** Thursday, May 2, 2024 2:51 PM
**To:** Yoseph Doppelt <ydoppelt@ymah.org>; kleinmanabraham@gmail.com; Gershon Sabel <GSabel@pgliinsurance.com>
**Cc:** Reizy Friedman <rbrown@pandginsurance.com>
**Subject:** RE: Thank you for submitting your payment request.

Hi,

Thanks so much for your payment,

I noticed that you made payment just for the first installment and not for the down payment, we will need the down payment too, to get this reinstated,

Kindly confirm that payment will be made before the weekend.

The down payment is $17,401.74

Have a wonderful day!

*Esty Indig*

---

**From:** Yoseph Doppelt <ydoppelt@ymah.org>
**Sent:** Thursday, May 2, 2024 2:33 PM
**To:** kleinmanabraham@gmail.com; Gershon Sabel <GSabel@pgliinsurance.com>; Esty Indig <estypa@pandginsurance.com>
**Subject:** Fwd: Thank you for submitting your payment request.

You don't often get email from ydoppelt@ymah.org. Learn why this is important

****EXTERNAL****

---------- Forwarded message ---------
From: **P&G Brokerage, Inc. at Simply Easier Payments** <no-reply@simply-easier-payments.com>
Date: Thu, May 2, 2024 at 2:29 PM

# EXHIBIT 3

Wire confirmation from the closing of the Ridgeview Lender LLC loan: beneficiary "The Ridgeview Realtor LLC," beneficiary bank TD Bank, N.A., account ending 7873; originator-to-beneficiary reference "672 Bedford Avenue Brooklyn NY 11249"

Wire confirmation (excerpt), Ridgeview Lender LLC loan closing

Beneficiary Information:

Name: The Ridgeview Realtor LLC

Acct #: ***********7873

* * *

Beneficiary Bank: TD BANK, NA

Originator to Beneficiary Info: REF: 672 Bedford Avenue Brooklyn NY 11249

Bank to Bank information:

# EXHIBIT 4

Enlargement of the signature page of the Letter of Intent dated October 27, 2026 (ECF No. 66-3)

promised. Buyer will cooperate in lawful applications without being required to assume an undisclosed tax burden.

16. Confidentiality and access. No binding confidentiality or access obligation is created until separately executed by authorized parties. Any such agreement must allow required Court, United States Trustee, creditor and regulatory disclosures and preserve existing protective orders. Buyer bears its diligence costs absent a separately approved agreement. No treatment records or unnecessary personal data are included in access.

17. Nonbinding effect. This proposal records negotiating terms only and creates no sale obligation, exclusivity, reimbursement right or authority to occupy or operate. No party is bound to purchase or sell unless a definitive agreement is executed by authorized parties and approved to the extent required. Any separately intended binding term must be identified expressly and lawfully authorized; none is created by implication here.

18. Signatures for discussion only. Any signature below acknowledges receipt as a basis for negotiation, not acceptance of a binding purchase or Court approval. The definitive agreement and required orders control.

Seller acknowledgment: ________________

Name and verified authority: ________________

Date: 10/27/26

Buyer acknowledgment: ________________

Name and verified authority: ________________

Date: 10/27/26

SOLOMON ITZKOWITZ
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01IT4795441
Qualified in Kings County
Commission Expires July 30, 2030

# EXHIBIT 5

Certificate of Incorporation of Talmud Torah Ohel Yochanan, Kings County Clerk, March 12, 2003, and Certificate of Amendment dated December 2016

ztandard Legal form
1493:86/4 : Religious Corporation Article X

# *Certificate Of Incorporation*

**of**

## *Talmud Torah Ohel Yochanan*.

**( A RELIGIOUS CORPORATION )**
**Pursuant to the provisions of the**
**Religious Corporation Law of the**
**State of New York, Article X, Section 192**

MAR 1 2 2003

**WE, the undersigned, all being of full age and at least two-thirds of us are citizens of the United States and all of us residing in the State of New York, do Hereby make, sign and acknowledge and file this Certificate in order to form a Religious Corporation pursuant to the Religious Corporation Law of the State of New York, Article 10, Section 192, as follows.**

**FIRST: The name of the proposed religious corporation is:** Talmud Torah Ohel Yochanan.

**SECOND: The principal objects and purposes for which this corporation is formed are as follows:**

**(a) To conduct and maintain a House of Worship conduct in accordance with the traditions of the** Jewish **faith, and to conduct all communal affairs necessary for a viable community.**

**(b) To promote the religious, intellectual, moral, physical, developmental and social welfare among its members and their families, in accordance with the tenets of their aforementioned faith, and its traditions and principals by holding conventions and inviting speakers from all over the world especially from Israel; to publish memorial and religious text.**

