**ABRAHAM KLEINMAN**
407 Lincoln Rd, Suite 6H-1752
Miami Beach, Florida 33139
Tel.: (845) 494-9922
Email: kleinmanabraham@gmail.com
*Creditor and Party in Interest, Pro Se*

November 3, 2026

**VIA ECF AND E-MAIL TO CHAMBERS**

Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201

Re: *In re The Ridgeview Realtor LLC*, Case No. 26-43491 (ESS): Request that the Court direct the Clerk to re-docket ECF Nos. 73 and 74 exactly as submitted, before the November 12, 2026 hearing

Dear Judge Stong:

I write to ask the Court, which controls its own record, to direct the Clerk to docket my two most recent filings in support of the trustee motion (ECF No. 36) exactly as I submitted them. As docketed today, neither is the paper I filed, and the evidence the Court will hear on November 12 cannot be found by the exhibit numbers my declaration cites.

On November 3, 2026, I submitted my Supplemental Declaration through the Electronic Drop Box as 22 separate PDF files: the declaration, a schedule of exhibits, and Exhibits 1 through 20, each its own labeled file, in order. On November 2, I submitted my reply in further support of the motion separately from its one exhibit.

The reply and its exhibit were merged into a single 16-page document (ECF No. 73). The declaration was entered as ECF No. 74, broken into sixteen pieces that match nothing I filed: the 42-page sworn declaration is cut in half (ECF Nos. 74 and 74-1, "Declaration Part 2"); Exhibits 1-5, 7-9, 10-12, 15-17 and 18-19 are merged into five bundles; and Exhibits 6, 14 and 20 are each chopped into two or three parts. The first table below shows each file as I submitted it and where it now sits on the docket.

At about 1:01 p.m. on November 3, I called the Clerk's Office about ECF No. 73 and asked that my papers be docketed as submitted, with nothing combined and nothing split. I was told that the Clerk's Office can do as it wishes. ECF No. 74 was entered within the hour, in the form described above. No notice of any defect, rule or reason was given. At 2:32 p.m. I left a message for the Clerk of Court; it has not been returned.

At about 3:15 p.m., I called the Clerk's Office again. I was told that all of my exhibits and attachments were larger than the permitted size. That is not true. My transmittal email to the Clerk's Electronic Drop Box (enclosed) lists every attachment and its size. The largest, Exhibit 6, is 4.91

MB (shown in the email as 5,033K); every other file is under 3 MB, and nineteen of the twenty-two are under 1 MB. (Exhibit 5 was attached twice to that email by mistake; the two copies are identical.) No size limit was identified to me, then or before. My declaration is 225 KB and my Exhibit 14 is 111 KB, yet both were cut in half. And size cannot explain why the Clerk's Office merged my smaller exhibits into larger bundles: combining files makes them bigger, not smaller. The clerk could not explain why my exhibits were combined in random groupings, which makes me appear to be a disorganized filer. This must stop.

The Clerk's Office has docketed much larger exhibits of mine in this case whole, as shown in the second table. A 100-page, 3.79 MB exhibit went in as one attachment (ECF No. 36-14), yet my 42-page, 111 KB Exhibit 14 was cut in half, my 64-page Exhibit 20 was cut in three, and my 225 KB declaration was cut in two, while five small exhibits coming to only 1.43 MB together were fused into one.

