**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Chapter 11

THE RIDGEVIEW REALTOR LLC,

Debtor. Case No. 26-43491 (ESS)

---------------------------------------------------------------x

**ORDER SCHEDULING CONFERENCE ON LETTER REQUEST**

WHEREAS, on July 21, 2026, The Ridgeview Realtor LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on September 23, 2026, Abraham Kleinman (the "Creditor") filed a Motion to Appoint Trustee; and

WHEREAS, on November 2, 2026, the Creditor filed a Reply in Further Support for Appointment of a Chapter 11 Trustee; and

WHEREAS, on November 3, 2926, the Creditor filed a Supplemental Declaration in Further Support of the Motion to Appoint a Chapter 11 Trustee; and

WHEREAS, on November 3, 2026, the Creditor filed a Letter Request that the Court Direct Clerk Re-docket ECF No. 73 and ECF No. 74 (the "Letter Request").

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold an in-person conference on the Letter Request on **December 17, 2026, at 10:30 a.m.** before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED, that in order to obtain information about the Letter Request the Creditor may contact Elise Kanter, Esq., Pro Se Law Clerk, via telephone, Monday through Friday between 9:00 a.m. and 3:00 p.m., at (347) 394-1738, or via email at Elise_Kanter@nyeb.uscourts.gov; and it is further**

**ORDERED, that all participants, including attorneys, clients, and *pro se* parties, may register to appear as follows:**

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent.**

Dated: Brooklyn, New York
November 6, 2026

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

*Debtor*
The Ridgeview Realtor LLC
23 Heyward St., #1B
Brooklyn, NY 11249

Paul A Rubin
Rubin LLC
11 Broadway
Suite 715
New York, NY 10004

Vivian Sobers
Sobers Law, PLLC
11 Broadway
Suite 615
New York, NY 10004

*U.S. Trustee*
Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408