**ABRAHAM KLEINMAN**
407 Lincoln Rd, Suite 6H-1752
Miami Beach, Florida 33139
Tel.: (845) 494-9922
Email: kleinmanabraham@gmail.com
*Creditor and Party in Interest, Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re: Chapter 11

THE RIDGEVIEW REALTOR LLC, Case No. 26-43491 (ESS)

Debtor.

-----------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF SUBPOENA (SERVICE RETURNED EXECUTED)**
**Subpoena Issued to Joseph Doppelt (ECF No. 44)**

I, David Jil, declare as follows:

1. I am over 18 years of age, I am not a party to this case, and I am not employed by or related to any party.

2. I received the Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case issued by the Clerk of this Court on October 2, 2026 (ECF No. 44), directed to Joseph Doppelt (also known as Yoseph Doppelt), commanding appearance and testimony at the hearing on the Motion of Abraham Kleinman to Appoint a Chapter 11 Trustee or, Alternatively, to Convert (ECF No. 36), on October 14, 2026 at 10:30 a.m., "and any adjourned date of that hearing" (the "Subpoena").

3. On October 5, 2026, at approximately 4:05 p.m., at 40 Lynch Street, Brooklyn, New York 11206, I served the Subpoena by delivering a true copy of it personally to Joseph Doppelt.

4. At the time of service, the person to whom I delivered the Subpoena was personally identified to me as Joseph Doppelt by Abraham Kleinman, who was present and knows him personally, and he answered to that name.

5. I served the Subpoena together with a payment of $50.00 to Joseph Doppelt for one day's attendance and mileage.

I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on October 5, 2026, at Brooklyn, New York.

DJ

David Jil