**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Chapter 11

THE RIDGEVIEW REALTOR LLC, Case No. 26-43491 (ESS)

Debtor.

---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF SUBPOENA (SERVICE RETURNED EXECUTED)**
**Subpoena Issued to Yeshivah and Mesivta Arugath Habosem (ECF No. 45), Served on Joseph Doppelt**

I, David Jil, declare as follows:

1. I am over 18 years of age, I am not a party to this case, and I am not employed by or related to any party.

2. I received the Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case issued by the Clerk of this Court on October 2, 2026 (ECF No. 45), directed to Yeshivah and Mesivta Arugath Habosem ("YMAH"), a religious corporation, commanding appearance and testimony at the hearing on the Motion of Abraham Kleinman to Appoint a Chapter 11 Trustee or, Alternatively, to Convert (ECF No. 36), on October 14, 2026 at 10:30 a.m., "and any adjourned date of that hearing," and commanding the production at that hearing of the documents described in Schedule A annexed to it (the "Subpoena").

> Schedule A to the Subpoena requires production of: (1) monthly statements from January 1, 2024 for each YMAH account, including the Flagstar Bank account ending 7049 and any M&T Bank account, that received or paid rent, the security deposit or other payments under the February 11, 2026 Commercial Lease with Bais Ruchel D'Satmar Inc. d/b/a Central UTA (the "Lease"), camp or program revenue from 5 Ridgeview Road, payments to Ridgeview Lender LLC, insurance premiums or premium-finance installments for the Debtor or the property, or payments to Rubin LLC; (2) documents showing every payment YMAH received under the Lease, including the $100,000 security deposit and each monthly rent installment; (3) documents showing the gross revenue of each camp season at the property in 2024, 2025 and 2026 and the account into which it was deposited; (4) documents showing every payment by YMAH of any obligation of the Debtor or expense of the property since January 1, 2024; (5) documents showing the source of the $25,000 paid to Rubin LLC; (6) the Debtor's Certificate of Authority submitted to the U.S. Small

Business Administration for SBA Loan No. [redacted] and every document reflecting YMAH's membership interest in the Debtor; and (7) every loan or refinancing application concerning the property submitted to M&T Bank or any other lender since January 1, 2024.

3. On October 5, 2026, at approximately 4:05 p.m., at YMAH's place of business, 40 Lynch Street, Brooklyn, New York 11206, I served the Subpoena by delivering a true copy of it, together with its annexed Schedule A, personally to Joseph Doppelt, Chief Executive Officer of YMAH.

4. At the time of service, the person to whom I delivered the Subpoena was personally identified to me as Joseph Doppelt by Abraham Kleinman, who was present and knows him personally, and he answered to that name. I informed him that I was serving a subpoena directed to Yeshivah and Mesivta Arugath Habosem. He is the chief executive officer of Yeshivah and Mesivta Arugath Habosem, and he accepted service of the Subpoena on its behalf.

5. I served the Subpoena together with a payment of $50.00 to Joseph Doppelt, on behalf of YMAH and separately from the fee tendered on the subpoena directed to him individually, for one day's attendance and mileage.

I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on October 5, 2026, at Brooklyn, New York.

____________________________

David Jil