UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 26-43491 (ESS)

# EXHIBIT 1

Notice of Cancellation, First Insurance Funding, Loan No. [redacted] dated November 12, 2026 (cancellation effective 12:01 a.m. November 12, 2026): Lexington Insurance Co. Policy No. 019764690-00 and CM Vantage Specialty Ins. Co. Policy No. CMV-PLI-0075002-01; insured The Ridgeview Realtor LLC and Habosem Home LLC

| Loan Number |
|---|
| [redacted] |
| Refer to this number on all correspondence |
| CUSTOMER ID |
| |

# NOTICE OF CANCELLATION

FIRST INSURANCE FUNDING

A WINTRUST COMPANY

**FIRST Insurance Funding**
**450 Skokie Blvd, Ste 1000**
**Northbrook, IL 60062-7917**
**Phone: (800) 837-3707 Fax: (800) 837-3709**
**www.firstinsurancefunding.com**

| NOTICE DATE |
|---|
| 11/12/2026 |
| CANCELLATION DATE |
| 11/12/2026 |

Insured

**THE RIDGEVIEW REALTOR LLC,**
**HABOSEM HOME LLC**
**23 HEYWARD ST**
**APT 1B**
**BROOKLYN, NY 11249-9208**

## SCHEDULE OF POLICIES

| POLICY NUMBER | POLICY EFFECTIVE DATE | INSURANCE COMPANY NAME<br>GENERAL AGENT NAME | COVERAGE TYPE | PREMIUM | TAXES/FEES |
|---|---|---|---|---|---|
| 019764690-00 | 6/16/2026 | LEXINGTON INSURANCE COMPANY<br>RT SPECIALTY | PROP | $47,000.00 | $2,540.63 |
| CMV-PLI-0075002-01 | 6/16/2026 | CM VANTAGE SPECIALTY INS CO<br>RT SPECIALTY | GL | $20,000.00 | $1,311.25 |

**UNPAID BALANCE:** $42,490.12

**TO THE INSURANCE COMPANY:**

The insurance policy(ies) identified in this notice (the “Policy”) is hereby cancelled, in accordance with the appropriate statute and/or the Insured’s Premium Finance Agreement (the “Agreement”).

**FIRST INSURANCE FUNDING, A DIVISION OF LAKE FOREST BANK & TRUST COMPANY, N.A. (“FIRST”) HEREBY CERTIFIES: (1) THE AGREEMENT CONTAINS A VALID POWER OF ATTORNEY, (2) THE AGREEMENT IS IN DEFAULT AND THE DEFAULT HAS NOT BEEN TIMELY CURED, (3) UPON DEFAULT, A NOTICE OF CANCELLATION WHICH SPECIFIED THE DATE OF MAILING BY FIRST TO THE INSURED, WAS MAILED TO THE INSURED AT THE INSURED’S LAST KNOWN ADDRESS, AND (4) THAT COPIES OF THE NOTICE OF CANCELLATION WERE MAILED TO ALL PERSONS SHOWN BY THE AGREEMENT TO HAVE AN INTEREST IN ANY LOSS WHICH MAY OCCUR THEREUNDER.**

**FIRST HEREBY INSTRUCTS THE INSURANCE COMPANY TO CANCEL THE INSURANCE POLICY EFFECTIVE 12:01 A.M. 11/12/2026.**

*CARRIERS FOR MASSACHUSETTS AUTO POLICIES: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.* Whitney Weld

**TO THE INSURED:**

Due to the uncured payment default on your Agreement, your insurance coverage identified in this notice is hereby cancelled as of the Cancellation Date indicated. PLEASE TAKE NOTE OF THE FOLLOWING:

(1) ALTHOUGH YOUR INSURANCE COVERAGE IS CANCELLED, YOU REMAIN RESPONSIBLE FOR TIMELY PAYMENTS ON YOUR LOAN until all amounts due thereunder have been paid in full. Your Agreement further provides that FIRST may demand and shall have the right to receive immediate payment of the total unpaid balance due under the Agreement even if FIRST has not received any refund of unearned premiums. FIRST is not exercising this right at this time, but may do so in the future.

(2) ONLY THE INSURANCE COMPANY CAN REINSTATE YOUR INSURANCE COVERAGE. Future payments on your loan do NOT automatically reinstate your coverage. As provided in your Agreement, payments which FIRST receives after sending a Notice of Cancellation may be applied to your loan without changing any of FIRST’s rights under the Agreement.

## RESIDENTS OF FLORIDA, NEW YORK, NORTH CAROLINA & SOUTH CAROLINA: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

**Insured**

The Ridgeview Realtor LLC,
Habosem Home LLC
5 Ridgeview Rd
Kerhonkson, NY 12446-1549

**Agent or Broker**

P & G BROKERAGE INC
Comm
1648 61st Street
Brooklyn, NY 11204

[redacted]

NEW YORK RESIDENTS

IF THE INSURANCE CONTRACT(S) PROVIDES MOTOR VEHICLE LIABILITY INSURANCE, PROOF OF FINANCIAL SECURITY IS REQUIRED TO BE MAINTAINED CONTINUOUSLY THROUGHOUT THE REGISTRATION PERIOD. IF YOU DO NOT KEEP YOUR INSURANCE IN FORCE DURING THE ENTIRE REGISTRATION PERIOD, YOUR REGISTRATION WILL BE SUBJECT TO SUSPENSION. IF YOUR VEHICLE IS STILL UNINSURED AFTER 90 DAYS, YOUR DRIVER LICENSE WILL BE SUSPENDED. TO AVOID THESE PENALTIES YOU MUST SURRENDER YOUR REGISTRATION CERTIFICATE AND PLATES BEFORE YOUR INSURANCE EXPIRES. BY LAW YOUR INSURANCE CARRIER IS REQUIRED TO REPORT SPECIFIC TERMINATION INFORMATION TO THE COMMISSIONER OF MOTOR VEHICLES. IF YOU HAVE A LAPSE IN INSURANCE COVERAGE OF 90 DAYS OR LESS, THE LAW PERMITS YOU TO AVOID A SUSPENSION OF YOUR REGISTRATION BY THE PAYMENT OF A CIVIL PENALTY FOR EACH DAY OR ANY PORTION THEREOF UP TO 90 DAYS FOR WHICH YOUR INSURANCE WAS NOT IN EFFECT. THIS CIVIL PENALTY OPTION APPLIES ONLY ONCE DURING ANY 36-MONTH PERIOD. THE CIVIL PENALTIES ARE: 1 to 30 DAY LAPSE-$8 PER EACH DAY OF LAPSE, 31 to 60 DAY LAPSE-$240 PLUS $10 PER DAY FOR DAYS 31 to 60, 61 to 90 DAY LAPSE-$540 PLUS $12 PER DAY FOR DAYS 61 to 90.

NEW YORK RESIDENTS WITH VEHICLE(S) FOR HIRE: PROOF OF FINANCIAL SECURITY IS REQUIRED TO BE MAINTAINED THROUGHOUT THE REGISTRATION PERIOD. IF YOU DO NOT KEEP YOUR INSURANCE IN FORCE CONTINUOUSLY DURING THE REGISTRATION PERIOD YOUR REGISTRATION WILL BE REVOKED. TO AVOID THIS PENALTY YOU MUST SURRENDER YOUR REGISTRATION CERTIFICATE AND PLATES BEFORE YOUR INSURANCE EXPIRES. BY LAW YOUR INSURANCE CARRIER IS REQUIRED TO REPORT SPECIFIC TERMINATION INFORMATION TO THE COMMISSIONER OF MOTOR VEHICLES.