UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 26-43491 (ESS)

# EXHIBIT 2

E-mail of First Insurance Funding (CSR@firstinsurancefunding.com), November 13, 2026, 9:29 a.m., transmitting the Notice of Cancellation

Gmail

## Fwd: [redacted] - The Ridgeview Realtor LLC,

---------- Forwarded message ---------
From: **CSR** <CSR@firstinsurancefunding.com>
Date: Fri, Nov 13, 2026, 9:29 AM
Subject: [redacted] - The Ridgeview Realtor LLC,

Good morning,

Attached is the notice of cancellation.

Thank you,

**Martin Kralovec**

Contact Center Representative II

FIRST INSURANCE FUNDING
A WINTRUST COMPANY

Internal Use Only

CONFIDENTIALITY NOTICE: The content of this message and any files transmitted with it is a confidential and proprietary business communication, which is solely for the use of the intended recipient(s). Any use, distribution, duplication or disclosure by any other person or entity is strictly prohibited. If you are not an intended recipient or this has been received in error, please notify the sender and immediately delete all copies of this communication.

**2 attachments**

FIRST INSURANCE FUNDING
A WINTRUST COMPANY

**image001.jpg**
22K

[redacted] **- The Ridgeview Realtor LLC,.pdf**
41K