UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 26-43491 (ESS)

# EXHIBIT 3

E-mails of October 13-14, 2026: (a) and (b) Joseph Doppelt, as Administrator of Yeshivah and Mesivta Arugath Habosem, to P&G Insurance Brokers, October 13, 2026 ("Can I still make payment now to avoid interruption"; "Ok will do it soon taday"); (c) Vivian Sobers, Esq. to Greg M. Zipes, Esq. et al., October 14, 2026 ("to my knowledge there is coverage in place")

(a) Doppelt to P&G, October 13, 2026, 2:48 p.m.


2:50

Yoseph Dop... 2:48 PM

to Esther, Nechy, ...

Show pictures

Can I still make payment now to avoid interruption

*Joseph Doppelt*
***Administrator***
***Yeshivah And Mesivta Arugath Habosem***
***40 Lynch Street, Brooklyn N.Y. 11206***
***718-237-4500 Ext 118***

Show quoted text

1 new message Show

Reply all Forward

(b) Doppelt to P&G, October 13, 2026, 2:50 p.m.

**Yoseph Doppelt**
to Esther, Nechy, 6931156

Tue, Oct 13, 2:50 PM (19 hours ago)

Ok will do it soon taday

*Joseph Doppelt*
*Administrator*
*Yeshivah And Mesivta Arugath Habosem*
*40 Lynch Street, Brooklyn N.Y. 11206*
*718-237-4500 Ext 118*

One attachment • Scanned by Gmail · Add to Drive

P&G Insurance Brokers

Reply · Reply all · Forward

Activate Windows
Go to Settings to activate Windows.

(c) Sobers to Zipes et al., October 14, 2026, 10:05 a.m.

**Vivian Sobers**
to Greg, me, Paul, Hanh, afrancis@jntllp.com

10:05 AM (6 minutes ago)

Good morning, to my knowledge there is coverage in place. I will try to get you the certificates today. Thank you.

•••

--

Vivian Sobers, Esq.
Sobers Law PLLC
11 Broadway, Suite 615
New York, NY 10004
C. (917) 225-4501
vsobers@soberslaw.com

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by SOBERS LAW PLLC, its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. REQUIRED DISCLAIMER: THIS INFORMATION IS GENERALIZED AND SHOULD NOT BE RELIED UPON AS LEGAL ADVICE-UNLESS IT IS EXPRESSLY SO STATED; PLEASE BE ADVISED THAT THIS COMMUNICATION DOES NOT CREATE A LAWYER-CLIENT RELATIONSHIP.