UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 26-43491 (ESS)

# EXHIBIT 4

E-mail of Greg M. Zipes, Esq., Office of the United States Trustee, October 14, 2026, 11:51 a.m. ("I have no objection to the appointment of a trustee")

Zipes e-mail, October 14, 2026, 11:51 a.m.


11:56

Dear Ms. Jackson: As you directed on Friday, I filed an emergency letter motion.

8

Paul Rubin 11:38 AM

I am not aware of any hearing scheduled for today in the Ridgeview Realtor case.

Zipes, Greg... 11:51 AM

to Paul, Aviva, Vivi...

Show pictures

Well, if anyone has insight, please let me know. It is on her calendar today. I have no objection to the appointment of a trustee but want to see the order before it submitted.

Show quoted text

Reply all

Forward