**ABRAHAM KLEINMAN**
407 Lincoln Rd, Suite 6H-1752
Miami Beach, Florida 33139
Tel.: (845) 907-7300
Email: kleinmanabraham@gmail.com
*Creditor and Party in Interest*

November 13, 2026

**VIA ECF AND E-MAIL TO CHAMBERS**

Honorable Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court, Eastern District of New York
271-C Cadman Plaza East, Brooklyn, New York 11201

Re: *In re The Ridgeview Realtor LLC*, Case No. 26-43491 (ESS), re ECF Nos. 36, 94 and 95: Response to the Debtor's letter of November 13, 2026. As of 4:20 p.m. today, the premium finance lender, not the broker, reports the Debtor's insurance loan cancelled

Dear Judge Stong:

I respond to the Debtor's letter filed at 4:15 p.m. today (ECF No. 95). The Court directed the Debtor "to provide to UST and to file evidence of continued insurance by 11/13/2026." (Minute entry, Nov. 12, 2026.) ECF No. 95 files no evidence. It says only that the Debtor provided the United States Trustee "a letter from the insurance broker confirming an active policy." Neither that letter nor any certificate is attached.

The letter Ms. Sobers sent to the United States Trustee at 2:57 p.m. today is annexed as Exhibit B. It comes from the broker, P&G Insurance Brokerage, not from either insurer and not from the premium finance lender. It is undated, and says only that the policies are in force "as of today." It does not mention the November 12, 2026 Notice of Cancellation issued by First Insurance Funding on Loan No. ending 8438 (ECF No. 94-1). It lists The Ridgeview Realtor LLC as the only named insured, although the Notice of Cancellation lists the insureds as "THE RIDGEVIEW REALTOR LLC, HABOSEM HOME LLC." And it gives the general liability policy number as "CMV-PL007500201-GL," while the Notice of Cancellation gives "CMV-PLI-0075002-01."

The lender itself says otherwise. At approximately 4:20 p.m. today I called First Insurance Funding's customer line, (800) 837-3707, and entered the loan number. Its automated system reported: "The current loan balance is $42,490.12. The loan was canceled on November 12, 2026. The last payment of $7,374.32 was received on October 14, 2026. As of today, the amount due is $7,374.32." A transcript of the call is annexed as Exhibit A.

In candor to the Court, I understand that a payment of $7,374.32 was submitted to First Insurance Funding this morning. As of 4:20 p.m., the lender had not credited it and still reported the loan cancelled and the amount still due. A payment does not by itself reinstate cancelled coverage. Reinstatement requires the lender to request it and each insurer to accept it, and it may leave a period with no coverage. The Debtor has produced nothing from First Insurance Funding,

Lexington Insurance Company or CM Vantage Specialty Insurance Company showing that either policy was reinstated, from what date, or whether the Property has been uninsured since 12:01 a.m. on November 12. Nor has the Debtor said who made the payment. Its only disclosed account held $100 (ECF No. 26-1).

A broker's undated letter is not evidence of continued insurance, and it does not answer the lender's own records. For the reasons stated in my letter of today (ECF No. 94) and in the unopposed motion (ECF No. 36), I respectfully request that the Court:

(1) direct the United States Trustee to appoint a chapter 11 trustee forthwith under 11 U.S.C. § 1104(a) and (d), or, in the alternative, convert the case to chapter 7 under § 1112(b)(4)(C); and

(2) pending that relief, direct the Debtor to file within one business day written confirmation from First Insurance Funding and from each insurer, not the broker, stating whether each policy is in force, the effective date of any reinstatement, and any period without coverage since November 12, 2026, together with the source of any payment made to cure the default.

Respectfully,

/s/ Abraham Kleinman
**Abraham Kleinman**
Creditor and Party in Interest

Enclosures: Exhibit A, transcript of call to First Insurance Funding, November 13, 2026, approx. 4:20 p.m.; Exhibit B, P&G Insurance Brokerage letter sent by Debtor's counsel on November 13, 2026