UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF NEW YORK
In re The Ridgeview Realtor LLC, Chapter 11 Case No. 26-43491 (ESS)

# EXHIBIT B

Letter of P&G Insurance Brokerage, undated, e-mailed by Debtor's counsel to the Office of the United States Trustee and parties at 2:57 p.m. on November 13, 2026

# RE: Confirmation of Active Insurance Coverage

**Named Insured:** The Ridgeview Realtor LLC

**Policy Numbers:**

General Liability: CMV-PL007500201-GL

Property: 019764690-00

**Policy Period:** June 16, 2026 – June 16, 2027

Property:Lexington Insurance Co.

General Liability:CM Vantage Specialty Ins Co

To Whom It May Concern:

This letter confirms that the above-referenced insured maintain active insurance coverage under the policies listed above.

Both policies are currently in force and in good standing as of today with coverage effective June 16, 2026, through June 16, 2027.

**Issuing Insurance Companies:** As listed on the respective policies.

Should you require any additional information or verification, please feel free to contact our office.

Sincerely,

Barry Perlstein

**P&G Insurance Brokerage**
Authorized Representative
Brooklyn, NY