**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

IN RE:

The Ridgeview Realtor LLC

Debtor

Case No. 26-43491-ess

Chapter 11

## REQUEST TO PLACE A RESTRICTION ON A FILED DOCUMENT(s) and/or CLAIM(s)

The Clerk's Office requests that the Court determine if access to Document(s) No. 79 filed in CM/ECF should be restricted.

The document or claim contains:

- [x] Personal identifiers as set forth in Bankruptcy Rule 9037
  - Social Security Number
  - Taxpayer Identification Number
  - Birth Date
  - The name of an individual, other than the debtor, known to be and identified as a minor
  - Financial Account Number
- [ ] Trade Secrets
- [ ] Confidential Research, Development or Commercial Information
- [ ] Scandalous or Defamatory Matter
- [x] Other: Loan Number at the start of page 2

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

- [x] The Clerk's Office is directed to restrict access to the document.
- [x] The filer is ordered to re-file the document together with all attachments, **redacted** as required by Bankruptcy Rule 9037, on or before December 11, 2026.
- [ ] The Clerk's Office is directed not to restrict access to the document for the following reason(s):

**Dated: Brooklyn, New York**
**November 13, 2026**

/s/
Elizabeth S. Stong
United States Bankruptcy Judge