**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| THE RIDGEVIEW REALTOR LLC, | : | |
| | : | Case No.: 26-43491 (ESS) |
| Debtor. | : | |

**ORDER AUTHORIZING RUBIN LLC TO**
**WITHDRAW AS PROPOSED COUNSEL FOR THE DEBTOR**

Upon the application (the "Application") [ECF No. 42] of Rubin LLC to withdraw as proposed counsel for The Ridgeview Realtor LLC (the "Debtor"); and upon the Declaration of Paul Rubin in support of the Application annexed as Exhibit A thereto; and it appearing that due and sufficient notice of the Application has been given; and a hearing on the Application having been held on November 12, 2026 (the "Hearing") at which Paul Rubin, Esq. and Hanh Huynh, Esq. (for Rubin LLC), Vivian Sobers, Esq. (incoming counsel for the Debtor), Aviva Francis, Esq. (counsel for the Debtor's secured creditor), and Abraham Kleinman appeared and were heard; and after due deliberation and sufficient cause appearing to me therefor, it is

**ORDERED**, that the Application is granted as set forth on the record of the Hearing; and it is further

**ORDERED**, that Rubin LLC is authorized to withdraw as proposed counsel for the Debtor; and it is further

**ORDERED**, that Rubin LLC is to be removed as counsel of record for the Debtor from any applicable service lists maintained in the above-captioned case; and it is further

**ORDERED**, that the terms and conditions of this Order shall become effective immediately and enforceable upon entry; and it is further

**ORDERED**, that this Court ~~shall~~ ***may*** retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

**Dated: Brooklyn, New York**
**November 18, 2026**

Elizabeth S. Stong
United States Bankruptcy Judge