**(c) To have all the powers enumerated in the Religious Corporation Law, including, but not limited to, the authority to acquire, purchase, and sell property, both real and personal, to mortgage and lease both real and personal property, to be able to lend money free of interest to members of the aforementioned faith, as may be necessary for the conduct, welfare, benefit and purpose of the corporation.**

**(d) To aid, assist and support the educational, spiritual and financial needs for children that are in need of special education in the United States, and particularly in Israel, in order to inculcate the spiritual values of their aforementioned faith in such students and other members of their faith.**

**(e) Notwithstanding any other provisions of these articles, the said corporation is organized exclusively for one or more of the following purposes: religious, charitable, or educational purposes (within the meaning of these terms as used in Section 501 (c)(3) of the Internal Revenue Code of 1954, and subsequent amendments), including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under Section 501 (c)(3) of the Internal Revenue Code of 1954 or corresponding provisions of any future United States Internal revenue Law). The organization's objectives shall include the purposes and missions as engendered under IRC 501 (c)(3). This organization shall be "public supported."**

**(f) To do all things necessary to the accomplishment of the foregoing purposes and if the Trustees so decide, to associate itself with persons or organizations desiring to assist in the effectuation of the aforesaid purposes.**

**(g) No part of the net earnings of the corporation shall inure to the benefit of, or be distributed to its members, trustees, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article (2) above, No substantial part of the activities of the corporation shall be the carrying on of propagandize, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution or statements) any political campaign on behalf of any candidate for public office. Notwithstanding any other provisions of these articles, the corporation shall not carry on any other activities not permitted to carry on (a) by a corporation exempt from Federal income tax under section 501 (c)(3) of the Internal Revenue Code of 1954 (or the corresponding provision of any future United States Internal Revenue Law) or (b) by a corporation, contributions to which are deductible under Section 170 (c)(2) of the Internal Revenue Code of 1954 (or the corresponding provision of any furrier United States Internal Revenue Law).**

3-12-03

**THIRD: The principal place of Business of Said corporation shall be located at** 9 Webster Avenue.

**FORTH: (a) a meeting of this corporation, was duly called and held in conformity with and pursuant to notice given under the provisions given under Article X, Section 191of the Religious Corporation Law, at its usual meeting place at** 9 Webster Avenue **in the County of** Kings **City and State of New York, on the** Fourth **day of** March **200**3**, at which meeting a majority of the duly qualified voters of said organization being at least** six (6) **in number were present, one of the subscribers hereof was the presiding officer. The following subscribers were present and voted thereat:**

ID# 685 685

| NAME | ADDRESS |
|---|---|
| Jacob Rawicki | 9 Webster Avenue, Brooklyn NY 11230 |
| Jacob Zenwirth | 1159 44th Street, Brooklyn NY 11219 |
| Yisucher Dov Twersky | 1238 45th Street, Brooklyn NY 11219 |

**(b) The number of Trustees decided upon at the aforesaid meeting was** three (3) **, in number,**

**(c) Those persons elected as trustees at the first meeting, their address and terms of office for which they shell respectively serve, until their successors shell be elected, are:**

(1) One **. trustee: until the said first annual election of trustees:** Jacob Rawicki **,**
(2) One **. trustee: until the said second annual election of trustees:** Jacob Zenwirth **,**
(3) One **. trustee: until the said third annual election of trustees:** Yisucher Dov **,**

**(d) That at such meeting the date fixed for the annual election of Trustees was fixed as the** 3rd Sunday of January **of each year.**

**(e) At said meeting, it was duly decided that said organization engaged in carrying our the functions described in Article Section (above) should become incorporated pursuant to Article X of the Religious Corporation Law. The name of the proposed corporation as decided at this meeting is to be as indicated in Article First above.**

**FIFTH: In the event of dissolution of the corporation, the Board of Trustees shall, after paying or making provision for the payment of all of the liabilities of the corporation, dispose of all of the assets of the corporation exclusively for the purposes of the corporation in such manner, or to such an organization or organizations organized and operated exclusively for charitable, educational, religious, or scientific purposes as shall at the time qualify as an exempt organization or organization or organizations under section 501 (c)(3) of the Internal Revenue Code of 1954 (or the corresponding provision of any future United States Internal Revenue Law), as the Board of Trustees shall determine. Any such assets not so disposed of shall be disposed of by the Supreme Court in the County in which the principal officer of the corporation is then located, exclusively for such purposes or to such an organization, as said Court shall determine, which are organized and operated exclusively for such purposes.**

**IN WITNESS WHEREOF, we, the undersigned, being at least eighteen years of age, affirm that the statements made herein are true and have subscribed our names and acknowledge this Certificate, This** 11 **day of** MARCH **,200**3 **.**

Jacob Rawicki
Jacob Zenwirth
Yescher Twersky

**STATE OF NEW YORK )**
**COUNTY OF KINGS ) SS:**

**On the** 11 **day of** MARCH **in the year 200** 3 **before me, the undersigned, a Notary Public in and for said State,**

**personally appeared** Jacob Rawicki **, and** Jacob Zenwirth **and** Yisucher Dov Twersky
**personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he (they) executed the same in his (their) capacity(ies), and that by his (their) signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.**

**Notary Public** **(Seal)**

OZER E. PORGES
Notary Public State of New York 01PO6007841
Kings County, New York
Commission Exp. May 25, 2006

MAR 1 2 2003

MAR 1 2 2003

Index No.