| File submitted Nov. 3, 2026 | Pages | Size | As docketed |
|---|---:|---:|---|
| Supplemental Declaration | 42 | 225 KB | ECF 74 and 74-1 (cut in two) |
| Schedule of Exhibits | 4 | 60 KB | ECF 74-2 |
| Exhibit 1 | 2 | 643 KB | ECF 74-3 (merged with Exs. 2-5) |
| Exhibit 2 | 10 | 469 KB | ECF 74-3 (merged) |
| Exhibit 3 | 2 | 42 KB | ECF 74-3 (merged) |
| Exhibit 4 | 2 | 125 KB | ECF 74-3 (merged) |
| Exhibit 5 | 7 | 187 KB | ECF 74-3 (merged) |
| Exhibit 6 | 36 | 4.91 MB | ECF 74-4 and 74-5 (cut in two) |
| Exhibit 7 | 6 | 236 KB | ECF 74-6 (merged with Exs. 8-9) |
| Exhibit 8 | 10 | 270 KB | ECF 74-6 (merged) |
| Exhibit 9 | 5 | 133 KB | ECF 74-6 (merged) |
| Exhibit 10 | 5 | 135 KB | ECF 74-7 (merged with Exs. 11-12) |
| Exhibit 11 | 7 | 235 KB | ECF 74-7 (merged) |
| Exhibit 12 | 14 | 1,008 KB | ECF 74-7 (merged) |
| Exhibit 13 | 18 | 1.26 MB | ECF 74-8 |
| Exhibit 14 | 42 | 111 KB | ECF 74-9 and 74-10 (cut in two) |
| Exhibit 15 | 16 | 135 KB | ECF 74-11 (merged with Exs. 16-17) |
| Exhibit 16 | 3 | 166 KB | ECF 74-11 (merged) |
| Exhibit 17 | 4 | 1,008 KB | ECF 74-11 (merged) |
| Exhibit 18 | 7 | 386 KB | ECF 74-12 (merged with Ex. 19) |
| Exhibit 19 | 2 | 958 KB | ECF 74-12 (merged) |
| Exhibit 20 | 64 | 2.72 MB | ECF 74-13 to 74-15 (cut in three) |

| Earlier exhibit (as submitted) | Pages | Size | As docketed |
|---|---:|---:|---|
| ECF No. 36, Ex. 11 (YMAH audited financial statements) | 100 | 3.79 MB | ECF 36-14, whole |
| ECF No. 36, Ex. 10 (SBA loan closing package) | 64 | 795 KB | ECF 36-13, whole |
| ECF No. 36, Ex. 1 (Commercial Lease) | 32 | 1.29 MB | ECF 36-4, whole |
| ECF No. 36, Ex. 35 (monthly operating reports) | 30 | 193 KB | ECF 36-38, whole |
| ECF No. 36, Ex. 13 (Town of Rochester emails) | 29 | 774 KB | ECF 36-16, whole |

| Earlier exhibit (as submitted) | Pages | Size | As docketed |
|---|---|---|---|
| ECF No. 36, Ex. 27 (Ulster County DOH inspection reports) | 21 | 1.58 MB | ECF 36-30, whole |
| ECF No. 49, Ex. 7 (monthly operating reports) | 30 | 193 KB | ECF 49-7, whole |

The Clerk's role in docketing is ministerial; the papers filed are "the official record of the Court" (General Order 559 ¶ 1), and the form in which a party presents its evidence is his to choose, subject only to the Court. As docketed, ECF No. 74 presents my sworn declaration and evidence to the Court as a disordered submission I did not make, nine days before an evidentiary hearing at which that evidence is directly at issue, and the Court, the United States Trustee and the parties cannot match any exhibit number in the declaration to an attachment.

I respectfully ask that the Court enter the enclosed one-paragraph order directing the Clerk, before November 12, 2026, to (1) replace ECF No. 74 with the 22 files exactly as I submitted them, the declaration as one document and each exhibit as its own attachment in numerical order, bearing the exhibit descriptions in my schedule of exhibits; (2) replace ECF No. 73 with the reply as the main document and its exhibit as a separate attachment; and (3) do so without changing the original filing dates of November 2 and 3, 2026. If the Court prefers, I can resubmit the same files on whatever terms it directs, provided they are treated as filed on their original dates. I can deliver the files exactly as submitted to chambers on request.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the enclosed email is a true and accurate copy of my November 3, 2026 transmittal to the Clerk's Electronic Drop Box, that it accurately shows the size of each file I submitted, and that the facts stated in this letter are true and correct.

Respectfully,

/s/ Abraham Kleinman
**Abraham Kleinman**
Creditor and Party in Interest, Pro Se

Enclosures: Proposed Order; copy of my November 3, 2026 transmittal email to the Clerk's Electronic Drop Box

cc (via ECF): Greg M. Zipes, Esq. (Office of the United States Trustee); Paul A. Rubin, Esq. and Hanh V. Huynh, Esq.; Aviva Francis, Esq.; Vivian Sobers, Esq.
cc (by first-class mail): The Ridgeview Realtor LLC, Attn: Joseph Doppelt