TD # 685

# Certificate of Incorporation

# of

**Talmud Torah Ohel Yochanan**
9 Webster Avenue
Brooklyn NY 11230

Pursuant of the Provisions of the
Religious Corporation Law
State of New York, Article X

FILED
2003 MAR 12 PM 3: 41
KINGS COUNTY CLERK'S OFFICE
FEE

NOV 1 7 2010

**CERTIFICATE OF AMENDMENT**
**OF**
**CERTIFICATE OF INCORPORATION**
**OF**
**TALMUD TORAH OHEL YOCHANAN**
(Pursuant to the Religious Corporation Law)
(ARTICLE 10)

The undersigned, being the President and Secretary of Talmud Torah Ohel Yochanan, hereby certify:

**1.** The name of the Corporation is Talmud Torah Ohel Yochanan. It was formed under that name and the name has not been changed.

**2.** The Certificate of Incorporation of Talmud Torah Ohel Yochanan was filed with the Office of the Kings County Clerk on March 12, 2003. Said Corporation was formed and filed under the Religious Corporation Law. A Certificate of Amendment to the Certificate of Incorporation was filed with the Office of the Kings County Clerk on February 2, 2010.

**3.** The Certificate of Incorporation is hereby amended in the following respects:

**I.** Paragraph "THIRD" of said Certificate of Incorporation which sets forth the place of worship is hereby amended to state as follows:

**THIRD:** The principal place of worship of the Corporation shall be located at 1325 38th Street, Brooklyn, New York 11218;

II. Paragraph "FORTH (d)" is hereby deleted;

III. Paragraph "FIFTH" is hereby deleted; and

IV. The following three (3) Provisions are inserted:

**FIFTH:** No part of the net earnings of the Corporation shall inure to the benefit of, or be distributable to its members, trustees, officers, or other private persons, except that the Corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in the purpose clause hereof.

**SIXTH:** No substantial part of the activities of the Corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the Corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of any candidate for public office. Notwithstanding any other provision of this document, the Corporation shall not carry on any other activities not

permitted to be carried on (a) by an organization exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or (b) by an organization, contributions to which are deductible under section 170(c)(2) of the Internal Revenue Code, or corresponding section of any future federal tax code.

**SEVENTH:** Upon the dissolution of the Corporation, the Board of Directors or Trustees shall, after paying or making provision for the payment of all liabilities of the Corporation, dispose of all assets of the Corporation exclusively for the purpose of the Corporation in such manner, or to such organization or organizations exempt under Section 501(c)(3) of the Internal Revenue Code of 1954 (or the corresponding provision of any future United States Internal Revenue Law), as the Board of Directors or Trustees shall determine and as approved by a Justice of the Supreme Court. Any of such assets not so disposed of, shall be disposed of by the Court having jurisdiction thereof in the County in which the principal office of the Corporation is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

**4.** This Amendment to the Certificate of Incorporation was authorized by the unanimous affirmative vote of The Board of Trustees of Talmud Torah Ohel Yochanan.

[SIGNATURES APPEAR ON NEXT PAGE]

**IN WITNESS WHEREOF**, the undersigned have subscribed this Certificate and affirm the statements herein as true under the penalties of perjury this 26th day of December, 2016.

Moshe Y. Kramer, President

Shlomo Kernkraut, Secretary

Acknowledgment

STATE OF NEW YORK )
ss.
COUNTY OF KINGS )

On this 26th day of December, 2016, before me, the undersigned, a Notary Public in and for said State, personally appeared **Moshe Y. Kramer,** personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary Public

JACK SEGAL
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SE-4857746
Qualified In Kings County
My Commission Expires April 28, 2019

STATE OF NEW YORK )
ss.
COUNTY OF KINGS )

On this 26th day of December, 2016, before me, the undersigned, a Notary Public in and for said State, personally appeared **Shlomo Kernkraut,** personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

2016 DEC 28 AM 9:28
KINGS COUNTY CLERK
FILED

Notary Public

JACK SEGAL
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SE-4857746
Qualified In Kings County
My Commission Expires April 28, 2019